**United States District Court**
**for the District of Columbia**
**Clerk's Office**
**333 Constitution Avenue, NW**
**Washington, D.C. 20001**

Nancy Mayer-Whittington
Clerk

**October 26, 2006**

06-748 C

Clerk's Office
Court of Federal Claims
Howard T. Markey National Courts Building
711 Madison Place NW
Washington, DC 20005

**RE:** 06-cv-788 PLF

Marjorie Murtagh Cooke v. Mark Rosenker

Dear Clerk:

On 10/11/06, this Court issued a Minute Order transferring the above electronic case to your Court. Enclosed along with this letter are certified copies of the the docket sheet and docket entries filed in this case.

Once your court has assigned a Judge and case number, please indicate that information on the copy of this letter and return it using the envelope provided.

Thank you for your assistance.

NANCY MAYER-WHITTINGTON, Clerk

By: /s/ Tawana Davis
Tawana Davis, Deputy Clerk