CLOSED, JURY, TRANSFER-OUT, TYPE-K

**U.S. District Court**
**District of Columbia (Washington, DC)**
**CIVIL DOCKET FOR CASE #: 1:06-cv-00788-PLF**
**Internal Use Only**

06-748 C

COOKE v. ROSENKER
Assigned to: Judge Paul L. Friedman
Cause: 29:216 Fair Labor Standards Act

Date Filed: 04/28/2006
Jury Demand: Plaintiff
Nature of Suit: 710 Labor: Fair Standards
Jurisdiction: U.S. Government Defendant

**Plaintiff**

MARJORIE MURTAGH COOKE represented by R. Scott Oswald
EMPLOYMENT LAW GROUP, PC
888 17th Street, NW
Suite 900
Washington, DC 20006-3307
(202) 261-2806
Fax: (202) 261-2835
Email: soswald@employmentlawgroup.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

ECF DOCUMENT
I hereby attest and certify that this is a printed copy of a document which was electronically filed with the United States District Court for the District of Columbia.
Date Filed: 4-28-06
NANCY MAYER-WHITTINGTON, CLERK
By: T. Davis

V.

**Defendant**

MARK ROSENKER
*Acting Chairman, National Transportation Safety Board*
represented by Kathleen M. Konopka
U.S. ATTORNEY'S OFFICE
555 Fourth Street, NW
Washington, DC 20530
(202) 616-5309
Fax: (202) 514-8781
Email: kathleen.konopka3@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| | | |

| | | |
|---|---|---|
| 04/28/2006 | 1 | COMPLAINT against MARK ROSENKER (Filing fee $ 350) filed by MARJORIE MURTAGH COOKE.(jf, ) (Entered: 05/01/2006) |
| 04/28/2006 | | SUMMONS (3) Issued as to MARK ROSENKER, U.S. Attorney and U.S. Attorney General (jf, ) (Entered: 05/01/2006) |
| 05/30/2006 | 2 | NOTICE of Appearance by Kathleen M. Konopka on behalf of MARK ROSENKER (Konopka, Kathleen) (Entered: 05/30/2006) |
| 06/12/2006 | 3 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed on Attorney General. Date of Service Upon Attorney General 05/23/2006., RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed as to MARK ROSENKER served on 5/23/2006, answer due 7/24/2006., RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed as to the US Attorney. MARK ROSENKER served on 5/23/2006, answer due 7/24/2006 (Oswald, R.) (Entered: 06/12/2006) |
| 07/11/2006 | 4 | Joint MOTION to Stay *All Proceedings Pending Mediation* by MARK ROSENKER. (Attachments: # 1 Text of Proposed Order)(Konopka, Kathleen) (Entered: 07/11/2006) |
| 07/12/2006 | 5 | ORDER referring this case for mediation to commence July 12, 2006 and conclude on or before August 31, 2006, and granting 4 the parties' joint motion to stay proceedings pending mediation. Signed by Judge Paul L. Friedman on July 12, 2006. (MA) (Entered: 07/12/2006) |
| 08/27/2006 | 6 | Consent MOTION for Extension of Time to Complete Mediation by MARK ROSENKER. (Attachments: # 1 Text of Proposed Order) (Konopka, Kathleen) (Entered: 08/27/2006) |
| 08/28/2006 | | MINUTE ORDER granting 6 defendant's consent Motion for Extension of Time to Complete Mediation. All further proceedings in this case shall be stayed and mediation shall continue until October 2, 2006. Signed by Judge Paul L. Friedman on 8/28/06. (lcplf2) (Entered: 08/28/2006) |
| 10/09/2006 | 7 | AMENDED COMPLAINT against MARK ROSENKER filed by MARJORIE MURTAGH COOKE.(td, ) (Entered: 10/11/2006) |
| 10/11/2006 | 8 | Unopposed MOTION to Transfer Case *to U.S. Court of Federal Claims* by MARJORIE MURTAGH COOKE. (Attachments: # 1 Text of Proposed Order)(Oswald, R.) (Entered: 10/11/2006) |
| 10/11/2006 | 9 | VACATED PURUSANT TO MINUTE ORDER ENTERED 10/11/06.....ORDER that the parties shall submit on or before October 20, 2006 a joint report updating the court on the status of this case and any ongoing settlement negotiations. Signed by Judge Paul L. Friedman on October 11, 2006. (MA) Modified on 10/19/2006 (ks, ). (Entered: 10/11/2006) |

| | | |
|---|---|---|
| 10/11/2006 | ③ | MINUTE ORDER vacating minute order ③ entered this same day requesting a joint report updating the court on the status of this case, and granting ③ plaintiff's unopposed motion to transfer venue. Signed by Judge Paul L. Friedman on October 11, 2006. (MA) (Entered: 10/11/2006) |
| 10/11/2006 | ③ | Set Deadline: Joint Report due by 10/20/2006. (mm) (Entered: 10/13/2006) |
| 10/13/2006 | | ***Civil Case Terminated. (mm) (Entered: 10/16/2006) |
| 10/26/2006 | ③ | Case transferred to Court of Federal Claims. Case mailed US Postal Service, return receipt requested. (td, ) (Entered: 10/26/2006) |