**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| **MARJORIE MURTAGH COOKE,** | ) |
| **Plaintiff,** | ) |
| **v.** | ) **Case No. 06-748C** |
| | ) **Judge Thomas C. Wheeler** |
| **THE UNITED STATES OF AMERICA,** | ) |
| **Defendant.** | ) |

**NOTICE OF APPEARANCE OF COUNSEL**

COMES NOW attorney Brian M. Lowinger of the Employment Law Group, PC, and requests that the Court enter his appearance on behalf of Plaintiff Marjorie Murtagh Cooke in the above captioned matter. The undersigned requests that his name and email (blowingert@employmentlawgroup.net) be added to the Court's electronic filing database for this case.

Respectfully submitted,

__//S//Brian M. Lowinger____________________

Brian M. Lowinger
The Employment Law Group, P.C.
888 17th Street, NW, Suite 900
Washington, D.C. 20006
(202) 261-2817
(202) 261-2835 (facsimile)
blowinger@employmentlawgroup.net

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 5th day of March 2007, the foregoing Notice of Appearance of Counsel was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. The attorney listed below has entered her appearance on behalf of the Defendant.

Meredyth Cohen
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
1100 L St., N.W., Room 12016
Washington, DC 20530
Phone: (202) 353-7978
Fax: (202) 514-8624
meredyth.cohen@usdoj.gov
*Counsel for Defendant*

______//S//__________________
Brian M. Lowinger