# In the United States Court of Federal Claims

No. 06-748C

(Filed: March 7, 2007)

```
************************************ *
                                     *
MARJORIE MURTAGH COOKE,              *
                                     *
                      Plaintiff,     *
                                     *
 v.                                  *
                                     *
THE UNITED STATES,                   *
                                     *
                      Defendant.     *
                                     *
************************************ *
```

## SCHEDULING ORDER

On February 27, 2007, counsel for the parties filed a Joint Preliminary Status Report that included a proposed discovery schedule. Based on further discussions with counsel during a March 6, 2007 Preliminary Scheduling Conference, the Court hereby establishes the following schedule:

1. Any motion challenging the Court's subject matter jurisdiction in this action shall be filed within 30 days of the Preliminary Scheduling Conference, by April 5, 2007.

2. On or before April 5, 2007, the parties shall provide initial disclosures pursuant to RCFC 26(a)(1).

3. Plaintiff shall disclose its expert witnesses, if any, on or before July 5, 2007, and Defendant shall disclose its expert witnesses, if any, on or before August 3, 2007.

4. All discovery shall be completed by no later than October 2, 2007.

5. Any party wishing to file a dispositive motion shall do so no later than 30 days after the close of discovery, on or before November 2, 2007. Opposition briefs shall be filed within 30 days thereafter, on or before December 3, 2007, and reply briefs shall be filed within 14 days after service of the opposition brief, on or before December 17, 2007.

6. The Court will schedule a pretrial conference following the close of discovery, or if necessary, following a ruling on any dispositive motions.

The parties are expected to work diligently to meet the dates set forth above, and should notify the undersigned if the Court's assistance is desired.

IT IS SO ORDERED.

s/ Thomas C. Wheeler
THOMAS C. WHEELER
Judge