IN THE UNITED STATES COURT OF FEDERAL CLAIMS

**MARJORIE MURTAGH COOKE,**

**Plaintiff,**

**v.**

**THE UNITED STATES OF AMERICA,**

**Defendant.**

**Case No. 06-748C**
**Judge Thomas C. Wheeler**

**_CONSENT_ MOTION FOR EXTENSION OF TIME TO OPPOSE DEFENDANT'S MOTION TO DISMISS**

Plaintiff, Marjorie Murtagh-Cooke, pursuant to Rule 6.1 of the Court of Federal Claims Rules of Civil Procedure, by and through Counsel, and with the consent of Defendant United States of America, does move the Honorable Court for an extension of time to file an opposition to Defendant's Motion to Dismiss. Plaintiff does hereby aver and state as follows:

1. Defendant United States of America filed a Motion to Dismiss on March 15, 2007.
2. Accordingly, Ms. Murtagh-Cooke's opposition to the Motion to Dismiss is due on Monday, April 16, 2007.
3. On April 16, 2007, Ms. Murtagh-Cooke's counsel contacted Defendant's counsel to request an extension of time to respond to the Motion to Dismiss.
4. Defendant's counsel graciously agreed to an extension of two (2) days, effectively moving Ms. Murtagh-Cooke's deadline to oppose the Motion to Dismiss to April 18, 2007.

5. Ms. Murtagh-Cooke's request for an extension is based on the fact that Defendant's Motion to Dismiss presents a series of novel and complex issues and Ms. Murtagh-Cooke requests two extra days to thoroughly and properly respond.

Wherefore, Ms. Murtagh-Cooke requests that this court extend the deadline by which Ms. Murtagh-Cooke must oppose Defendant United States of America's Motion to Dismiss to the parties' mutually agreed upon date of Wednesday, April 18, 2007.

Respectfully Submitted,
By Counsel

_/s/ Brian M. Lowinger________________

R. Scott Oswald
Brian M. Lowinger
The Employment Law Group, PC
888 17th Street, NW, Suite 900
Washington, D.C. 20006
(202) 261-2806
(202) 261-2835 (facsimile)
soswald@employmentlawgroup.net
blowinger@employmentlawgroup.net
*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the foregoing Plaintiff Marjorie Murtagh-Cooke's Consent Motion for Extension of Time to Oppose Defendant's Motion to Dismiss Pursuant to RCFC Rule 6.1, was served via the Electronic Case Filing system on this 16th day of April, 2007, upon:

Meredyth D. Cohen, Esq.
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
Washington, D.C. 20530
Phone: (202) 353-7978
Fax: (202) 514-8624
meredyth.cohen@usdoj.gov

/s/ Brian M. Lowinger
Brian M. Lowinger