**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| **MARJORIE MURTAGH COOKE,** | ) |
| **Plaintiff,** | ) |
| **v.** | ) **Case No. 06-748C** |
| | ) **Judge Thomas C. Wheeler** |
| **THE UNITED STATES OF AMERICA,** | ) |
| **Defendant.** | ) |

**ORDER**

Upon consideration of the Consent Motion for Extension of Time in which Plaintiff Marjorie Murtagh-Cooke must file her Opposition to Defendant's Motion to Dismiss, it is:

ORDERED that the Consent Motion is GRANTED; and further

ORDERED that Plaintiff Marjorie Murtagh-Cooke's opposition to Defendant's Motion to Dismiss is due on Wednesday, April 18, 2007.

So ordered this _______ day of ________________, 2007.

__________________________________
Hon. Thomas C. Wheeler
U. S. Court of Federal Claims

Copies: via ECF

R. Scott Oswald, D.C. Bar #458859
Brian M. Lowinger, D.C. Bar #472886
The Employment Law Group, PC
888 17th Street, NW, Suite 900
Washington, D.C. 20006
(202) 261-2806
(202) 261-2835 (facsimile)
soswald@employmentlawgroup.net
blowinger@employmentlawgroup.net

Meredyth D. Cohen, Esq.
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
Washington, D.C. 20530
Phone: (202) 353-7978
Fax: (202) 514-8624
meredyth.cohen@usdoj.gov