**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| **MARJORIE MURTAGH COOKE,** | ) |
| **Plaintiff,** | ) |
| **v.** | ) **Case No. 06-748C** |
| | ) **Judge Thomas C. Wheeler** |
| **THE UNITED STATES OF AMERICA,** | ) |
| **Defendant.** | ) |

**<u>*CONSENT* MOTION TO CORRECT MOTION TO STRIKE</u>**

COMES NOW Plaintiff Marjorie Murtagh Cooke, by and through Counsel, and does request that the Court grant her leave to amend her Motion to Strike References to Discovery Requests and Discovery Requests in Defendant's Reply to Opposition to Motion to Dismiss. The corrected Motion to Strike is attached hereto as Exhibit 1.

*Defendant has graciously consented to this motion.*

Respectfully Submitted,
By Counsel

/s/ Brian M. Lowinger
R. Scott Oswald
Brian M. Lowinger
The Employment Law Group, PC
888 17th Street, NW, Suite 900
Washington, D.C. 20006
(202) 261-2806
(202) 261-2835 (facsimile)
soswald@employmentlawgroup.net
blowinger@employmentlawgroup.net
*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the foregoing Motion to Correct Motion to Strike References to Discovery Requests and Discovery Requests in Defendant's Reply to Opposition to Motion to Dismiss and exhibit were served via electronic case filing this 18th day of May, 2007, upon:

Meredyth D. Cohen, Esq.
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
Attn: Classification Unit 8th Floor
11 L Street, NW
Washington, D.C. 20530
Phone: (202) 353-7978
Fax: (202) 514-8624
meredyth.cohen@usdoj.gov

/s/ Brian M. Lowinger
Brian M. Lowinger