IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| MARJORIE MURTAGH COOKE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 06-748C |
| | ) | (Judge Wheeler) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S MOTION FOR CLARIFICATION**

On May 29, 2007, this Court issued an order stating that:

> (1) Plaintiff's May 16, 2007 Motion to Strike References to Discovery Requests in Defendant's Reply [17] is DENIED; (2) Plaintiff's May 16, 2007 Motion for Leave to File Surreply [16] is GRANTED; (3) Plaintiff's May 18, 2007 Consent Motion to Correct Motion to Strike [19] is GRANTED; (4) Plaintiff's May 18, 2007 Consent Motion to Correct Surreply [18] is GRANTED.

Defendant, United States, respectfully requests that this Court clarify its May 29, 2007 order. Specifically, defendant requests that the Court state whether the order denies the motion to strike, as corrected, or whether the order denies the original motion to strike, but leaves the corrected motion to strike pending. Additionally, if the corrected motion to strike remains pending, defendant requests the Court to specify the deadline for its response to the corrected motion to strike.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s/ KATHRYN A. BLEECKER
KATHRYN A. BLEECKER
Assistant Director

/s/ MEREDYTH D. COHEN
MEREDYTH D. COHEN
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tel: (202) 353-7978
Fax: (202) 514-8624

May 29, 2007

Attorneys for Defendant

CERTIFICATE OF SERVICE

I certify under that on this 29th day of May, 2007 a copy of the foregoing "DEFENDANT'S MOTION FOR CLARIFICATION" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ MEREDYTH D. COHEN