**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| **MARJORIE MURTAGH COOKE,** | ) |
| **Plaintiff,** | ) |
| **v.** | ) **Case No. 06-748C** |
| | ) **Judge Thomas C. Wheeler** |
| **THE UNITED STATES OF AMERICA,** | ) |
| **Defendant.** | ) |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE PLAINTIFF'S SUPPLEMENTAL MEMORANDUM OF LAW IN SUPPORT OF HER OPPOSTION TO DEFENDANT'S MOTION TO DISMISS**

COMES NOW Plaintiff Marjorie Murtagh Cooke, by and through Counsel, and does request that the Court grant her leave to supplement her opposition to Defendant's Motion to Dismiss to brief the issue of the interaction of Fed. R. Civ. P. 15(a) and the question of whether Plaintiff's claim was pending pursuant to 28 U.S.C. § 1500. Plaintiff's supplemental arguments are attached hereto as Exhibit 1.

*Defendant did not consent to this motion.*

Respectfully Submitted,
By Counsel

_/s/ Brian M. Lowinger___________
R. Scott Oswald
Brian M. Lowinger
The Employment Law Group, PC
888 17th Street, NW, Suite 900
Washington, D.C. 20006
(202) 261-2806
(202) 261-2835 (facsimile)
soswald@employmentlawgroup.net
blowinger@employmentlawgroup.net
*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the foregoing Plaintiff's Motion for Leave to File Plaintiff's Supplemental Memorandum of Law In Support Of Her Oppostion to Defendant's Motion To Dismiss was served via electronic case filing this 22nd day of June, 2007, upon:

Meredyth D. Cohen, Esq.
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
Attn: Classification Unit 8th Floor
1100 L Street, NW, Room 12016
Washington, D.C. 20530
Phone: (202) 353-7978
Fax: (202) 514-8624
meredyth.cohen@usdoj.gov

/s/ Brian M. Lowinger
Brian M. Lowinger