IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| MARJORIE MURTAGH COOKE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 06-748C |
| | ) | (Judge Wheeler) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION TO SUPPLEMENT HER OPPOSITION TO DEFENDANT'S MOTION TO DISMISS**

Defendant, the United States, respectfully submits this opposition to plaintiff's June 22, 2007 motion for leave to file a supplemental memorandum of law in support of her opposition to defendant's motion to dismiss. Plaintiff Marjorie Murtagh Cooke requests that this Court grant her leave to supplement her opposition to defendant's motion to dismiss. Specifically, Ms. Cooke requests leave to brief the issue of "the interaction of Fed. R. Civ. P. 15(a) and the question of whether Plaintiff's claim was pending pursuant to 28 U.S.C. § 1500." Ms. Cooke has already had numerous opportunities to respond to defendant's motion to dismiss - in her opposition brief, surreply brief, and at oral argument. Ms. Cooke could have raised her Rule 15(a) argument at any one of these points, and did in fact do so at oral argument. Unless the Court requires additional briefing on this, or any other, issue, no further briefing should be permitted at this stage of the proceedings. For these reasons, we respectfully request that the Court deny plaintiff's motion for leave to file a supplemental memorandum of law.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s/ KATHRYN A. BLEECKER
KATHRYN A. BLEECKER
Assistant Director

/s/ MEREDYTH D. COHEN
MEREDYTH D. COHEN
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tel: (202) 353-7978
Fax: (202) 514-8624

June 28, 2007

Attorneys for Defendant

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on this 28th day of June, 2007, a copy of the foregoing "DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION TO SUPPLEMENT HER OPPOSITION TO DEFENDANT'S MOTION TO DISMISS" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Meredyth D. Cohen