# In the United States Court of Federal Claims

No. 06-748C

(Filed: July 19, 2007)

```
************************************* *
                                      *
MARJORIE MURTAGH COOKE,               *
                                      *
                    Plaintiff,        *
                                      *
 v.                                   *
                                      *
THE UNITED STATES,                    *
                                      *
                    Defendant.        *
                                      *
************************************* *
```

**AMENDED SCHEDULING ORDER**

On July 19, 2007, the Court held a telephonic status conference with the parties. Based on further discussions with counsel, the Court's March 7, 2007 Scheduling Order is amended as follows:

1. Defendant shall disclose its expert witnesses, if any, on or before September 4, 2007.

2. All discovery shall be completed by no later than November 1, 2007.

3. Any party wishing to file a dispositive motion shall do so on or before December 3, 2007. Opposition briefs shall be filed within 30 days thereafter, on or before January 2, 2008, and reply briefs shall be filed within 14 days after service of the opposition brief, on or before January 16, 2008.

4. The Court will schedule a pretrial conference following the close of discovery, or if necessary, following the briefing of any dispositive motions.

5. Trial shall begin at 9:30 AM on Tuesday, March 25, 2008, in the National Courts Building, 717 Madison Place, NW in Washington, DC, and shall conclude on or before Friday, March 28, 2008.

The parties are expected to work diligently to meet the dates set forth above, and should notify the undersigned if the Court's assistance is desired.

IT IS SO ORDERED.

s/ Thomas C. Wheeler
THOMAS C. WHEELER
Judge