**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| **MARJORIE MURTAGH COOKE,** | ) |
| **Plaintiff,** | ) |
| **v.** | ) **Case No. 06-748C** |
| | ) **Judge Thomas C. Wheeler** |
| **THE UNITED STATES OF AMERICA,** | ) |
| **Defendant.** | ) |

## PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

Plaintiff Marjorie Murtagh Cooke ("Plaintiff"), by and through counsel and pursuant to Rule 56 of the Court of Federal Claims, hereby moves this Court for an order granting summary judgment in the above captioned case. There is no genuine dispute as to any uncontroverted fact related to Plaintiff's cause of action, as stated in her First Amended Complaint, that Defendant violated the Equal Pay Act, 29 U.S.C. § 206, and Defendant has raised no affirmative defenses. Plaintiff is therefore entitled to judgment as a matter of law.

Plaintiff respectfully refers the Court to the accompanying Plaintiff's Proposed Findings of Uncontroverted Fact and her Memorandum of Points and Authorities in Support of Plaintiff's Motion for Summary Judgment.

Respectfully Submitted,
By Counsel

/s/ Brian M. Lowinger
R. Scott Oswald
Brian M. Lowinger
The Employment Law Group, PC
888 17th Street, NW, Suite 900
Washington, D.C. 20006
(202) 261-2806

(202) 261-2835 (facsimile)
soswald@employmentlawgroup.net
blowinger@employmentlawgroup.net
*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing Plaintiff's Motion for Summary Judgment, Memorandum of Points and Authorities in Support of Plaintiff's Motion for Summary Judgment, Plaintiff's Proposed Findings of Uncontroverted Fact, and a proposed Order was served via hand delivery this 9th day of October, 2007 upon:

Meredyth D. Cohen, Esq.
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
1100 L St., N.W., Room 12016
Washington, D.C. 20530
Phone: (202) 353-7978
Fax: (202) 514-8624
meredyth.cohen@usdoj.gov

_____/s/ Brian M. Lowinger_______
Brian M. Lowinger