**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| **MARJORIE MURTAGH COOKE,** | ) |
| **Plaintiff,** | ) |
| **v.** | ) **Case No. 06-748C** |
| | ) **Judge Thomas C. Wheeler** |
| **THE UNITED STATES OF AMERICA,** | ) |
| **Defendant.** | ) |

**ORDER GRANTING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

UPON CONSIDERATION of Plaintiff's Motion for Summary Judgment and its supporting documents, any opposition thereto, and the entire record herein, it is, by the Court this _____ day of _______________, 2007,

**ORDERED** that Plaintiff's Motion for Summary Judgment be, and hereby is, **GRANTED** for violation of the Equal Pay Act, 29 U.S.C. **§** 206 as described in Count I of Plaintiff's First Amended Complaint (Docket Entry 4), with Judgment entered against the Defendant; and it is

**FURTHER ORDERED** that the Court schedules a hearing on Plaintiff's proof of damages to occur on the _______ day of ________, 2007.

________________________________

Hon. Thomas C. Wheeler

Copies to:

R. Scott Oswald
Brian M. Lowinger
The Employment Law Group, PC
888 17th Street, NW, Suite 900
Washington, D.C. 20006

Meredyth D. Cohen, Esq.
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
1100 L St., N.W., Room 12016
Washington, D.C. 20530