**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| **MARJORIE MURTAGH COOKE,** | ) |
| **Plaintiff,** | ) |
| **v.** | ) **Case No. 06-748C** |
| | ) **Judge Thomas C. Wheeler** |
| **THE UNITED STATES OF AMERICA,** | ) |
| **Defendant.** | ) |

**CONSENT MOTION TO AMEND THE SCHEDULING ORDER**

COMES NOW, the parties, Plaintiff, Marjorie Murtagh Cooke, by and through counsel, and with the consent of Defendant the United States, by and through counsel, does move this Honorable Court to amend the Amended Scheduling Order, and in support of this Motion does hereby aver and state as follows:

1. On November 9, 2006, Plaintiff filed an amended complaint against Defendant.
2. On March 7, 2007, this Honorable Court issued its initial Scheduling Order.
3. On July 19, 2007, this Honorable Court issued an Amended Scheduling Order.
4. Over the last few months, the parties have complied with the time frames in the Amended Scheduling Order, and the parties have diligently engaged in discovery.
5. Due to issues related to the scheduling of deponents and availability of counsel, the parties have had difficulties setting dates for depositions and completing discovery and anticipate further delays.

6. Pursuant to Court of Federal Claims Rule 16(b), the parties discussed and consented to an extension of time of 30 days, i.e. until December 3, 2007, to complete depositions noticed by November 1, 2007. The parties do not seek to amend the date for completing written discovery.

7. The parties also seek to extend the date to file a dispositive motion until January 16, 2008. The opposing party shall still have 30 days to respond, i.e. February 14, 2008, and the reply will be due 14 days thereafter, i.e. on February 28, 2008.

8. The parties request that the Court reset the date for the trial.

9. The parties therefore request an extension of the dates as follows:

| | **Previous Due Date** | **Proposed Due Date** |
|---|---|---|
| Written Discovery completed by | 11/01/2007 | 11/01/2007 |
| Depositions completed by | 11/01/2007 | 12/03/2007 |
| Dispositive Motions | 12/03/2007 | 01/16/2008 |
| Opposition to Dispositive Motions | 1/02/2008 | 02/14/2008 |
| Replies to Opp. to Dispositive Motions | 1/16/2008 | 02/28/2008 |
| Trial | 3/25/2008 | (as det. by the Court) |

A proposed order reflecting the foregoing is attached hereto.

Dated: October 09, 2007.

Marjorie Murtagh Cooke
By Counsel

_/s/ Brian M. Lowinger_________________

R. Scott Oswald
Brian M. Lowinger
Employment Law Group, P.C.
888 17th Street, N.W.
Suite 900
Washington, D.C. 20006-3307
(202) 261-2812
(202) 261-2835 (facsimile)
soswald@employmentlawgroup.net
*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the foregoing Consent Motion to Amend the Scheduling Order was served via the Court's electronic filing service this 9th day of October, 2007, upon:

Meredyth D. Cohen, Esq.
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
1100 L St., N.W., Room 12016
Washington, D.C. 20530
Phone: (202) 353-7978
Fax: (202) 514-8624
meredyth.cohen@usdoj.gov

/s/ Brian M. Lowinger
Brian M. Lowinger