**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| **MARJORIE MURTAGH COOKE,** | ) |
| **Plaintiff,** | ) |
| **v.** | ) **Case No. 06-748C** |
| | ) **Judge Thomas C. Wheeler** |
| **THE UNITED STATES OF AMERICA,** | ) |
| **Defendant.** | ) |

**ORDER**

Upon consideration of the parties' consent motion to amend the scheduling order, it is this __________________ day of ___________________, 2007, hereby ORDERED

The Consent Motion to Amend the Scheduling Order is hereby GRANTED.

The Amended Scheduling Order is hereby amended as follows

1. Written discovery shall be completed by November 1, 2007;

2. Depositions shall be completed by December 3, 2007;

3. Dispositive motions shall be filed by January 16, 2008;

4. Opposition to dispositive motions shall be filed by February 14, 2008;

5. Replies to opposition to dispositive motions shall be filed by February 28, 2008;

6. The Court will schedule a pretrial conference following the close of discovery, or if necessary, following the briefing of any dispositive motions. Trial shall begin at 9:30 AM on __________, ___________, 2008, in the National Courts Building, 717 Madison Place, NW in Washington, DC, and shall conclude on or before (four days later).

The parties are expected to work diligently to meet the dates set forth above, and should notify the undersigned if the Court's assistance is desired.

IT IS SO ORDERED.

________________________________
THOMAS C. WHEELER
Judge

Copies to:

R. Scott Oswald
Brian M. Lowinger
The Employment Law Group, PC
888 17th Street, NW, Suite 900
Washington, D.C. 20006

Meredyth D. Cohen, Esq.
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
1100 L St., N.W., Room 12016
Washington, D.C. 20530