# In the United States Court of Federal Claims

No. 06-748C

(Filed: October 10, 2007)

************************************* *
*
MARJORIE MURTAGH COOKE, *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
*
************************************* *

**AMENDED SCHEDULING ORDER**

On October 9, 2007, counsel for Plaintiff filed an unopposed motion to amend the Court's July 19, 2007 Scheduling Order. For good cause shown, the motion is GRANTED IN PART. The Court will permit the parties to conduct depositions up to and including December 3, 2007. The Court will not adjust the dates for briefing of any dispositive motions, and will not reset the trial date. The parties are directed to adhere to the following schedule:

1. All written discovery shall be completed on or before November 1, 2007.

2. All depositions shall be completed on or before December 3, 2007.

3. Any party wishing to file a dispositive motion shall do so on or before December 3, 2007. Opposition briefs shall be filed within 30 days thereafter, on or before January 2, 2008, and reply briefs shall be filed within 14 days after service of the opposition brief, on or before January 16, 2008.

4. The Court will schedule a pretrial conference following the close of discovery, or if necessary, following the briefing of any dispositive motions.

5. Trial shall begin at 9:30 AM on Tuesday, March 25, 2008, in the National Courts Building, 717 Madison Place, NW in Washington, DC, and shall conclude on or before Friday, March 28, 2008.

The parties are expected to work diligently to meet the dates set forth above, and should notify the undersigned if the Court's assistance is desired.

IT IS SO ORDERED.

s/ Thomas C. Wheeler
THOMAS C. WHEELER
Judge