# In the United States Court of Federal Claims

No. 06-748C

(Filed: October 24, 2007)

| | |
|---|---|
| ************************************ | * |
| | * |
| MARJORIE MURTAGH COOKE, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| Defendant. | * |
| | * |
| ************************************ | * |

**ORDER**

On Thursday, November 1, 2007, at 10:00AM, the Court will hold a telephonic status conference with counsel for the parties to discuss possible changes to the current discovery and briefing schedule in light of two recent filings: Plaintiff's October 9, 2007 Motion For Summary Judgment, and Defendant's October 19, 2007 Motion For Leave To File Amended Answer And Affirmative Defense.

IT IS SO ORDERED.

s/ Thomas C. Wheeler
THOMAS C. WHEELER
Judge