**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| **MARJORIE MURTAGH COOKE,** | |
| **Plaintiff,** | |
| **v.** | **Case No. 06-748C** |
| | **Judge Thomas C. Wheeler** |
| **THE UNITED STATES OF AMERICA,** | |
| **Defendant.** | |

**CONSENT MOTION FOR EXTENSION OF TIME**

COMES NOW, the parties, Plaintiff, Marjorie Murtagh Cooke ("Plaintiff"), by and through counsel, and with the consent of Defendant the United States ("Defendant"), by and through counsel, does move this Honorable Court for an entry of an order extending the deadline for submission of Plaintiff's response to Defendant's Motion for Leave to File Amended Answer and Affirmative Defense and an extension of time for Defendant to file its response to Plaintiff's Motion for Summary Judgment. In support of this Motion the parties does hereby aver and state as follows:

1. On October 9, 2007, Plaintiff filed a Motion for Summary Judgment.
2. On October 19, 2007, Defendant filed a Motion for Leave to File Amended Answer and Affirmative Defense.
3. The parties have complied with the time frames in the Amended Scheduling Order, and the parties have diligently engaged in discovery, given however, the pendency of Plaintiff's Motion for Summary Judgment and Defendant's Motion to Amend the parties have agreed to an extension of time in which Defendant will

file its response to Plaintiff's Motion for Summary Judgment and an extension of time in which Plaintiff will file her response to Defendant's Motion to Amend.

For all these reasons, the parties have consented, and Plaintiff now respectfully moves this court for an entry of an Order granting an extension of the deadline for submission of Plaintiff's response to Defendant's Motion to Amend until November 15, 2007 and an extension of time for Defendant's submission of its response to Plaintiff's Motion for Summary Judgment until December 3, 2007.

Marjorie Murtagh Cooke
By Counsel

_/s/ Scott Oswald__________

R. Scott Oswald
Employment Law Group, P.C.
888 17th Street, N.W.
Suite 900
Washington, D.C. 20006-3307
(202) 261-2812
(202) 261-2835 (facsimile)
soswald@employmentlawgroup.net
*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the foregoing Consent Motion to Amend the Scheduling Order was served via the Court's electronic filing service this 29th day of October, 2007, upon:

Meredyth D. Cohen, Esq.
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
1100 L St., N.W., Room 12016
Washington, D.C. 20530
Phone: (202) 353-7978
Fax: (202) 514-8624
meredyth.cohen@usdoj.gov

/s/ Scott Oswald