**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| **MARJORIE MURTAGH COOKE,** | ) |
| **Plaintiff,** | ) |
| **v.** | ) **Case No. 06-748C** |
| | ) **Judge Thomas C. Wheeler** |
| **THE UNITED STATES OF AMERICA,** | ) |
| **Defendant.** | ) |

**CONSENT ORDER FOR ENLARGEMENT OF TIME**

NOW THEREFORE, upon agreement of counsel and it appearing to the Court that the parties have consented to an extension of time for Plaintiff to file her Response to Defendant's Motion for Leave to File Amended Answer and Affirmative Defense and an extension of time for Defendant to file its Response to Plaintiff's Motion for Summary Judgment it is hereby

ORDERED that the Consent Motion for Extension of Time for Plaintiff to file her response to Defendant's Motion for Leave to File Amended Answer and Affirmative Defense and an extension of time for Defendant to file its response to Plaintiff's Motion for Summary Judgment, is GRANTED, and it is,

FURTHER ORDERED that Plaintiff's Response to Defendant's Motion for Leave to File Amended Answer and Affirmative Defense is due on November 15, 2007 and Defendant's response to Plaintiff's Motion for Summary Judgment is due on December 3, 2007.

SO ORDERED THIS _____ DAY OF ________________, 2007.

IT IS SO ORDERED.

______________________________
THOMAS C. WHEELER
Judge

Copies to:

R. Scott Oswald
The Employment Law Group, PC
888 17th Street, NW, Suite 900
Washington, D.C. 20006

Meredyth D. Cohen, Esq.
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
1100 L St., N.W., Room 12016
Washington, D.C. 20530