**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| **MARJORIE MURTAGH COOKE,** | ) |
| **Plaintiff,** | ) |
| **v.** | ) **Case No. 06-748C** |
| | ) **Judge Thomas C. Wheeler** |
| **THE UNITED STATES OF AMERICA,** | ) |
| **Defendant.** | ) |

## MOTION FOR WITHDRAWAL OF APPERANCE

COMES NOW, Plaintiff, Marjorie Murtagh Cooke ("Cooke"), by and through counsel, pursuant to Local Rule 83.1(c)(6), respectfully request this Court to grant Plaintiff leave to withdraw Brian M. Lowinger as counsel for the Plaintiff. R. Scott Oswald, of the law firm The Employment Law Group, P.C., will continue to represent Plaintiff and thus no prejudice will result from Brian M. Lowinger's withdrawal as counsel for Plaintiff.

Marjorie Murtagh Cooke
By Counsel

__/s/Scott Oswald______

R. Scott Oswald
Employment Law Group, P.C.
888 17th Street, N.W.
Suite 900
Washington, D.C. 20006-3307
(202) 261-2812
(202) 261-2835 (facsimile)
soswald@employmentlawgroup.net
*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the foregoing Motion for Withdrawal of Appearance was served via the Court's electronic filing service this 29th day of October, 2007, upon:

Meredyth D. Cohen, Esq.
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
1100 L St., N.W., Room 12016
Washington, D.C. 20530
Phone: (202) 353-7978
Fax: (202) 514-8624
meredyth.cohen@usdoj.gov

/s/Scott Oswald____
Scott Oswald