# In the United States Court of Federal Claims

No. 06-748C

(Filed: November 1, 2007)

************************************ *
*
MARJORIE MURTAGH COOKE, *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
*
************************************ *

**ORDER**

On Thursday, November 1, 2007, at 10:00AM, the Court held a telephonic status conference with counsel for the parties to discuss Plaintiff's October 29, 2007 Consent Motion for Extension of Time. For good cause shown, Plaintiff's Motion is GRANTED. Plaintiff is directed to respond to Defendant's Motion to Amend on or before November 15, 2007. Defendant is directed to respond to Plaintiff's Motion for Summary Judgment on or before December 3, 2007.

IT IS SO ORDERED.

s/ Thomas C. Wheeler
THOMAS C. WHEELER
Judge