**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| **MARJORIE MURTAGH COOKE,** | ) |
| **Plaintiff,** | ) |
| **v.** | ) **Case No. 06-748C** |
| | ) **Judge Thomas C. Wheeler** |
| **THE UNITED STATES OF AMERICA,** | ) |
| **Defendant.** | ) |

**ORDER**

UPON CONSIDERATION of Defendant's Motion for Leave to File Amended Answer and Affirmative Defense, Plaintiff's Opposition thereto, and Defendant's Reply, it is hereby:

**ORDERED** that Defendant's Motion to Amend is DENIED.

Entered this _______day of ________, 200_.

______________________________
Hon. Thomas C. Wheeler

Copies to:

R. Scott Oswald
Brian M. Lowinger
The Employment Law Group, PC
888 17th Street, NW, Suite 900
Washington, D.C. 20006

Meredyth D. Cohen, Esq.
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
1100 L St., N.W., Room 12016
Washington, D.C. 20530