# APPENDIX

# INDEX TO APPENDIX


| Document | Page Number |
|---|---|
| Declaration of Emily T. Carroll (dated Nov. 29, 2007) | A1 |
| Declaration of Robert J. Chipkevich (dated Nov. 28, 2007) | A7 |
| Declaration of Thomas E. Haueter (dated Nov. 28, 2007) | A13 |
| Declaration of Robert M. MacIntosh, Jr. (dated Nov. 28, 2007) | A17 |
| Declaration of Joseph G. Osterman (dated Nov. 29, 2007) | A21 |
| Selections from the deposition of Daniel Campbell (dated Nov. 15, 2007) | A27 |
| Selections from the deposition of John C. Clark (dated June 29, 2007) | A32 |
| Selections from the deposition of Ellen E. Engleman Conners (dated Oct. 25, 2007) | A35 |
| Selections from the deposition of Marjorie Murtagh Cooke (dated Oct. 23, 2007) | A43 |
| Selections from the Rule 30(b)(6) deposition of Joseph G. Osterman (dated May 24, 2007) | A75 |
| Selections from the deposition of John S. Spencer (dated Aug. 15, 2007) | A105 |
| Plaintiff's Responses to Defendant's First Set of Interrogatories (dated Sep. 19, 2007) | A114 |
| National Transportation Safety Board, EEO Report of Investigation for Marjorie M. Murtagh (dated Dec. 6, 2005) | A152 |
| National Transportation Safety Board letter with NTSB enclosure, from Dan Campbell to Anne Kirby (dated July 17, 2001) | A164 |
| Letter from the Office of Personnel Management, from Dan Campbell to Carol Carmody (dated Sep. 23, 2002) | A174 |
| Selections from the 2003 National Transportation Safety Board, Annual Report to Congress | A176 |
| Selections from the 2004 National Transportation Safety Board, Annual Report to Congress | A179 |

Selections from 2005 National Transportation Safety Board,
Annual Report to Congress . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . A182

National Transportation Safety Board, Senior Executive Service
Position Vacancy Announcement (dated Aug. 11, 2004) . . . . . . . . . . . . . . . . . . . . . A187

Title 49-Transportation, Chapter VIII- National Transportation Safety Board
(dated Sep. 12, 2002) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . A195

Coast Gaurd/NTSB Memorandum of Understanding (dated Mar. 28, 2000) . . . . . . . . . . . . A197

National Transportation Safety Board Publications,
Marine Accidents (dated Apr. 11, 2007) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . A204

National Transportation Safety Board, Operations Bulletin HR-PRF-001
Performance Management System (dated Aug. 19, 2005) . . . . . . . . . . . . . . . . . . . . A207

Letter from the Office of Personnel Management,
from Kay Coles James to Carol Carmody (dated May 26, 2004) . . . . . . . . . . . . . . . A227