2003

NATIONAL TRANSPORTATION SAFETY BOARD

National Transportation Safety Board

# ANNUAL REPORT

*to Congress*

# Office of Marine Safety

The NTSB is authorized to investigate marine accidents involving foreign vessels in U.S. territorial waters or U.S. vessels anywhere in the world. In past years, the Board has conducted marine accident investigations as far away as the Persian Gulf and the South China Sea. To carry out its marine safety program, the Board maintains a small staff of professional investigators at its headquarters that includes licensed master mariners, marine engineers, naval architects, and human performance and survival factors specialists.

The Board generally investigates accidents involving:

- the loss of six or more lives;
- the loss of a self-propelled vessel of over 100 gross tons or damage to any vessel;
- property damage exceeding $500,000;
- serious hazardous materials threats to life, property, and the environment;
- Coast Guard safety functions (e.g., vessel traffic services, search and rescue operations, vessel inspections, aids to navigation); and
- a public/nonpublic vessel collision with one or more fatalities or $75,000 or more in property damage.

*In 2003, Office of Marine Safety's eight investigators and seven staff members investigated eight accidents, completed one report, and continued work on 10 investigations.*

In September 2002, the Safety Board and the USCG concluded a new agreement setting out each agency's role in the investigation of major marine shipping accidents. With the memorandum of understanding, the two agencies resolved a long-standing uncertainty over how to determine which will lead the investigation of a major marine accident. Among its advantages, the new agreement permits the Safety Board to focus its attention on cruise ships and other passenger vessel accidents, while ensuring that accidents that involve Coast Guard functions are independently reviewed.

Marine accident reports of these investigations contain an in-depth analysis of the accident, a finding of probable cause or causes, and safety recommendations to prevent similar accidents from occurring. As in the other transportation modes, the Safety Board undertakes studies involving specific marine safety issues, which typically result in the issuance of recommendations to federal and state agencies and the maritime industry.

## On-going Marine Investigations

### ***U.S.S. Greeneville* and *Ehime Maru* Collide in Pearl Harbor, Hawaii**

The NTSB continues to investigate the February 2001 collision between the nuclear submarine *U.S.S. Greeneville* and the Japanese fishing training vessel *Ehime Maru*. The *Greeneville* had departed Pearl Harbor with civilian guests on board to demonstrate the ship's maneuvering capabilities. The crew was putting the submarine through a series of turns, dives, and surfacing operations. As the *Greeneville* reached the surface during an

emergency ascent maneuver, its conning tower and vertical tail fin struck the *Ehime Maru*, which had left Honolulu earlier that day. Shortly after the collision, the *Ehime Maru* sank. Nine of the 35 people on board the Japanese vessel perished. The U.S. Navy subsequently towed the *Ehime Maru* to shallow water and recovered eight of the nine victims. The last victim remains missing and is presumed drowned.

## Barges in the Tow of U.S. Towboat, *Robert Y. Love*, Collide with Highway Bridge near Webbers Falls, Oklahoma

The Office of Marine Safety is supporting the Office of Highway Safety in the investigation of the May 26, 2002, collision of the U.S. towboat *Robert Y. Love* with the I-40 highway bridge over the Arkansas River near Webbers Falls, Oklahoma. The *Robert Y. Love* was pushing two empty 297-foot-long asphalt barges northbound on the Arkansas River, approaching the I-40 highway bridge, when the master, who was alone in the pilothouse, lost consciousness. The *Robert Y. Love* veered left from its approach course, and one of the barges collided with a bridge support west of the navigable channel. The impact collapsed a 503-foot section of the span, which fell into the river and onto the barges below. According to witnesses, highway traffic continued to drive into the void in the bridge. When traffic finally stopped, eight passenger vehicles and three tractor-trailer combinations had fallen into the river. The accident resulted in 14 fatalities, five injuries, and an estimated $20 million in damage to the bridge. Marine issues involved in this accident include the medical condition of the master, and the protection of highway bridges from marine allisions.

