# Office of Marine Safety

The NTSB is authorized to investigate marine accidents involving foreign vessels in U.S. territorial waters or U.S. vessels anywhere in the world. In past years, the Board has conducted marine accident investigations as far away as the Persian Gulf and the South China Sea.

Because of the international nature of the marine transportation industry and of the large percentage of foreign flag cruise ships operating from U.S. ports, the Safety Board's investigation of accidents involving foreign flag vessels is essential to the enhancement of marine safety worldwide. The Safety Board fulfills U.S. obligations with regard to foreign accident investigations, established under the auspices of the International Maritime Organization by serving as a U.S. representative for marine accidents involving foreign flag vessels operating from U.S. ports.

These accidents typically concern the safety of U.S. passengers aboard foreign flag cruise ships, which represent approximately 95 percent of the large passenger ships operating from U.S. ports. These ships carried approximately 8.5 million passengers in 2004 with an average capacity of 1,200 passengers per ship. In keeping with their responsibilities, NTSB marine accident investigators either launch to, or assist in, international marine accident investigations involving these ships. The Board's role in international accident investigations has a direct impact on the safety of U.S. citizens and other maritime travelers worldwide. The Board's marine accident reports and safety recommendations are disseminated worldwide and have a direct influence on the marine safety requirements of the International Convention for Safety of Life at Sea, 1974, as amended.

*In 2004, the 15 members of the Office of Marine Safety investigated [illegible] new accidents, completed 4 reports, and continued work on 18 accident investigations.*

The marine accident investigation function is performed by NTSB headquarters staff. To carry out its marine safety program, the Board maintains a small staff of professional investigators that includes licensed master mariners, marine engineers, naval architects, and human performance and survival factors specialists. The Board generally will investigate accidents involving:

- risk to the safety of 'innocent third parties', such as passengers or port facilities;
- the loss of six or more lives;
- the loss of a self-propelled vessel of over 100 gross tons;
- property damage exceeding $500,000;
- serious hazardous materials threats to life, property, and the environment;
- Coast Guard safety functions (e.g., vessel traffic services, search and rescue operations, vessel inspections, aids to navigation); and
- a public/nonpublic vessel collision with one or more fatalities or $75,000 or more in property damage.

In September 2002, the Safety Board and the U.S. Coast Guard concluded an agreement that set out each agency's role in the investigation of major marine shipping accidents. With the memorandum of understanding, the two agencies resolved a long-standing uncertainty over how to determine which will lead the investigation of a major marine accident. Among its advantages, the new agreement permits the Safety Board to focus its attention on cruise ships and other passenger vessel accidents, while ensuring that accidents that involve Coast Guard functions are independently reviewed.

000651

National Transportation Safety Board

# ANNUAL REPORT
*to Congress*



2005 ANNUAL REPORT

NTSB/SPC-06/01

National Transportation Safety Board

000652



# Foreword

The National Transportation Safety Board (NTSB) is an independent agency charged with determining the probable cause of transportation accidents and promoting transportation safety. The Safety Board investigates accidents, conducts safety studies, evaluates the effectiveness of other government agencies' programs for preventing transportation accidents, and reviews the appeals of enforcement actions involving aviation and seaman certificates issued by the Federal Aviation Administration (FAA) and the U.S. Coast Guard and civil penalty actions taken by the FAA.

To help prevent accidents, the NTSB develops safety recommendations based on its investigations and studies. These are issued to Federal, State, and local government agencies and to industry and other organizations in a position to improve transportation safety. Recommendations are the focal point of the NTSB's efforts to improve the safety of the nation's transportation system.

The NTSB's origins can be found in the Air Commerce Act of 1926, in which Congress charged the Department of Commerce with investigating the causes of aircraft accidents. Later, that responsibility was given to the Civil Aeronautics Board's Bureau of Aviation Safety.

In 1967, Congress consolidated all transportation agencies into a new Department of Transportation (DOT) and established the NTSB as an independent agency, placed within the DOT for administrative purposes. In creating the Safety Board, Congress envisioned that a single organization with a clearly defined mission could more effectively promote a higher level of safety in the transportation system than the individual modal agencies working separately. Since 1967, the Board has investigated accidents in the aviation, highway, marine, pipeline, and railroad modes, as well as accidents related to the transportation of hazardous materials.

