# In the United States Court of Federal Claims

No. 06-748C

(Filed: December 6, 2007)

```
************************************ *
                                     *
MARJORIE MURTAGH COOKE,              *
                                     *
                    Plaintiff,       *
                                     *
 v.                                  *
                                     *
THE UNITED STATES,                   *
                                     *
                    Defendant.       *
                                     *
************************************ *
```

## ORDER

In accordance with the Court's December 6, 2007 Opinion, the Clerk shall allow the filing of Defendant's Amended Answer And Affirmative Defense, accompanying Defendant's October 19, 2007 Motion For Leave To File Amended Answer And Affirmative Defense. The parties may engage in discovery on matters relevant to the affirmative defenses set out in 29 U.S.C. § 206(d)(1) up to and including April 3, 2008. The parties' pending cross-motions for summary judgment are DENIED without prejudice to being re-filed at the conclusion of discovery. The Court will hold a telephonic status conference with the parties on March 24, 2008 at 10:00 AM to set a pre-trial briefing schedule and trial date.

IT IS SO ORDERED.

s/ Thomas C. Wheeler
THOMAS C. WHEELER
Judge