IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| MARJORIE MURTAGH COOKE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 06-748C |
| | ) | (Judge Wheeler) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S MOTION TO RESCHEDULE STATUS CONFERENCE**

On December 6, 2007, this Court entered an order denying the parties' cross-motions for summary judgment without prejudice to refiling and scheduled a telephonic status conference for March 24, 2008 at 10:00 AM. Upon consulting her schedule, defendant's counsel realized that she will be out of the office on March 24, 2008 and, therefore, respectfully requests that this Court reschedule the telephonic status conference. Defendant's counsel contacted plaintiff's counsel, David Scher, and was informed that Mr. Scher is also unavailable on March 24, 2008 and that, therefore, plaintiff does not object to this motion. The parties propose rescheduling the status conference for April 2, 2008.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s/ HAROLD D. LESTER, JR.
HAROLD D. LESTER, JR.
Assistant Director

/s/ MEREDYTH D. COHEN
MEREDYTH D. COHEN
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tel: (202) 353-7978
Fax: (202) 514-8624

February 21, 2008 Attorneys for Defendant

CERTIFICATE OF SERVICE

I certify under that on this 21st day of February, 2008 a copy of the foregoing "DEFENDANT'S MOTION TO RESCHEDULE STATUS CONFERENCE" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ MEREDYTH D. COHEN