# In the United States Court of Federal Claims

No. 06-748C

(Filed: February 22, 2008)

************************************ *
*
MARJORIE MURTAGH COOKE, *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
*
************************************ *

**ORDER**

On February 21, 2008, Defendant filed an unopposed motion to reschedule the Court's March 24, 2008 telephonic status conference. For good cause shown, Defendant's motion is GRANTED. The Court will hold a telephonic status conference with counsel for the parties on April 2, 2008 at 10:00 AM to set a pre-trial briefing schedule and trial date.

IT IS SO ORDERED.

s/ Thomas C. Wheeler
THOMAS C. WHEELER
Judge