IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| MARJORIE MURTAGH COOKE,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 06-748C<br>(Judge Wheeler) |

**STIPULATION REGARDING TESTIMONY OF FARA GUEST**

Defendant hereby stipulates as follows:

If Fara Guest were called to testify at trial she would testify as follows:

1. She is the Equal Employment Opportunity ("EEO") Director/Diversity Program Manager at the National Transportation Safety Board ("NTSB" or "agency") in Washington, D.C. She has held this position since March 2000.

2. Among her responsibilities is oversight of the EEO complaint process at the NTSB and issuance of final agency decisions ("FADs"), as necessary, in circumstances where an NTSB employee has filed an EEO complaint against the agency.

3. The agency does not employ EEO investigators but, instead, uses outside contractors to perform the service of conducting an EEO investigation and compiling a Report of Investigation ("ROI"), as necessary.

4. Plaintiff Marjorie Murtagh Cooke filed a formal complaint with the agency on April 16, 2005. The agency Docket Number of this complaint is NTSB-2005-02. Subsequent to her notifying Ms. Guest of her intent to file a formal complaint, Ms. Guest followed her standard practice to place a procurement request for EEO investigative services.

5. The agency contracted with the firm Delany, Siegel, Zorn, & Associates, located in Arlington, Virginia, to conduct the investigation and compile to ROI. To Ms. Guest's knowledge, the aforementioned firm is not an employee of the Federal Government.

6. Ms. Guest neither conducted the EEO investigation nor compiled the ROI in Ms. Murtagh Cooke's case. Ms. Guest did not prepare any of the documents in the ROI, other than two routine documents - the letter formally accepting Ms. Murtagh Cooke's complaint for investigation and the investigator's notice of authorization. Ms. Guest reviewed the draft ROI before it was finalized and distributed to Ms. Murtagh Cooke.

7. Because Ms. Murtagh Cooke ultimately withdrew her request for a hearing and did not request a final agency decision ("FAD"), Ms. Guest did not issue a FAD in this case. Thus, the agency EEO office did not reach any conclusions on the merits of Ms. Murtagh Cooke's claim or the agency's affirmative defenses.

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

HAROLD D. LESTER, JR.
Assistant Director

Meredyth D. Cohen

MEREDYTH D. COHEN
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tel: (202) 353-7978
Fax: (202) 514-8624

February 7, 2008

Attorneys for Defendant

CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of February 2008, I caused to be I caused to be placed in the United States mail (first-class, postage prepaid) copies of "STIPULATION REGARDING TESTIMONY OF FARA GUEST" addressed as follows:

David M. Scher
The Employment Law Group, PC
888 17th Street, NW, Suite 900
Washington, DC 20006
(202) 261-2802

[signature]