# In the United States Court of Federal Claims

No. 06-748C

(Filed: May 1, 2008)

```
*********************************** *
                                    *
MARJORIE MURTAGH COOKE,             *
                                    *
                    Plaintiff,      *
                                    *
 v.                                 *
                                    *
THE UNITED STATES,                  *
                                    *
                    Defendant.      *
                                    *
*********************************** *
```

## SCHEDULING ORDER

As agreed upon by counsel for the parties, paragraph six of the Court's April 2, 2008 Pretrial Order is amended to state the following:

6. The Court will hold a Final Pretrial Conference by telephone on August 4, 2008 at 2:00 PM. Counsel of record are expected to participate.

The remainder of the Court's April 2, 2008 Pretrial Order shall remain in effect.

IT IS SO ORDERED.

s/ Thomas C. Wheeler
THOMAS C. WHEELER
Judge