filling positions based upon our vision for the agency, rather than just backfilling open positions.

We identified 73 positions in the agency and began a process of prioritizing which would be filled. Early in 2004, we decided as a team that the first positions to be filled would be openings on the regional aviation investigation teams.

The agency had about 426 employees, and we were expecting to drop to about 415 positions, then 411. We were trying to avoid creating a situation where we would need to implement a reduction in force (RIF). Therefore, a lot of positions in each Office were not being filled to avoid having a RIF. We were very focused on filling just the priority slots, some of which had been mandated by Congress.

With regard to the Marine Accident Investigator position, I have no specific recollection.

13. **Complainant describes a situation several years ago in which she had advertised, interviewed and selected a candidate for the position of Chief, Report Development, only to be instructed she could not fill the job. Do you have any information about this position?**

I have no recollection of this.

14. **Around 2000, the then-Deputy Director of OMS left the NTSB. Complainant has claimed she was prohibited from hiring a new Deputy Director, making OMS the only Office without a Deputy. Do you have any information about this?**

I have a vague recollection that OMS was not allowed to fill the Deputy Director position, but I do not recall the circumstances.

15. **Were other Office Directors allowed to fill vacancies in their units during this time frame? If so, please identify by name, gender and division. Which positions were they allowed to fill?**

Some Office Directors were allowed to fill positions, and others were not allowed. It was all based on the needs of the agency and funding. For example, the Director of the Office of Research and Engineering, Verne Ellenstad, was very unhappy during this period that he was not allowed to fill some vacant positions in his unit.

16. **Was Ms. Murtagh's being denied opportunities to fill vacant positions related to her gender?**

Absolutely not. As an executive and as a woman, I find it insulting that she would even suggest this.

17. **What other witnesses do you believe have information that would be relevant to**



Initials ______

000165

**your discrimination claim?**

Dan Campbell and Lisa Love

18. **Do you have any documents that are relevant to your claim of sex and pay discrimination? If so, please provide them.**

None.

19. **Is there anything else you would like to add?**

No.

I have read the above statement consisting of 6 pages, and it is true and complete to the best of my knowledge and belief. I understand that the information I have given is not to be considered confidential and that it may be shown to the interested parties.

10-17-05
Date

Ellen Engleman Conners

Witness



Initials



# Office of Aviation Safety

The Federal Aviation Act of 1958, as amended, and the Independent Safety Board Act of 1974 placed the responsibility for investigating and determining the probable cause for all civil aviation accidents within the NTSB. Recent legislation also authorized the Board to investigate accidents involving public use (government) aircraft, except those operated by the armed forces and intelligence agencies.

The Board is also authorized to conduct safety studies of transportation problems. A safety study goes beyond the single accident investigation to examine a safety problem from a broader perspective. Because of the international nature of the air transportation industry and of the leading role of the United States in the development of aviation technologies, the Safety Board's investigation of domestic accidents and participation in foreign investigations is essential to the enhancement of aviation safety worldwide. The Board fulfills U.S. obligations with regard to foreign accident investigations, established by treaty under the auspices of ICAO, by sending accredited representatives to participate in investigations in cases where U.S. interests are involved.

These typically concern accidents involving U.S. airlines in foreign territories or U.S.- manufactured aircraft or major components (e.g., engines) operated and/or used by foreign carriers. U.S. manufacturers and operators rely heavily on the Board to facilitate their access to foreign accident investigations. The safety issues that arise in these investigations often have wide-reaching implications for the aviation industry.

Foreign governments often request the assistance of NTSB analysts and laboratory specialists in their investigations. The Board's major aviation accident reports, safety recommendations, and accident statistics are disseminated worldwide and have a direct influence on the safety policies of foreign aviation authorities and airlines. The NTSB's role in international civil aviation safety has a direct impact on ensuring the safe transportation by air of U.S. citizens and other travelers around the world. The Board's role also ensures the high quality of U.S.- manufactured aviation products operated worldwide.

Another aspect of the NTSB's mandate is to investigate more than 2,000 general aviation accidents and incidents annually. These investigations result in safety improvements that have far-reaching impact. In addition, the NTSB investigates accidents and incidents that are less complex and involve only property damage. Typically, NTSB investigations examine all factors surrounding an accident or series of accidents or serious incidents, thereby ensuring that regulatory agencies and the industry are provided a thorough and objective analysis of actual, as well as potential, deficiencies in the transportation system. Only then can solutions be proposed to correct deficiencies that may have caused an accident.

The Office of Aviation Safety has the responsibility for investigating aviation accidents and incidents and for proposing probable cause(s) for the Safety Board's approval. In conjunction with other offices within the Safety Board, the office also works to formulate recommendations to prevent the recurrence of similar accidents and incidents and to improve aviation safety.

The office headquarters is located in Washington, D.C., with 10 regional offices located in Parsippany, New Jersey; Atlanta, Georgia; Miami, Florida; West Chicago, Illinois; Arlington, Texas; Denver, Colorado; Seattle, Washington; Gardena, California; Anchorage, Alaska; and

000374



Washington, D.C. Seven divisions comprise the office and reflect the organization of the Safety Board's investigative process: Major Investigations; Regional Operations and General Aviation; Operational Factors; Human Performance; Aviation Engineering; Survival Factors, and Report Writing and Editing.

