000490



# Office of Marine Safety

The NTSB is authorized to investigate marine accidents involving foreign vessels in U.S. territorial waters or U.S. vessels anywhere in the world. In past years, the Board has conducted marine accident investigations as far away as the Persian Gulf and the South China Sea. To carry out its marine safety program, the Board maintains a small staff of professional investigators at its headquarters that includes licensed master mariners, marine engineers, naval architects, and human performance and survival factors specialists.

The Board generally investigates accidents involving:

- the loss of six or more lives;
- the loss of a self-propelled vessel of over 100 gross tons or damage to any vessel;
- property damage exceeding $500,000;
- serious hazardous materials threats to life, property, and the environment;
- Coast Guard safety functions (e.g., vessel traffic services, search and rescue operations, vessel inspections, aids to navigation); and
- a public/nonpublic vessel collision with one or more fatalities or $75,000 or more in property damage.

In 2003, Office of Marine Safety's eight investigators and seven staff members investigated eight accidents, completed one report, and continued work on 10 investigations.

In September 2002, the Safety Board and the USCG concluded a new agreement setting out each agency's role in the investigation of major marine shipping accidents. With the memorandum of understanding, the two agencies resolved a long-standing uncertainty over how to determine which will lead the investigation of a major marine accident. Among its advantages, the new agreement permits the Safety Board to focus its attention on cruise ships and other passenger vessel accidents, while ensuring that accidents that involve Coast Guard functions are independently reviewed.

Marine accident reports of these investigations contain an in-depth analysis of the accident, a finding of probable cause or causes, and safety recommendations to prevent similar accidents from occurring. As in the other transportation modes, the Safety Board undertakes studies involving specific marine safety issues, which typically result in the issuance of recommendations to federal and state agencies and the maritime industry.

## On-going Marine Investigations

### *U.S.S. Greeneville* and *Ehime Maru* Collide in Pearl Harbor, Hawaii

The NTSB continues to investigate the February 2001 collision between the nuclear submarine *U.S.S. Greeneville* and the Japanese fishing training vessel *Ehime Maru*. The *Greeneville* had departed Pearl Harbor with civilian guests on board to demonstrate the ship's maneuvering capabilities. The crew was putting the submarine through a series of turns, dives, and surfacing operations. As the *Greeneville* reached the surface during an

emergency ascent maneuver, its conning tower and vertical tail fin struck the *Ehime Maru,* which had left Honolulu earlier that day. Shortly after the collision, the *Ehime Maru* sank. Nine of the 35 people on board the Japanese vessel perished. The U.S. Navy subsequently towed the *Ehime Maru* to shallow water and recovered eight of the nine victims. The last victim remains missing and is presumed drowned.

### Barges in the Tow of U.S. Towboat, *Robert Y. Love,* Collide with Highway Bridge near Webbers Falls, Oklahoma

The Office of Marine Safety is supporting the Office of Highway Safety in the investigation of the May 26, 2002, collision of the U.S. towboat *Robert Y. Love* with the I-40 highway bridge over the Arkansas River near Webbers Falls, Oklahoma. The *Robert Y. Love* was pushing two empty 297-foot-long asphalt barges northbound on the Arkansas River, approaching the I-40 highway bridge, when the master, who was alone in the pilothouse, lost consciousness. The *Robert Y. Love* veered left from its approach course, and one of the barges collided with a bridge support west of the navigable channel. The impact collapsed a 503-foot section of the span, which fell into the river and onto the barges below. According to witnesses, highway traffic continued to drive into the void in the bridge. When traffic finally stopped, eight passenger vehicles and three tractor-trailer combinations had fallen into the river. The accident resulted in 14 fatalities, five injuries, and an estimated $20 million in damage to the bridge. Marine issues involved in this accident include the medical condition of the master, and the protection of highway bridges from marine allisions.

