000651

National Transportation Safety Board

# ANNUAL REPORT
*to Congress*



2005 ANNUAL REPORT

NTSB/SPC-06/01

National Transportation Safety Board

000652

# Foreword

The National Transportation Safety Board (NTSB) is an independent agency charged with determining the probable cause of transportation accidents and promoting transportation safety. The Safety Board investigates accidents, conducts safety studies, evaluates the effectiveness of other government agencies' programs for preventing transportation accidents, and reviews the appeals of enforcement actions involving aviation and seaman certificates issued by the Federal Aviation Administration (FAA) and the U.S. Coast Guard and civil penalty actions taken by the FAA.

To help prevent accidents, the NTSB develops safety recommendations based on its investigations and studies. These are issued to Federal, State, and local government agencies and to industry and other organizations in a position to improve transportation safety. Recommendations are the focal point of the NTSB's efforts to improve the safety of the nation's transportation system.

The NTSB's origins can be found in the Air Commerce Act of 1926, in which Congress charged the Department of Commerce with investigating the causes of aircraft accidents. Later, that responsibility was given to the Civil Aeronautics Board's Bureau of Aviation Safety.

In 1967, Congress consolidated all transportation agencies into a new Department of Transportation (DOT) and established the NTSB as an independent agency, placed within the DOT for administrative purposes. In creating the Safety Board, Congress envisioned that a single organization with a clearly defined mission could more effectively promote a higher level of safety in the transportation system than the individual modal agencies working separately. Since 1967, the Board has investigated accidents in the aviation, highway, marine, pipeline, and railroad modes, as well as accidents related to the transportation of hazardous materials.

In 1974, Congress reestablished the NTSB as a completely separate entity, outside the DOT, reasoning that "...No federal agency can properly perform such (investigatory) functions unless it is totally separate and independent from any other...agency of the United States." Because the DOT is responsible for both the regulation and promotion of transportation within the United States and accidents may suggest deficiencies in the transportation system, the Board's independence was deemed necessary for proper oversight. The NTSB, which has no authority to regulate, fund, or be directly involved in the operation of any mode of transportation, seeks to conduct investigations and to make recommendations from a totally objective viewpoint.

In 1996, Congress assigned the Safety Board the additional responsibility of coordinating Federal assistance to the families of aviation accident victims. In 2000, the Board embarked on a major initiative to increase employee technical skills and make its investigative expertise more widely available to the transportation community by establishing the NTSB Academy. The George Washington University Virginia campus was selected as the Academy's home. The NTSB took occupancy of its new facility in August 2003. Beginning October 1, 2006, the name of the Academy will change to the NTSB Training Center to better reflect the internal training aspects of the facility.

*Since its inception, the Safety Board has investigated more than 124,000 aviation accidents and over 10,000 surface transportation accidents. To date, the Board has issued about 12,400 safety recommendations pertaining to the various transportation modes to more than 2,200 recipients.*

Since its inception, the NTSB has investigated more than 124,000 aviation accidents and over 10,000 surface transportation accidents. On call 24 hours a day, 365 days a year, NTSB investigators travel throughout the country and to every corner of the world to investigate significant accidents and develop factual records and safety recommendations with one aim—to ensure that such accidents never happen again.

To date, the NTSB has issued about 12,350 safety recommendations pertaining to the various transportation modes to more than 2,200 recipients. Because the Safety Board has no authority to regulate the transportation industry, its effectiveness depends on its reputation for conducting thorough and accurate investigations and for producing timely, well—considered recommendations to enhance transportation safety.

In 2005, the Safety Board issued 84 safety recommendations and closed 142 recommendations, 111 of which were based on actions classified as "acceptable." In aviation, 29 were closed "acceptable"; 37 in highway; 8 in pipeline and hazardous materials; 10 in marine, and 27 in rail. The Board also updated its Most Wanted list of vital safety recommendations targeted to Federal regulators and the States.

NTSB investigators generated an additional 49 safety improvements through the Safety Proposal Review Board, a program that recognizes direct interaction between NTSB technical staff and industry representatives without requiring formal NTSB recommendations.

The NTSB's role in fostering advances in transportation safety has been significant—more than 82 percent of its recommendations have been adopted by the regulatory community and the transportation industry.