## Small Passenger Vessel (Tour Boat), *Panther*, Sinks in Everglades National Park

The Safety Board is investigating the December 30, 2002, sinking of the *Panther*, a tour boat carrying 33 passengers, in the Ten Thousand Islands area of Everglades National Park, Florida. Boats that were nearby at the time of the sinking rescued the passengers. None of the passengers were able to retrieve their life jackets before the vessel sank, and many of them, including non-swimmers, were forced to enter the water. The vessel, although refloated after the accident, was a constructive total loss. Issues involved in this accident include the adequacy of the material condition of the vessel, accessibility of lifesaving equipment on board the vessel, adequacy of the maintenance and repair procedures of the vessel's owner, and adequacy of emergency preparedness in Everglades National Park by the National Park Service.

## Tank Barge *B. NO. 125* Explodes at Dock in Bayonne, New Jersey

On February 21, 2003, an explosion and fire occurred on the loaded tank barge *B. NO. 125*, as it unloaded gasoline at the Port Mobil Terminal in southwestern Staten Island, New York. The fire did not propagate to storage tanks at the facility, which is operated by ExxonMobil. However, several buildings and vehicles close to the dock were destroyed. Two workers were killed and one was severely injured.

The Safety Board participated in the USCG's investigation of this accident. On March 28, 2003, the U.S. Attorney for the Eastern District of New York requested that the Coast Guard and the Safety Board suspend their investigative efforts on this accident until its criminal investigation has been completed.

000543

National Transportation Safety Board

# ANNUAL REPORT to Congress

MARINE • AVIATION • HAZARDOUS MATERIALS • PIPELINE • HIGHWAY • RAILROAD



NATIONAL TRANSPORTATION SAFETY BOARD

2004

NTSB/SPC-05/05

A179

tractor-trailer that failed to slow was killed. The other drivers received minor injuries. The collision occurred in a 25-mile-long highway construction zone, where construction was occurring at several bridges, spaced miles apart, within the construction zone. This was the fourth fatal collision in four months in this construction zone.

Median Crossover Accident in Sherman, Texas

The NTSB continues to investigate a collision that occurred in September 2004, on US Highway 75 in Sherman, Texas. The accident involved a tractor-trailer that veered leftward, entered a 30-footwide earthen median, continued across the median and entered the opposing lanes where it collided with an SUV and a pick-up truck. After the collision, the truck and SUV came to rest in the grass on the far side of the roadway and a fire ensued, engulfing the truck and SUV. The pick-up remained in the travel lanes.

The driver and four occupants of the SUV and the driver and four occupants of the pick-up truck were killed. Two passengers of the pick-up truck sustained serious injuries and the truck driver sustained minor injuries.

Motorcoach Roll-Over near Turrell, Arkansas

The NTSB continues to investigate an accident that occurred in October 2004 on Interstate 55 near Turrell, Arkansas. The accident involved a single vehicle, a 47-passenger motorcoach driven by a 67-year-old male, transporting 29 passengers to a casino in Tunica, Mississippi. Witnesses following the vehicle prior to the incident estimated the motorcoach had been traveling about 70 miles per hour. At the exit, the vehicle veered to the right and entered the grassy area between the exit ramp and the entrance ramp. The motorcoach began to rotate in a clockwise motion striking an exit sign. It overturned, slid, struck an earthen drainage ditch and rolled over.

The roof of the vehicle separated from the body on the left side, remaining connected (hinged) on the right side. As the vehicle began to roll over, the roof opened up, allowing passengers to be thrown from the now "open topped" vehicle. The vehicle traveled 67 feet after striking the drainage ditch and came to rest upside down, with the roof laying on the ground (top side down) and still hinged on the right side of the east side of the vehicle. There were no passenger seat belts on the vehicle and the driver was not wearing his seat belt. Thirteen passengers and the driver were killed; 16 others were injured.

Motorcoach Accident in Alexandria, Virginia

The NTSB continues to investigate an accident that occurred in November 2004 on the George Washington Parkway in Alexandria, Virginia involving a motorcoach that struck an overpass, injuring nine students and severely damaging the roof of the bus. The tour bus was transporting 27 students from BWI airport to Mount Vernon as part of a tour of Washington.