In 1974, Congress reestablished the NTSB as a completely separate entity, outside the DOT, reasoning that "...No federal agency can properly perform such (investigatory) functions unless it is totally separate and independent from any other...agency of the United States." Because the DOT is responsible for both the regulation and promotion of transportation within the United States and accidents may suggest deficiencies in the transportation system, the Board's independence was deemed necessary for proper oversight. The NTSB, which has no authority to regulate, fund, or be directly involved in the operation of any mode of transportation, seeks to conduct investigations and to make recommendations from a totally objective viewpoint.

In 1996, Congress assigned the Safety Board the additional responsibility of coordinating Federal assistance to the families of aviation accident victims. In 2000, the Board embarked on a major initiative to increase employee technical skills and make its investigative expertise more widely available to the transportation community by establishing the NTSB Academy. The George Washington University Virginia campus was selected as the Academy's home. The NTSB took occupancy of its new facility in August 2003. Beginning October 1, 2006, the name of the Academy will change to the NTSB Training Center to better reflect the internal training aspects of the facility.

*Since its inception, the Safety Board has investigated more than 124,000 aviation accidents and over 10,000 surface transportation accidents. To date, the Board has issued about 12,400 safety recommendations pertaining to the various transportation modes to more than 2,200 recipients.*

Since its inception, the NTSB has investigated more than 124,000 aviation accidents and over 10,000 surface transportation accidents. On call 24 hours a day, 365 days a year, NTSB investigators travel throughout the country and to every corner of the world to investigate significant accidents and develop factual records and safety recommendations with one aim—to ensure that such accidents never happen again.

To date, the NTSB has issued about 12,350 safety recommendations pertaining to the various transportation modes to more than 2,200 recipients. Because the Safety Board has no authority to regulate the transportation industry, its effectiveness depends on its reputation for conducting thorough and accurate investigations and for producing timely, well—considered recommendations to enhance transportation safety.

In 2005, the Safety Board issued 84 safety recommendations and closed 142 recommendations, 111 of which were based on actions classified as "acceptable." In aviation, 29 were closed "acceptable"; 37 in highway; 8 in pipeline and hazardous materials; 10 in marine, and 27 in rail. The Board also updated its Most Wanted list of vital safety recommendations targeted to Federal regulators and the States.

NTSB investigators generated an additional 49 safety improvements through the Safety Proposal Review Board, a program that recognizes direct interaction between NTSB technical staff and industry representatives without requiring formal NTSB recommendations.

The NTSB's role in fostering advances in transportation safety has been significant—more than 82 percent of its recommendations have been adopted by the regulatory community and the transportation industry.

or nursing staff. The driver, six nursing-staff passengers, the parent of one of the nursing staff, and 14 patient-passengers escaped the fire. Twenty-three patients, most of whom were not ambulatory, died in the fire.

### Motorcoach Accident near Osseo, Wisconsin

The Safety Board is investigating two separate accidents that occurred at about 2:00 a.m. on October 16, 2005, on Interstate 94 near Osseo, Wisconsin. The first accident was a single-vehicle rollover involving a truck tractor-semitrailer combination unit. The combination unit was traveling at a driver-reported speed of 66 mph, when the unit departed the right-hand travel lane and paved shoulder at an approximate 3-degree angle. The shoulder was grooved with rumble strips. The unit entered the earthen, sloped roadside and traveled approximately 535 feet. Next, the driver steered to the left, and the combination unit reentered the pavement, overturned onto its right side, and slide to a stop, where it blocked both lanes and shoulders of westbound Interstate 94.

The second accident involved a motorcoach that collided with the wreckage of the first accident. The motorcoach was carrying a group of marching band members returning from a competition and had completed approximately 195 miles of the return trip. The accident bus was westbound in the right-hand lane traveling at highway speed when it came over a rise and collided with the wreckage from the first accident. There were no pre-crash skid marks. At the time of the accident, the weather was clear, there was no highway lighting, and the pavement was dry. Both vehicles sustained extensive damage. The bus driver and four passengers were fatally injured. Thirty occupants received minor to serious injuries and 10 occupants were not injured. The truck driver received minor injuries.