When the Safety Board is notified of a major aviation accident, it launches a go-team, which varies in size depending on the severity of the accident and the complexity of the issues involved. The team normally consists of an investigator-in-charge (IIC) and staff specialists in as many as 14 different specialties. Each staff expert leads a group of other specialists from government agencies, the industry, and first response teams as information is collected and analyzed. Safety Board staff members are designated as group chairmen to coordinate information for their part of the investigation from the on-scene activities through adoption of the final report. For the majority of the almost 2,000 commercial and general aviation accident/serious incidents investigated each year, a regional investigator, from one of the 10 NTSB regional offices, serves as the IIC.

Operational Factors specialists in three disciplines -- air traffic control, operations, and weather -- support major investigations with intensive work in those areas. Aviation Engineering specialists provide technical skills in the areas of powerplants (engines), structures, systems, and maintenance. Human Performance specialists review the background and performance of those associated with an accident. Survival Factors specialists investigate circumstances that affect the survival of persons involved in accidents, including causes of injuries and fatalities.

The participation of other investigative parties (non-NTSB specialists) augments the Board's resources and allows first-hand access to specialized information. For example, the manufacturer is the best source of information on the design of the specific aircraft being investigated.

A public hearing may be convened, generally within a year of the accident, or depositions may be taken to collect additional information and review the investigation's progress. As an investigation is completed, a detailed narrative report is prepared. This report will analyze the investigative record and identify the probable cause of the accident.

Safety recommendations resulting from major investigations generally are included in the final accident report, although recommendations can be issued at any time during the course of an investigation if an issue is determined by the Board to pose an immediate threat to safety. Regional investigations will frequently identify safety issues; in 2002, 34 safety accomplishments identified by regional investigators were implemented that corrected safety problems before they resulted in other accidents.

The Office of Aviation Safety manages the NTSB's international aviation affairs program as well. It does so by assigning an accredited representative and technical advisors from the manufacturers of the airframe and the engines to assist in the investigation. NTSB accredited representatives support foreign investigations conducted by other nations in accordance with the Convention on International Civil Aviation. The office also maintains liaison and coordination with other governments through the U.S. Interagency Group on International Aviation and ICAO.

2003

NATIONAL TRANSPORTATION SAFETY BOARD

National Transportation Safety Board

# ANNUAL REPORT

*to Congress*

000457

# Office of Aviation Safety

The Federal Aviation Act of 1958, as amended, and the Independent Safety Board Act of 1974 placed the responsibility for investigating and determining the probable cause for all civil aviation accidents within the NTSB. Other legislation authorizes the Board to investigate accidents involving public use (government) aircraft, except those operated by the armed forces and intelligence agencies.

Given the international nature of the air transportation industry and of the leading role of the United States in the development of aviation technologies, the Safety Board's investigation of domestic accidents and participation in foreign investigations is essential to the enhancement of aviation safety worldwide. The Board fulfills U.S. obligations with regard to foreign accident investigations, established by treaty under the auspices of ICAO, by sending accredited representatives to participate in investigations in cases where U.S. interests are involved.

*The Office of Aviation Safety has 83 investigators and 47 support staff. In 2003, it launched on four major domestic investigations and five foreign accident investigations. The office completed three major reports and continued work on four other major investigations.*

The Board's major aviation accident reports, safety recommendations, and accident statistics are disseminated worldwide and have a direct influence on the safety policies domestically and abroad, helping to ensure the safe transport by air of U.S. citizens and other travelers around the world.

The Safety Board also investigates more than 2,000 general aviation accidents and incidents annually. These investigations can result in safety improvements that have far-reaching impact. Typically, NTSB investigations examine all factors surrounding an accident or series of accidents or serious incidents, thereby ensuring that regulatory agencies and the industry are provided a thorough and objective analysis of actual, as well as potential, deficiencies in the transportation system. Only then can solutions be proposed to correct deficiencies that may have caused an accident.

The Office of Aviation Safety has the responsibility for investigating aviation accidents and incidents and for proposing probable cause(s) for the Safety Board's approval. In conjunction with other offices within the Safety Board, the office also works to formulate recommendations to prevent the recurrence of similar accidents and incidents and to improve aviation safety.

The office headquarters is located in Washington, D.C., with 10 regional offices located in Parsippany, New Jersey; Atlanta, Georgia; Miami, Florida; West Chicago, Illinois; Arlington, Texas; Denver, Colorado; Seattle, Washington; Gardena, California; Anchorage, Alaska; and Ashburn, Virginia. The office has seven divisions that reflect the organization of the Safety Board's investigative process: Major Investigations; Regional Operations and General Aviation; Operational Factors; Human Performance; Aviation Engineering; Survival Factors, and Report Writing and Editing.