### Small Passenger Vessel (Tour Boat), *Panther,* Sinks in Everglades National Park

The Safety Board is investigating the December 30, 2002, sinking of the *Panther,* a tour boat carrying 33 passengers, in the Ten Thousand Islands area of Everglades National Park, Florida. Boats that were nearby at the time of the sinking rescued the passengers. None of the passengers were able to retrieve their life jackets before the vessel sank, and many of them, including non-swimmers, were forced to enter the water. The vessel, although refloated after the accident, was a constructive total loss. Issues involved in this accident include the adequacy of the material condition of the vessel, accessibility of lifesaving equipment on board the vessel, adequacy of the maintenance and repair procedures of the vessel's owner, and adequacy of emergency preparedness in Everglades National Park by the National Park Service.

### Tank Barge *B. NO. 125* Explodes at Dock in Bayonne, New Jersey

On February 21, 2003, an explosion and fire occurred on the loaded tank barge *B. NO. 125,* as it unloaded gasoline at the Port Mobil Terminal in southwestern Staten Island, New York. The fire did not propagate to storage tanks at the facility, which is operated by ExxonMobil. However, several buildings and vehicles close to the dock were destroyed. Two workers were killed and one was severely injured.

The Safety Board participated in the USCG's investigation of this accident. On March 28, 2003, the U.S. Attorney for the Eastern District of New York requested that the Coast Guard and the Safety Board suspend their investigative efforts on this accident until its criminal investigation has been completed.

000543

National Transportation Safety Board

# ANNUAL REPORT

*to Congress*

NATIONAL TRANSPORTATION SAFETY BOARD

2004

NTSB/SPC-05/05

MARINE • AVIATION • HAZARDOUS MATERIALS • PIPELINE • HIGHWAY • RAILROAD



A204

# Office of Aviation Safety

The Federal Aviation Act of 1958, as amended, and the Independent Safety Board Act of 1974 placed the responsibility for investigating and determining the probable cause for all civil aviation accidents within the NTSB. Recent legislation also authorized the Board to investigate accidents involving public use (government) aircraft, except those operated by the armed forces and intelligence agencies.

Given the international nature of the air transportation industry and of the leading role of the United States in the development of aviation technologies, the Safety Board's investigation of domestic accidents and participation in foreign investigations is essential to the enhancement of aviation safety worldwide. The Board fulfills U.S. obligations with regard to foreign accident investigations, established by treaty under the auspices of International Civil Aviation Organization (ICAO), by sending accredited representatives to participate in investigations in cases where U.S. interests are involved.

*The Office of Aviation Safety has 84 investigators and 43 support staff. In 2004, it launched on 7 major domestic investigations and 10 foreign accident investigations. The office completed 4 major reports and continued work on 6 other major investigations.*

The Board's major aviation accident reports, safety recommendations, and accident statistics are disseminated worldwide and have a direct influence on the safety policies domestically and abroad, helping to ensure the safe transportation by air of U.S. citizens and other travelers around the world.

The Safety Board also investigates more than 2,000 general aviation accidents and incidents annually. These investigations can result in safety improvements that have far-reaching impact. Typically, NTSB investigations examine all factors surrounding an accident or series of accidents or serious incidents, thereby ensuring that regulatory agencies and the industry are provided a thorough and objective analysis of actual, as well as potential, deficiencies in the transportation system. Only then can solutions be proposed to correct deficiencies that may have caused an accident.

The Office of Aviation Safety is responsible for investigating aviation accidents and incidents and for proposing probable cause(s) for the Safety Board's approval. In conjunction with other offices within the Safety Board, the office also works to formulate recommendations to prevent the recurrence of similar accidents and incidents and to improve aviation safety.

The office headquarters is located in Washington, D.C., with 10 regional offices located in Parsippany, New Jersey; Atlanta, Georgia; Miami, Florida; West Chicago, Illinois; Arlington, Texas; Denver, Colorado; Seattle, Washington; Gardena, California; Anchorage, Alaska; and Ashburn, Virginia. Seven divisions comprise the office and reflect the organization of the Safety Board's investigative process: Major Investigations, Regional Operations and General Aviation, Operational Factors, Human Performance, Aviation Engineering, Survival Factors, and Report Writing and Editing.