000663



# Office of Aviation Safety

The Federal Aviation Act of 1958, as amended, and the Independent Safety Board Act of 1974 placed the responsibility for investigating and determining the probable cause for all civil aviation accidents within the NTSB. Subsequent legislation also authorized the Board to investigate accidents involving public use (government) aircraft, except those operated by the armed forces and intelligence agencies.

Given the international nature of the air transportation industry and of the leading role of the United States in the development of aviation technologies, the Safety Board's investigation of domestic accidents and participation in foreign investigations are essential to the enhancement of aviation safety worldwide. The Board fulfills U.S. obligations with regard to foreign accident investigations, established by treaty under the auspices of the International Civil Aviation Organization (ICAO), by sending accredited representatives to participate in investigations of cases that involve U.S. interests.

*The Office of Aviation Safety has 83 investigators and 43 support staff. In 2005, it launched on 16 major domestic investigations and 17 foreign accident investigations. The office completed four major reports and continued work on seven other major reports.*

The Board's major aviation accident reports, safety recommendations, and accident statistics are disseminated worldwide and have a direct influence on the safety policies domestically and abroad, helping to ensure the safe transportation by air of U.S. citizens and other travelers around the world.

The Safety Board also investigates about 2,000 aviation accidents and incidents annually. These investigations can result in safety improvements that have far-reaching effects. Typically, NTSB investigations examine all factors surrounding an accident or series of accidents or serious incidents, thereby ensuring that regulatory agencies and the industry are given a thorough and objective analysis of actual, as well as potential, deficiencies in the transportation system. Only then can solutions be proposed to correct deficiencies that may have caused an accident.

The Office of Aviation Safety has the responsibility for investigating aviation accidents and incidents and for proposing probable causes for the Safety Board's approval. In conjunction with other offices within the Safety Board, the office also works to formulate recommendations to prevent the recurrence of similar accidents and incidents and to improve aviation safety.

The office headquarters is located in Washington, D.C., with 10 regional offices located in Parsippany, New Jersey; Atlanta, Georgia; Miami, Florida; West Chicago, Illinois; Arlington, Texas; Denver, Colorado; Seattle, Washington; Gardena, California; Anchorage, Alaska; and Ashburn, Virginia. Seven divisions comprise the headquarters office and reflect the organization of the Safety Board's investigative process: Major Investigations; Regional Operations and General Aviation; Operational Factors; Human Performance; Aviation Engineering; Survival Factors; and Report Writing and Editing.

For most of the almost 2,000 commercial and general aviation accident/serious incidents investigated each year, a regional investigator, from one of the 10 NTSB regional offices, serves as the investigator-in-charge. However, when the Safety Board is notified of a major aviation accident, it launches a go-team from headquarters, which varies in size depending on the severity of the accident and the complexity of the issues involved. The team normally consists of an investigator-in-charge and staff specialists in as many as 14 different specialties.



A212

# Office of Highway Safety

Highway transportation accidents have a significant impact on American society. The Federal Highway Administration (FHWA) reported that vehicle miles traveled increased in 2004 to 2.96 trillion, up from 2.88 trillion in 2003. According to NHTSA, a total of 42,636 people died in highway crashes in 2004, essentially the same number as died in 2003 (42,643). Because of the relative stability of the number of fatalities and the increase in miles traveled, the fatality rate per 100 million vehicle miles traveled dropped to 1.46 in 2004, down from 1.48 in 2003. NHTSA estimates the economic cost of an average roadway fatality at $977,000 and the cost associated with a critically injured crash survivor at $1.1 million. This equates to an economic impact of motor vehicle crashes on America's roadways of $230.6 billion a year, or an average of $820 for every person living in the United States.

The Safety Board is charged with investigating highway accidents, determining their probable or root cause, and making recommendations to prevent them from happening again. Changes in highway or vehicle design, driver training, occupant protection, and regulatory oversight are frequently recommended. In 2005, the Safety Board did important work regarding the effectiveness of driver education programs, the interaction of highway design and pavement friction oversight, tire tread depth requirements for heavy trucks and buses, the design and crashworthiness of motorcoach seats, the effectiveness of temporary median barriers, and the effectiveness of State snow removal programs.