### Highway/Rail Grade Crossing Accident in Elmwood Park, Illinois

The Safety Board is investigating a highway/rail grade crossing accident that occurred on November 23, 2005, in Elmwood Park, Illinois. A Metra commuter train was traveling northbound approaching the railroad grade crossing at W. Grand Avenue in Elmwood Park, Illinois. The train, which had departed about 20 minutes earlier from Union Station in Chicago, comprised a locomotive and six passenger cars and was on an express run to Antioch, Illinois, traveling at a speed of 70 mph. The railroad grade crossing at W. Grand Ave. contains three tracks, and is situated so that the tracks cross the four-lane roadway diagonally, at an angle of about 29 degrees. The crossing is protected by a combination of gates and cantilever mounted flashing warning lights, and also uses signs warning motorists with the message, "Long Crossing Do Not Stop On Tracks." The train's engineer reported that as the train neared the crossing, he observed multiple vehicles stopped on the tracks in front of him. He put the train into an emergency stop but collided with 6 of the stopped vehicles. One of the vehicles became engulfed in a post-crash fire. Secondary impacts resulted from the first 6 vehicles being displaced by the impact with the train, and colliding with other vehicles on the roadway. In all, 17 vehicles were involved in the crash. Three train passengers reported injuries, and seven vehicle occupants received injuries ranging from critical to minor.

# Office of Marine Safety

The NTSB investigates major marine accidents (except accidents involving only public vessels) occurring on the navigable waters or territorial sea of the United States, or involving a vessel of the United States, under regulations prescribed jointly by the Safety Board and the Coast Guard. Major accidents are those involving the loss of six or more lives; the loss of self-propelled vessels of over 100 gross tons; property damage exceeding $500,000; and serious threats to life, property, or the environment from hazardous materials. The NTSB also investigates certain accidents involving public and nonpublic vessels, and accidents that involve significant issues relating to Coast Guard safety functions.

In cases of catastrophic accidents or problems of a recurring nature, the Safety Board also investigates vessel safety issues where the States have primary jurisdiction, such as accidents to recreational and commercial boats operating solely within State waters. The NTSB is investigating the tragic capsizing of the *Ethan Allen* on Lake George, New York, in October 2005. The Board is also focusing on State boating safety issues such as operator education and use of lifejackets by children. In 2005, the Safety Board investigated the sinking of the uninspected charter fishing boat *Sydney Mae II*, in which three people who were not wearing lifejackets died. Similarities to the 2003 fatal capsizing of the *Taki-Tooo* off the Oregon coast prompted the Board's special attention to boats operating in hazardous conditions.

In 2005, the 16 members of the Office of Marine Safety investigated three new accidents, completed six reports, and continued work on seven accident investigations.

In past years, the Safety Board has conducted marine accident investigations involving U.S. flag ships in locations as distant as the Persian Gulf and the South China Sea. However, in 2005 there were no major overseas marine accidents requiring investigation by the Board. The most remote investigation conducted in the past year involved the Malaysian bulk carrier *Selendang Ayu*, which ran aground at Unalaska Island in the Aleutians.

Because of the international nature of the marine transportation system and the large percentage of foreign flag cruise and cargo ships operating from U.S. ports, the Safety Board's investigation of accidents involving both domestic and foreign flag vessels is essential to the enhancement of marine safety worldwide. The Safety Board fulfills U.S. obligations with regard to foreign accident investigations, established under the auspices of the International Maritime Organization, by serving as a U.S. representative to marine accident investigations involving foreign flag vessels operating from U.S. ports. In 2005, the Bahamian vessel *Norwegian Dawn* was struck by an unusually large wave in the Atlantic Ocean during a voyage between Miami and New York, injuring four persons and damaging the ship. The NTSB investigation revealed that despite crew caution and good seamanship, the sea remains a potentially dangerous and unpredictable environment.

Marine accidents are investigated by NTSB headquarters staff—professional investigators who include licensed master mariners, marine engineers, naval architects, and human performance and survival factors specialists.

Marine accident reports contain in-depth analyses of the accidents under investigation, findings of probable cause or causes, and safety recommendations that seek to prevent similar accidents or that address major deficiencies in the marine transportation system. As in the other transportation modes, the Safety Board undertakes studies involving specific marine safety issues, which typically result in the issuance of recommendations to Federal and State agencies and the maritime industry.