When the Safety Board is notified of a major aviation accident, it launches a go-team, which varies in size depending on the severity of the accident and the complexity of the issues involved. The team normally consists of an investigator-in-charge (IIC) and staff specialists in as many as 14 different specialties. Each staff expert leads a group of other specialists from government agencies, the industry, and first response teams as information is collected and analyzed. Safety Board staff members are designated as

## Regional Aviation Operations

In 2003, the regional offices initiated 1,915 accident investigations and 50 serious incident investigations involving mostly commercial operations and completed 1,707 investigations. Regional accident and serious incident investigations are handled much like major investigations, but because these investigations are typically smaller in scope, they are usually conducted by a single regional investigator, who, working with representatives from other parties, ensures the investigation of all the relevant facts, conditions, and circumstances to determine the cause of the accident and identify any safety issues. The factual reports of the accidents/serious incidents conducted by the regions yearly are published on the NTSB's website. The brief and probable cause of the accident is available on the NTSB's website after the determination of cause.

## Completed Regional Aviation Investigations

*In the Alaska Region*

*In 2003, the Office of Aviation Safety regional staff initiated 1,915 investigations, completed 1,707, and continued work on 899 investigations.*

### Pilot Error and Inadequate Coordination Cause Passenger Flight to Takeoff on Taxiway in Anchorage, Alaska

On January 25, 2002, China Airlines flight 11, an Airbus Industrie A-340-300, took off from a taxiway at the Ted Stevens Anchorage International Airport, Anchorage, Alaska. The three cockpit crewmembers, 12 cabin crewmembers, and 237 passengers, were not injured. The airplane was not damaged. The airplane proceeded to Taipei, Taiwan, and landed without incident. Although the airplane had been cleared for takeoff on a runway, it accelerated onto a taxiway and took off. The NTSB determined the probable cause of this incident was the captain's selection of a taxiway instead of a runway for takeoff and the flight crew's inadequate coordination of the departure, which resulted in a departure from a taxiway. A factor in the incident was inadequate airline operator's procedures that did not require the crew to verbalize and verify the runway in use prior to takeoff.

*In the Mid-Atlantic Region*

### Pilot's Failure to Maintain Control Causes Medevac Helicopter Accident in Cleveland, Ohio

On January 18, 2002, in Cleveland, Ohio, a medevac helicopter struck a building and impacted the ground following lift-off. The helicopter lifted off the hospital's rooftop helipad at night. The paramedic said that when the helicopter was about 20 feet above the helipad, and while he was programming the GPS receiver, a sudden gust of wind pushed the helicopter from behind. The pilot then made a rapid right cyclic input to avoid hitting the building, but the helicopter struck the building, and fell about 13 floors to ground level. The paramedic did not see or hear any warning lights, horns or unusual noises, and was not aware of any mechanical problems with

000480

# Office of Highway Safety

Highway transportation accidents have a significant impact on American society. In 2002, more than 42,800 people were killed and more than three million were injured in motor vehicle accidents. The economic costs are also staggering and easily exceed $130 billion in medical costs, property damage and lost wages. The Safety Board is charged the responsibility of reducing the toll through accident investigations. Changes in highway or vehicle design, driver training, occupant protection, and regulatory oversight are frequently recommended. In 2003, the Safety Board did important work regarding motor carrier safety oversight, 15-passenger vans, and medical qualifications of drivers.

## Completed Major Highway Investigations

In 2003, the Office of Highway Safety's 34 staff members completed 49 investigations; continued work on 22 investigations; issued seven reports and completed 44 dockets.

### Lack of Federal and Operator Oversight and Inexperienced, Impaired Driver Cause Collision of Greyhound Motorcoach and Truck Tractor-Semitrailer in Loraine, Texas

On June 9, 2002, near Loraine, Texas, a 1993 Greyhound motorcoach with 37 passengers was traveling on Interstate 20, on a scheduled route from El Paso, Texas, to Abilene, Texas, at a driver-reported speed of 65 to 67 mph. A truck tractor-semitrailer, being operated by a driver in training with a co-driver in the sleeper berth, was entering the interstate from a picnic area at a driver-estimated speed of 40 mph. The motorcoach collided with the rear of the semitrailer. Three passengers on the Greyhound bus were killed. Five passengers and the bus driver were seriously injured.

On February 26, 2003, the Safety Board determined that the probable cause of the accident was the unnecessarily slow acceleration of the unlighted semitrailer onto a high-speed interstate by an inexperienced and unsupervised driver who was impaired by cocaine. Contributing to the accident was the truck operator's failure to exercise adequate operational oversight and the FMCSA's failure to ensure the safety of and provide management oversight for new entrant motor carriers. As a result of this accident investigation, which focused on the safety of and management oversight for new entrant motor carriers, the Safety Board recommended a significant strengthening of new entrant safety oversight.

### Novice Driver Using Cell Phone in an Unfamiliar Vehicle Causes SUV Crossover Accident in Largo, Maryland

On February 1, 2002, a Ford Explorer was traveling northbound on Interstate 95/495 (the Capital Beltway) near Largo, Maryland at an estimated speed of 70 to 75 miles an hour when it veered off the left side of the roadway, crossed over the median, climbed a guardrail, flipped over and landed on top of a southbound 2001 Ford Windstar minivan. All five persons in the two vehicles were killed. The Explorer driver was using a wireless phone at the time of the accident.