When the Safety Board is notified of a major aviation accident, it launches a go-team, which varies in size depending on the severity of the accident and the complexity of the issues involved. The team normally consists of an investigator-in-charge (IIC) and staff specialists in as many as 14 different specialties. Each staff expert leads a group of other specialists from government agencies, the industry, and first response teams as information is collected and analyzed. Safety Board staff members are designated as group chairmen to coordinate information for their part of the investigation from the on-scene activities through adoption

Parties to the investigation are Pinnacle Airlines, FAA, Air Line Pilots Association, National Air Traffic Controllers Association, and General Electric. The Transportation Safety Board of Canada sent an accredited representative along with technical advisors from Transport Canada, the agency that certified the aircraft, and Bombardier Aerospace, the aircraft manufacturer.

**Business Jet Services Accident in Houston, Texas**

On November 22, 2004, a Gulfstream G-1159A (G-III), N85VT, operated by Business Jet Services, crashed while on approach to Houston Hobby Airport, Houston, Texas. The airplane was on an instrument landing system approach to the runway when the airplane struck a light pole adjacent to a roadway and crashed into a field. The airplane was destroyed by impact forces and fire. The two pilots and one flight attendant on board were killed.

**Presidential Airways Inc. Turboprop Crash near Bagram, Afghanistan**

On November 27, 2004, a CASA 212 twin-engine turboprop airplane, operated by Presidential Airways Inc., of Melbourne, Florida, was destroyed when it collided with terrain about 80 miles west of Bagram, Afghanistan. The certificated airline transport pilot and co-pilot, flight mechanic, and three passengers were killed.

On December 4, 2004, the Transitional Islamic Government of Afghanistan requested, through the Embassy of United States, that in accord with ICAO Annex 13, the Safety Board be delegated to conduct the investigation. Parties to the investigation are the FAA, United States Air Force Safety Center, United States Army Safety Center, and Presidential Airways, Inc.

*In 2004, the Office of Aviation Safety regional staff initiated 1,865 investigations, completed 2,361 and continued work on 1,165 investigations.*

## Regional Aviation Operations

In 2004, the regional offices initiated 1,865 accident investigations and 116 serious incident and accident investigations involving commercial operations and completed 2,361 investigations. Regional accident and serious incident investigations are handled much like major investigations, but because these investigations are typically smaller in scope, they are usually conducted by a single regional investigator, who, working with representatives from other parties, ensures the investigation of all the relevant facts, conditions, and circumstances to determine the cause of the accident and identify any safety issues. The factual reports of the accidents/serious incidents conducted by the regions are published on the NTSB's website. The brief and probable cause of the accident becomes available on the website after the determination of cause.

## Completed Regional Aviation Investigations

### *In the Alaska Region*

**Pilot's Inadequate In-flight Decision-making Process and Failure to Refuel Cause Cessna 401 Ditching near Gustavus, Alaska**

On July 13, 2003, a wheel-equipped Cessna 401 airplane, N6296Q, was destroyed during an emergency landing and ditching in open ocean waters, near Gustavus, Alaska. Of the six people on board, the certificated commercial pilot and three passengers have not been located

000585

# Office of Highway Safety

Highway transportation accidents have a significant impact on American society. The FWHA reported that vehicle miles traveled increased in 2003 to 2.88 trillion, up from 2.86 trillion in 2002. According to the NHTSA, a total of 42,643 people died in highway crashes in 2003, a less than one percent reduction from the 2002 total of 43,005 fatalities. Due to the relative stability of the number of fatalities and the increase in miles traveled, the fatality rate per 100 million vehicle miles traveled dropped to 1.48 in 2003, from 1.51 in 2002. NHTSA estimates the economic cost of an average roadway fatality at $977,000 and the cost associated with a critically injured crash survivor at $1.1 million. This equates to an economic impact of motor vehicle crashes on America's roadways of $230.6 billion a year, or an average of $820 for every person living in the United States.

The Safety Board is charged the responsibility of reducing the toll through accident investigations. Changes in highway or vehicle design, driver training, occupant protection, and regulatory oversight are frequently recommended. In 2004, the Safety Board did important work regarding work zone safety, childcare transportation oversight, motorcoach occupant protection systems, electronic data recorders, bridge safety, medical oversight of non-commercial drivers and border checkpoint traffic safety.

In 2004, the Office of Highway Safety's 34 staff members initiated 45 investigations, completed 36 dockets, issued 6 major reports, and continued work on 26 investigations.