*In 2005, the Office of Highway Safety's 26 staff members initiated 33 investigations, completed 31 dockets, issued four major reports, and continued work on 29 investigations.*

## Completed Major Highway Investigations

### *Operator Fatigue Causes Motorcoach Accident near Tallulah, Louisiana*

On April 19, 2005, the Safety Board determined that the probable cause of a fatal accident involving a 49-passenger motorcoach was the motorcoach driver's operation of the bus in a reduced state of alertness due to fatigue. The driver's fatigue was the result of his chronic insomnia and poor quality sleep.




The accident occurred on October 13, 2003, when a Neoplan USA Corporation 49-passenger motorcoach traveling eastbound on Interstate 20 near Tallulah, Louisiana, drifted rightward from the travel lanes and onto the shoulder, where it struck the rear of a Peterbilt tractor semitrailer, which was stopped on the shoulder. Eight of the 14 passengers on board were killed. The motorcoach driver and six passengers received serious injuries. The Peterbilt driver was not injured.

# Office of Marine Safety

The NTSB investigates major marine accidents (except accidents involving only public vessels) occurring on the navigable waters or territorial sea of the United States, or involving a vessel of the United States, under regulations prescribed jointly by the Safety Board and the Coast Guard. Major accidents are those involving the loss of six or more lives; the loss of self-propelled vessels of over 100 gross tons; property damage exceeding $500,000; and serious threats to life, property, or the environment from hazardous materials. The NTSB also investigates certain accidents involving public and nonpublic vessels, and accidents that involve significant issues relating to Coast Guard safety functions.

In cases of catastrophic accidents or problems of a recurring nature, the Safety Board also investigates vessel safety issues where the States have primary jurisdiction, such as accidents to recreational and commercial boats operating solely within State waters. The NTSB is investigating the tragic capsizing of the *Ethan Allen* on Lake George, New York, in October 2005. The Board is also focusing on State boating safety issues such as operator education and use of lifejackets by children. In 2005, the Safety Board investigated the sinking of the uninspected charter fishing boat *Sydney Mae II*, in which three people who were not wearing lifejackets died. Similarities to the 2003 fatal capsizing of the *Taki-Tooo* off the Oregon coast prompted the Board's special attention to boats operating in hazardous conditions.

In 2005, the 15 members of the Office of Marine Safety investigated three new accidents, completed six reports, and continued work on seven accident investigations.

In past years, the Safety Board has conducted marine accident investigations involving U.S. flag ships in locations as distant as the Persian Gulf and the South China Sea. However, in 2005 there were no major overseas marine accidents requiring investigation by the Board. The most remote investigation conducted in the past year involved the Malaysian bulk carrier *Selendang Ayu*, which ran aground at Unalaska Island in the Aleutians.

Because of the international nature of the marine transportation system and the large percentage of foreign flag cruise and cargo ships operating from U.S. ports, the Safety Board's investigation of accidents involving both domestic and foreign flag vessels is essential to the enhancement of marine safety worldwide. The Safety Board fulfills U.S. obligations with regard to foreign accident investigations, established under the auspices of the International Maritime Organization, by serving as a U.S. representative to marine accident investigations involving foreign flag vessels operating from U.S. ports. In 2005, the Bahamian vessel *Norwegian Dawn* was struck by an unusually large wave in the Atlantic Ocean during a voyage between Miami and New York, injuring four persons and damaging the ship. The NTSB investigation revealed that despite crew caution and good seamanship, the sea remains a potentially dangerous and unpredictable environment.

Marine accidents are investigated by NTSB headquarters staff—professional investigators who include licensed master mariners, marine engineers, naval architects, and human performance and survival factors specialists.

Marine accident reports contain in-depth analyses of the accidents under investigation, findings of probable cause or causes, and safety recommendations that seek to prevent similar accidents or that address major deficiencies in the marine transportation system. As in the other transportation modes, the Safety Board undertakes studies involving specific marine safety issues, which typically result in the issuance of recommendations to Federal and State agencies and the maritime industry.