## Completed Major Highway Investigations

**Uncorrected Hazardous Work Zone Conditions Cause Fatal School Bus Crash in Omaha, Nebraska**

On February 10, 2004, the Safety Board determined that the probable cause of a school bus crash in Nebraska was the failure of the Nebraska Department of Roads to recognize and correct the hazardous conditions in the work zone created by the irregular geometry of the roadway, narrow lane widths, and speed limit.

On October 13, 2001, a 78-passenger school bus carrying 27 high school students and three adults (excluding the driver) was traveling through a work zone in Omaha, Nebraska. As the bus entered the work zone lane shift, it encountered a 52-passenger motorcoach also carrying high school students traveling in the opposite direction. Although no collision occurred between the two buses, the school bus departed the roadway and struck a barrier, steered to the left and then steered abruptly back to the right, striking the barrier again and, finally, a three-rail barrier between a guardrail and a concrete bridge railing. The bus passed through the three-rail barrier, rode up onto the bridge's sidewall, and rolled 270 degrees clockwise as it fell about 49 feet, landing on its left side in the creek below the bridge. Three students and an adult were killed. The remaining passengers and the bus driver sustained injuries.

The Board found that the failure of the traffic barrier system to redirect the accident vehicle and the bus driver's unfamiliarity with the vehicle contributed to the accident. The Nebraska Department of Roads and the contractor failed to adequately maintain the barrier system, as required by the construction contract. Moreover, had the barrier system struck by the accident bus been repaired to its original design and strength, the bus would probably have been deflected back into its lane and its departure from the bridge avoided.

# Office of Marine Safety

In 2004, the 15 members of the Office of Marine Safety investigated 7 new accidents, completed 4 reports, and continued work on 18 accident investigations.

The NTSB is authorized to investigate marine accidents involving foreign vessels in U.S. territorial waters or U.S. vessels anywhere in the world. In past years, the Board has conducted marine accident investigations as far away as the Persian Gulf and the South China Sea.

Because of the international nature of the marine transportation industry and of the large percentage of foreign flag cruise ships operating from U.S. ports, the Safety Board's investigation of accidents involving foreign flag vessels is essential to the enhancement of marine safety worldwide. The Safety Board fulfills U.S. obligations with regard to foreign accident investigations, established under the auspices of the International Maritime Organization by serving as a U.S. representative for marine accidents involving foreign flag vessels operating from U.S. ports.

These accidents typically concern the safety of U.S. passengers aboard foreign flag cruise ships, which represent approximately 95 percent of the large passenger ships operating from U.S. ports. These ships carried approximately 8.5 million passengers in 2004 with an average capacity of 1,200 passengers per ship. In keeping with their responsibilities, NTSB marine accident investigators either launch to, or assist in, international marine accident investigations involving these ships. The Board's role in international accident investigations has a direct impact on the safety of U.S. citizens and other maritime travelers worldwide. The Board's marine accident reports and safety recommendations are disseminated worldwide and have a direct influence on the marine safety requirements of the International Convention for Safety of Life at Sea, 1974, as amended.

The marine accident investigation function is performed by NTSB headquarters staff. To carry out its marine safety program, the Board maintains a small staff of professional investigators that includes licensed master mariners, marine engineers, naval architects, and human performance and survival factors specialists. The Board generally will investigate accidents involving:

- risk to the safety of 'innocent third parties', such as passengers or port facilities;
- the loss of six or more lives;
- the loss of a self-propelled vessel of over 100 gross tons;
- property damage exceeding $500,000;
- serious hazardous materials threats to life, property, and the environment;
- Coast Guard safety functions (e.g., vessel traffic services, search and rescue operations, vessel inspections, aids to navigation); and
- a public/nonpublic vessel collision with one or more fatalities or $75,000 or more in property damage.

In September 2002, the Safety Board and the U.S. Coast Guard concluded an agreement that set out each agency's role in the investigation of major marine shipping accidents. With the memorandum of understanding, the two agencies resolved a long-standing uncertainty over how to determine which will lead the investigation of a major marine accident. Among its advantages, the new agreement permits the Safety Board to focus its attention on cruise ships and other passenger vessel accidents, while ensuring that accidents that involve Coast Guard functions are independently reviewed.