A214

0008

AN EQUAL OPPORTUNITY EMPLOYER
NATIONAL TRANSPORTATION SAFETY BOARD

*SENIOR EXECUTIVE SERVICE*
*POSITION VACANCY ANNOUNCEMENT*

NUMBER: WA-TB-4-033

DATE OPENED: 07-14-04

DATE CLOSED: 08-11-04

NO. OF VACANCIES: 1

AGENCY CONTACT: Human Resources Division 1-800-573-0937 or 202 314-6238
World Wide Web Address: http://www.ntsb.gov

POSITION TITLE, PAY PLAN, AND SERIES: Director, Office of Marine Safety
ES-340-00

LOCATION: Office of Marine Safety
Washington, D.C.

SALARY RANGES: $104,927 to $145,600*
*Rate is limited to the rate for Level III of the Executive Schedule.

AREA OF CONSIDERATION: Nationwide; all groups of qualified individuals. This is a Career Reserved Position. NTSB may or may not pay relocation (PCS) expenses.

NONCOMPETITIVE CONSIDERATION: Current career Senior Executives, QRB certified graduates of SES candidate development programs and individuals with SES reinstatement eligibility may be considered non-competitively for appointment to this position if they meet the mandatory qualifications requirements. Proof of noncompetitive eligibility is required.

REGULATIONS: Financial interest in certain transportation enterprises is prohibited. The proposed appointee will be required to file a Public Financial Disclosure Report, SF-278. Security clearance is required. US Citizenship is required.

DUTIES: The incumbent serves as Director of the Office of Marine Safety with primary responsibility for implementing and monitoring operational policy and programs for the Office. Oversees the investigation, analysis, development and preparation of detailed reports and proposed probable cause determinations of major and field accidents and incidents. Assures that all factors, both actual and potential, which may have led to the accident/incident are identified, thoroughly and objectively examined and reported. Also develops safety recommendations to minimize their recurrence, special investigations, responses to proposed marine safety rulemaking, and requests for technical support. Manages an Office of employees in occupations

PRIVACY ACT REQUIREMENTS (P.L.93-579): The referenced forms are used to determine qualifications for promotion or employment and are authorized under Title 5 of the U.S. Code, Sections 3302 and 3361. Each form must be submitted to consider you for the position noted. The social security number is not required for this purpose and may be deleted.

EVALUATION METHODS: Review or evaluation of applications or personnel folders, performance appraisals, training, awards, and if necessary, personnel inquires, pre-employment reference checks, interviews, written tests, potential appraisals, and personnel investigations.

including Master Mariner, Marine Accident Investigation, Engineering, Naval Architecture, and Survival and Human Factors.

QUALIFICATIONS: There are five mandatory Executive Core qualifications that are common to all positions in the Senior Executive Service. There are also four professional/technical qualifications that are unique to this position. Two are mandatory and the other two are desirable. Applicants must demonstrate possession of the two mandatory professional/technical qualification requirement AND all the executive core qualification requirements in order to be considered basically qualified for this position. Applicants must provide detailed evidence that their knowledge, skills, and abilities meet the mandatory Executive Core qualifications listed below, and reflect the ability to perform the duties of the position.

MANDATORY EXECUTIVE CORE QUALIFICATIONS (5):

1. Leading Change This core qualification encompasses the ability to develop and implement an organizational vision, which integrates key national and program goals, priorities, values, and other factors. Inherent to it is the ability to balance change and continuity--to continually strive to improve customer service and program performance within the basic Government framework, to create a work environment that encourages creative thinking, and to maintain focus, intensity and persistence, even under adversity. Key Characteristics of this qualification are as follows: (a) Exercising leadership and motivating managers to incorporate vision, strategic planning, and elements of quality management into the full range of the organization's activities; encouraging creative thinking and innovation; influencing others toward a spirit of service; designing and implementing new or cutting edge programs/processes; (b) Identifying and integrating key issues affecting the organization, including political, economic, social, technological, and administrative factors; (c) Understanding the roles and relationships of the components of the national policy making and implementation process, including the President, political appointees, Congress, the judiciary, state and local governments, and interest groups; and formulating effective strategies to balance those interests consistent with the business of the organization; (d) Being open to change and new information; tolerating ambiguity; adapting behavior and work methods in response to new information, changing conditions, or unexpected obstacles; adjusting rapidly to new situations warranting attention and resolution; (e) Displaying a high level of initiative, effort, and commitment to public service; being proactive and achievement-oriented; being self-motivated; pursuing self-development; seeking feedback from others and opportunities to master new knowledge; (f) Dealing effectively with pressure; maintaining focus and intensity and remaining persistent, even under adversity; recovering quickly from setbacks.

2. Leading People This core qualification involves the ability to design and implement strategies, which maximize employee potential and foster high ethical standards in meeting the organization's vision, mission, and goals. Key characteristics of this qualification are as follows: (a) Providing leadership in setting the workforce's expected performance levels commensurate with the organization's strategic objectives; inspiring, motivating, and guiding others toward goal accomplishment; empowering people by sharing power and authority; (b) Promoting quality through effective use of the organization's performance management system (e.g., establishing

performance standards, appraising staff accomplishments using the developed standards, and taking action to reward, counsel, or remove employees as appropriate); (c) Valuing cultural diversity and other differences; fostering an environment where people who are culturally diverse can work together cooperatively and effectively in achieving organizational goals; (d) Assessing employees' unique developmental needs and providing developmental opportunities which maximize employees' capabilities and contribute to the achievement of organizational goals; developing leadership in others through coaching and mentoring; (e) Fostering commitment, team spirit, pride, trust, and group identity; taking steps to prevent situations that could result in unpleasant confrontations; (f) Resolving conflicts in a positive and constructive manner; this includes promoting labor/management partnerships and dealing effectively with employee relations matters, attending to morale and organizational climate issues, handling administrative, labor management, and EEO issues, and taking disciplinary actions when other means have not been successful.

3. Results Driven This core qualification stresses accountability and continuous improvement. It includes the ability to make timely and effective decisions and produce results through strategic planning and the implementation and evaluation of programs and policies. Key Characteristics of this core qualification are as follows: (a) Understanding and appropriately applying procedures, requirements, regulations, and policies related to specialized expertise; understanding linkages between administrative competencies and mission needs; keeping current on issues, practices, and procedures in technical areas; (b) Stressing results by formulating strategic program plans which assess policy/program feasibility and include realistic short- and long-term goals and objectives; (c) Exercising good judgment in structuring and organizing work and setting priorities; balancing the interests of clients and readily readjusting priorities to respond to customer demands; (d) Anticipating and identifying, diagnosing, and consulting on potential or actual problem areas relating to program implementation and goal achievement; selecting from alternative courses of corrective action, and taking action from developed contingency plans; (e) Setting program standards; holding self and others accountable for achieving these standards; acting decisively to modify them to promote customer service and/or the quality of programs and policies; (f) Identifying opportunities to develop and market new products and services within or outside of the organization; taking risks to pursue a recognized benefit or advantage.

4. Business Acumen This core qualification involves the ability to acquire and administer human, financial, material, and information resources in a manner which instills public trust and accomplishes the organization's mission, and to use new technology to enhance decision making. Key Characteristics of this core qualification are as follows: (a) Assessing current and future staffing needs based on organizational goals and budget realities. Applying merit principles to develop, select, and manage a diverse workforce; (b) Overseeing the allocation of financial resources; identifying cost-effective approaches; establishing and assuring the use of internal controls for financial systems; (c) Managing the budgetary process, including preparing and justifying a budget and operating the budget under organizational and Congressional procedures; understanding the marketing expertise necessary to ensure appropriate funding levels; (d) Overseeing procurement and contracting procedures and processes; (e) Integrating and

coordinating logistical operations; (f) Ensuring the efficient and cost-effective development and utilization of management information systems and other technological resources that meet the organization's needs; understanding the impact of technological changes on the organization.

5. Building Coalitions/Communication This core qualification involves the ability to explain, advocate and express facts and ideas in a convincing manner, and negotiate with individuals and groups internally and externally. It also involves the ability to develop an expansive professional network with other organizations, and to identify the internal and external politics that impact the work of the organization. Key Characteristics of this core qualification are as follows: (a) Representing and speaking for the organizational unit and its work (e.g., presenting, explaining, selling, defining, and negotiating) to those within and outside the office (e.g., agency heads and other Government executives; corporate executives; Office of Management and Budget officials; Congressional members and staff; the media; clientele and professional groups); making clear and convincing oral presentations to individuals and groups; listening effectively and clarifying information; facilitating an open exchange of ideas; (b) Establishing and maintaining working relationships with internal organizational units (e.g., other program areas and staff support functions); approaching each problem situation with a clear perception of organizational and political reality; using contacts to build and strengthen internal support bases; getting understanding and support from higher level management; (c) Developing and enhancing alliances with external groups (e.g., other agencies or firms, state and local governments, Congress, and clientele groups); engaging in cross-functional activities; finding common ground with a widening range of stakeholders; (d) Working in groups and teams; conducting briefings and other meetings; gaining cooperation from others to obtain information and accomplish goals; facilitating 'win-win' situations; (e) Considering and responding appropriately to the needs, feelings, and capabilities of different people in different situations; is tactful and treats others with respect; (f) Seeing that reports, memoranda, and other documents reflect the position and work of the organization in a clear, convincing, and organized manner.

MANDATORY TECHNICAL/PROFESSIONAL QUALIFICATION:

1. Broad familiarity with water safety and marine transportation, including principles and practices of navigation, marine engineering, marine regulation and accident investigation, naval architecture and watchstanding requirements sufficient to provide leadership in directing marine accident investigation and the formulation of improved safety practices.

2. Authoritative knowledge of marine transport and its regulation and demonstrated ability as spokesperson, advocate, or instructor in this field sufficient to ensure the ability to represent NTSB's products and positions during legislative, executive and industry activities.

DESIRABLE TECHNICAL/PROFESSIONAL QUALIFICATIONS:

1. General knowledge and understanding of the NTSB's operations and familiarity with the operations of the United States Department of Transportation, the United States Coast Guard, and the relationship of national security organizations to coastwise and inter-coastal security.

2. Demonstrated command and/or responsibility of or for sea-going operations.

EVALUATION OF CANDIDATES:

1. The Human Resources representative will review all applications to determine whether basic eligibility has been met. To meet basic eligibility, applicants must possess the mandatory Executive Core Qualifications and the mandatory technical/professional qualifications.

2. All basically qualified candidates will be referred to the NTSB Executive Resources Board (ERB) for further consideration. The ERB will group the candidates into broad categories of best qualified, qualified and not qualified. The best qualified candidates will be forwarded to the selecting official for selection.

3. The selecting official may interview any or all of the best qualified candidates and will forward a recommendation to the Chairman or her designee for final approval. The Chief, Human Resources Division will forward the selection to the Office of Personnel Management for qualifications approval, if required.

4. Applicants with career appointments in the SES, SES reinstatement eligibles and certified SES Candidate Development Program Graduates need only address the professional/technical qualification requirements as their overall executive qualifications have already been certified.

OTHER SIGNIFICANT FACTS:

- The NTSB is an equal opportunity employer. Non-merit factors such as sex, race, age, color, national origin, religion, etc., will not be considered. Interviews and qualification inquiries will be required.

- The law authorizes the granting of special recognition, awards, and incentive payment to members of the SES to help retain, recognize, reward, and motivate highly competent executives. Specifically, these payments and forms of recognition include: Presidential Distinguished and Meritorious rank awards; Senior Executive Service bonuses and superior accomplishment awards.

- Appointees newly selected for appointment to the SES must have their executive core qualifications approved by the Office of Personnel Management and will be subject to a one year probationary period.

- Veterans preference does not apply in the SES.

- All eligibility requirements must be met by the closing date of this announcement.

- Applications must be postmarked by the closing date of the announcement.

HOW TO APPLY:

All applicants must submit an application for consideration. The following documents are acceptable: OF-612, Optional Application for Federal Employment, a resume or other available application format. Be brief and concise, but inclusive in the description of your work experience. Forward application to:

National Transportation Safety Board,

Human Resources Division (MD-30),

490 L'Enfant Plaza, East, S.W.,

Washington, D.C. 20594.

1. Submit three (3) copies of the application with original signature on each.

2. Submit three (3) copies of a Qualifications Brief, which is a statement indicating how your experience, education, training, awards, and/or self-development activities meet the qualifications requirements listed above. The Qualifications Brief must cover the five Executive Core Qualifications and the four technical/professional qualifications. Format the brief so that each requirement is individually addressed. It must provide sufficient information for evaluation. Do not repeat entries from your narrative work history. Instead, highlight your training, experience and accomplishments, (including examples of work assignments, projects, etc.) that directly relate to the position being filled.

3. Submit three (3) copies of your most recent performance appraisal.

4. Include the following information in your application package:

JOB INFORMATION: Announcement number, job title and grade level of the position for which you are applying.

PERSONAL INFORMATION:

- Full Name, mailing address (with zip code) and day and evening telephone numbers (with area code).

- Social Security Number.

- Country of Citizenship.
- Your highest Federal civilian grade, job series and the dates held, if applicable.
- Eligibility under special hiring authority. (Indicate the basis for any eligibility and attach appropriate documentation).

EDUCATION:

- High School information - Name of School, City, State, (Zip Code, if known) and date of diploma or GED.
- College/University information - Name of School(s), City, State, (Zip Code, if known), majors, type of degree(s) received (if no degree, show total credits earned and indicate whether semester or credit hours).
- If you qualify based on education, submit a transcript or list of courses (with credit hours), majors and grade-point average or class rank.

WORK EXPERIENCE:

Describe your paid and non-paid work related to the position for which you are applying, including the knowledge, skills, abilities identified for this position and how you meet them. The qualification requirements must be evident in experience and/or training. For each position, include the following information:

- Your Position title (including job series and grade, if a Federal job).
- Employer's name and address.
- Supervisor's name and telephone number. (Indicate whether we may contact your current supervisor for reference purposes).
- Dates you started and ended each job.
- The number of hours worked per week.
- Your starting and ending salaries.
- Duties and accomplishments.

OTHER QUALIFICATIONS:

000819



- Job-related training courses completed within the last 3 years (list title, hours and date completed).
- Job-related skills (other languages, computer software/hardware skills, etc.).
- Job-related honors, awards and special accomplishments received within the last 3 years. For example: publications, memberships in professional or honor societies, leadership activities, public speaking and performance awards (give dates but do not send documents unless requested).

CONDITIONS OF EMPLOYMENT:

- Job finalists will be asked to sign and certify the accuracy of all information they provide and to authorize a background investigation. A false statement in a part of your application may be grounds for not hiring you, or for firing you after you begin work, and may be punishable by law.
- Males born after December 31, 1959, must be registered with the Selective Service System or have a valid exemption to be eligible for Federal employment. If you receive a military or civilian annuity from the Federal government, your salary or annuity may be reduced if you take a Federal job.
- If you have any delinquent debts, you must repay those debts or face garnishment of your salary.
- Subject to satisfactory completion of a background investigation.

The NTSB is an Equal Opportunity and Reasonable Accommodation Employer: Except where otherwise provided by law, all candidates will be considered without discrimination for any non-merit reason such as race, color, religion, gender, sexual orientation, age, national origin, political affiliation, marital status, disability, or membership or non-membership in an employee organization.

* * *

001036

*TITLE 49 - TRANSPORTATION*

*CHAPTER VIII - NATIONAL TRANSPORTATION SAFETY BOARD*

EFFECTIVE: October 14, 1982

## PART 850 - COAST GUARD - NATIONAL TRANSPORTATION SAFETY BOARD MARINE CASUALTY INVESTIGATIONS


Sec.
850.1 Purpose.
850.3 Relationship to Coast Guard marine investigation regulations and procedures.
850.5 Definitions
850.10 Preliminary investigations by the Coast Guard.
850.15 Marine casualty investigation by the Board.
850.20 Cause or probable cause determinations from Board investigation.
850.25 Coast Guard marine casualty investigation for the Board.
850.30 Procedures for Coast Guard investigation.
850.35 Records of the Coast Guard and the Board.


AUTHORITY: Sec. 304(A) (1) (E) of the Independent Safety Board Act of 1974 (Pub. L. 93-633, 88 Stat. 2168, (49 U.S.C. 1903)).

[Source: 42 FR 61204, Dec. 1, 1977, unless otherwise noted.]

### § 850.1 Purpose.

This part prescribes the joint regulations of the National Transportation Safety Board and the Coast Guard for the investigation of marine casualties.

[47 FR 46089, Oct. 15, 1982]

### §850.3 Relationship to Coast Guard marine investigation regulations and procedures.

(a) The Coast Guard's responsibility to investigate marine casualties is not eliminated nor diminished by the regulations in this part.

(b) In those instances where the Board conducts an investigation in which the Coast Guard also has responsibility under R.S. 4450 (46 U.S.C. 239), the proceedings are conducted independently, but so as to avoid duplication as much as possible.

### §850.5 Definitions.

As used in this part:

(a) "Act" means Title III of Pub. L. 93-633, the Independent Safety Board Act of 1974 (49 U.S.C. 1901, et seq.).

(b) "Board" means the National Transportation Safety Board.

(c) "Chairman" means the Chairman of the National Transportation Safety Board.

(d) "Commandant" means the Commandant of the Coast Guard.

(e) "Major marine casualty" means a casualty involving a vessel, other than a public vessel, that results in -

(1) The loss of six or more lives;

(2) The loss of a mechanically propelled vessel of 100 or more gross tons;

(3) Property damage initially estimated as $500,000 or more; or

(4) Serious threat, as determined by the Commandant and concurred in by the Chairman, to life, property, or the environment by hazardous materials.

(f) "Public vessel" means a vessel owned by the United States, except a vessel to which the Act of October 25, 1919, c. 82 (41 Stat. 305, 46 U.S.C. 363) applies.

(g) "Vessel of the United States" means a vessel -

(1) Documented, or required to be documented, under the laws of the United States;

(2) Owned in the United States; or

(3) Owned by a citizen or resident of the United States and not registered under a foreign flag.

### §850.10 Preliminary investigation by the Coast Guard.

(a) The Coast Guard conducts the preliminary investigation of marine casualties.

(b) The Commandant determines from the preliminary investigation whether -

(1) The casualty is a major marine casualty; or

(2) The casualty involves a public and a nonpublic vessel and at least one fatality or $75,000 in property damage; or

(3) The casualty involves a Coast Guard and a nonpublic vessel and at least one fatality or $75,000 in property damage; or

(4) The casualty is a major marine casualty which involves significant safety issues relating to Coast Guard safety functions, e.g., search and rescue, aids to navigation, vessel traffic systems, commercial vessel safety, etc.

(c) The Commandant notifies the Board of a casualty described in paragraph (b) of this section.

[42 FR 61204, Dec. 1, 1977, as amended at 47 FR 46089, Oct. 15, 1982]

### §850.15 Marine casualty investigation by the Board.

(a) The Board may conduct an investigation under the Act of any major marine casualty or any casualty involving public and nonpublic vessels. Where the Board determines it will convene a hearing in connection with such an investigation, the Board's rules of practice for transportation accident hearings in 49 CFR Part 845 shall apply.

(b) The Board shall conduct an investigation under the Act when:

(1) The casualty involves a Coast Guard and a nonpublic vessel and at least one fatality or $75,000 in property damage; or

(2) The Commandant and the Board agree that the Board shall conduct the investigation, and the casualty involves a public and a nonpublic vessel and at least one fatality or $75,000 in property damage; or

(3) The Commandant and the Board agree that the Board shall conduct the investigation, and the casualty is a major marine casualty which involves significant safety issues relating to Coast Guard safety functions.

[47 FR 46090, Oct. 15, 1982]

### §850.20 Cause or probable cause determinations from Board investigation.

After an investigation conducted by the Board under §850.15, the Board determines cause or probable cause and issues a report of that determination.

### §850.25 Coast Guard marine casualty investigation for the Board.

(a) If the Board does not conduct an investigation under §850.15(a), (b)(2) or (3), the Coast Guard, at the request of the Board, may conduct an investigation under the Act unless there is an allegation of Federal Government misfeasance or nonfeasance.

(b) The Board will request the Coast Guard to conduct an investigation under paragraph (a) of this section within 48 hours of receiving notice under §850.10(c).

(c) The Coast Guard will advise the Board within 24 hours of receipt of a request under paragraph (b) of this section

A195