with the Chief, Human Resources Division, and the selecting official, will decide if a position should be recommended for reannouncement if the selecting official has the Referral and Selection Register for more than 90 days. The rationale for exceeding 90 days must be made a part of the merit promotion file. In addition, if a non-status candidate (all sources) is selected for a position for which NTSB does not have delegated authority to examine, the human resources representative will forward the selection to OPM for action. That office will determine whether the candidate is within reach on an OPM certificate of eligibles.

c. Release of Selected Employee. The human resources representative will notify all candidates of their selection or non-selection after the selection has been made. Supervisors should also personally notify all NTSB best qualified candidates of their selection or non-selection. Employees selected for promotion or reassignment under the provisions of this Order will be released to report to the new position, preferably at the beginning of a pay period, and normally within 30 calendar days. In unusual circumstances, release dates may be extended or reduced by mutual agreement between the gaining and losing offices. The selection should not be delayed more than 60 calendar days following the date of selection, except in cases involving a permanent change of station. In those cases, if requested by the employee and concurred in by the selecting official, the Chief, Human Resources Division, may grant additional time.

## PART II
## SES POSITIONS

12. USE OF COMPETITIVE PROCEDURES. Competitive selection procedures shall be followed for the initial appointment of an individual to the NTSB SES.

13. EXCLUSIONS. Competitive selection procedures do not apply to the following:

a. Non-Career SES Appointment. An SES appointment made by the Chairman.

b. Limited-Term or Limited-Emergency Appointment. A non-SES individual may be given either of these appointments to a general SES position if he/she meets the qualifications standards for the position and the action has been recommended by the Executive Resources Board (ERB). (A general SES position is one that has responsibility for, or substantial involvement in, the determination or public advocacy of the major policies of the NTSB.)

c. Reinstatement. A former SES member may be reinstated to the SES provided that: a 1-year SES probationary period has been completed; the employee left the SES for reasons other than misconduct, neglect of duty, malfeasance, or less than Fully

Successful performance; and the employee meets the qualification requirements for the position.

d. Reassignment or Transfer.

(1) A career SES member may be voluntarily or involuntarily reassigned or transferred if he/she meets the qualification requirements for the position.

(2) A non-career SES member may be reassigned to an SES general position provided qualification requirements are met.

e. Appointment Following Completion of an SES Candidate Development Program. An individual who has successfully completed an SES candidate development program approved by OPM may be selected for career appointment to an SES position without regard to competition procedures provided that:

(1) The individual meets the mandatory qualifications for the position; and

(2) The individual entered the candidate development program through competitive selection procedures. (See Board Order 1030.)

14. POLICY.

a. Career executives will be appointed to fill SES positions to the extent practicable, consistent with agency policies and affirmative efforts to locate qualified minorities and women.

b. The Chairman may, at his or her discretion, reassign senior executives to other NTSB SES positions to promote the efficiency of the agency's mission. The ERB will be consulted prior to such reassignments (see Board Order 1030).

c. SES members will be protected from arbitrary or capricious actions.

d. An SES merit personnel system will be maintained that is free of prohibited personnel practices.

15. BASIC SES MERIT STAFFING PRINCIPLES.

a. The NTSB will rely on an ERB to recommend policy on, and coordinate: SES personnel planning, SES position allocation, developing executive staffing plans, forecasting executive requirements and determining how to meet these requirements,

and overseeing staffing of career executive positions, including the SES merit staffing process, selections, reassignments, and details.

b. Mandatory qualifications, determined by the ERB as being required for successful performance in the SES position, will be used for reassignment and placement in the SES.

c. Candidates who meet the mandatory qualifications are considered basically qualified for selection into the SES, for reassignment or transfer within the SES, or reinstatement to an SES position.

d. Veteran preference is not a factor in filling SES positions.

e. The initial appointment of an SES career appointee is conditional until the individual successfully serves a one-year probationary period as an SES career appointee.

16. <u>RECRUITMENT</u>.

a. <u>Development and Approval of Qualification Standards</u>.

(1) Qualification standards, including both technical and managerial requirements, shall be established for each SES position before it is announced. When an existing position is substantially altered or a new position is established, new qualification standards must be developed.

(2) Qualification standards are developed by the NTSB official who will supervise the SES position involved and must be approved by the ERB.

(3) Qualification standards shall be based on practical, job-related considerations derived from a job analysis, which identifies the critical elements in terms of duties, responsibilities and performance expectations, desirable characteristics important to successful performance, and the knowledge, skills and abilities that would enable an individual to meet the performance expectations.

b. <u>Vacancy Announcements.</u>

(1) SES vacancies will be open either to civil service-wide sources or to "all sources."

(2) SES vacancies will normally be announced for a minimum of 30 calendar days.

(3) The ERB and selecting official shall approve each announcement before it is distributed.

(4) In addition to elements listed in non-SES vacancy announcements, each SES vacancy announcement shall contain:

(a) Vacancy number;

(b) Type of position (i.e., career-reserved or general);

(c) Information regarding SES pay and benefits;

(d) Probationary period requirement; and

(e) A request for supplemental information on each of the OPM-established executive competencies.

(5) SES vacancy announcements shall be distributed to all NTSB employees and to OPM for publication in the SES Vacancy Announcement List.

17. EVALUATION OF CANDIDATES.

a. Screening of Applications. The human resources representative shall review all applications to determine whether basic eligibility and mandatory qualification standards have been met. All basically qualified candidates will be referred to an ad hoc SES rating panel for further consideration.

b. Candidate Review.

(1) All basically qualified applications will be reviewed by an ad hoc rating panel composed of a minimum of three selected members of the ERB, none of whom may be the selecting official for the position.

(2) The panel shall establish in writing a rating schedule for determining the best qualified candidates. The schedule must state the mandatory managerial and technical qualifications, as well as those that are desirable.

(3) The panel shall group candidates into broad categories of best qualified, qualified, and not qualified.

(4) The human resources representative will prepare the selection roster of best qualified candidates and submit it to the selecting official. The selection roster may

be annotated by members of the panel, if desired, to point out to the selecting official applicants' strengths and weaknesses perceived during the review.

c. Candidate Selection. The selecting official may interview any or all of the best qualified candidates, and will normally forward within 14 calendar days a selection to the Chairman or his/her designee for final approval. The human resources representative will forward the selection to OPM for qualifications approval, if required.

## PART III
## RECORDS, QUESTIONS, COMPLAINTS, GRIEVANCES

18. DOCUMENTATION AND RECORDS. Sufficient information to reconstruct the staffing action in its entirety, including justification for determining best qualified candidates, will be maintained as required by law. The following will be kept for all actions:

a. For Non-SES Vacancies ---

(1) A copy of the vacancy announcement;

(2) All applications, including appraisal forms submitted;

(3) Evaluation methods and sources used;

(4) Names of panel members, if an evaluation panel was convened;

(5) Names of candidates as they appear in final ranking;

(6) Names of candidates referred to the selecting official;

(7) Names of individual(s) selected; and

(8) Any other information that may be needed to explain actions taken in the evaluation process.

b. For SES Vacancies, in addition to the above, ---

(1) The distribution of the vacancy announcement;

(2) A copy of the position description and the ERB-approved rating schedule and individual rating sheets;

(3) Any narrative prepared by the ad hoc panel;

(4) The selecting official and Chairman's recommendation/approval of the selectee; and

(5) The OPM SES vacancy listing in which the SES vacancy was advertised.

19. EMPLOYEE/APPLICANT QUESTIONS, COMPLAINTS AND GRIEVANCES. Every effort will be made to be responsive to employee/applicant questions or criticisms concerning any aspect of the program. Any grievances should be developed in accordance with applicable NTSB procedures.

Kenneth U. Jordan
Managing Director

# National Transportation Safety Board

**Office of the Managing Director**
**Washington, D.C.**

**ORDER**

**NTSB 1002**

**1/24/96**

**SUBJECT: INCENTIVE AWARDS PROGRAM**

1. PURPOSE. This order summarizes key aspects of the Incentive Awards Program at the National Transportation Safety Board (NTSB).

2. CANCELLATION. This order cancels NTSB Order 13 dated 3/30/84.

3. REFERENCES. 5 C.F.R. Part 451.

4. SCOPE. The provisions of this order apply to all employees, former employees, legal heirs or estates of deceased employees, and employees of other Federal agencies.

5. POLICY. All employees are encouraged to share actively in improving Government and NTSB operations, and to identify program or operational areas in which superior work warrants the recognition of particular employees or groups of employees. Incentive awards will be granted in recognition of contributions that are both significant and beyond the scope of achievements normally expected as part of the job. Incentive awards are not a substitute for overtime pay, proper job classification, promotion, or any other purpose incompatible with this Order or Board Order 1000.

6. RESPONSIBILITIES.

   a. Chairman. Approves awards granted to members of the Senior Executive Service (SES) and overall award program goals and objectives. Submits to the Office of Personnel Management (OPM) appropriate documents for review and approval, and changes made thereto, as appropriate, and recommendations for Presidential Rank Awards for SES career members.

   b. Managing Director. Reviews program results and assures that awards are granted equitably on the basis of merit. Revises proposed awards in conjunction with annual performance appraisals. Provides for the greatest motivational impact by ensuring that an adequate budget is allocated. Acts finally on all awards, except those proposed for members of the SES.

DISTRIBUTION: Chairman
Vice Chairman
Members
All Employees

OPI: AD

c. Office Directors. Have overall responsibility for promoting and administering the program within his/her organization. Initiate, review, or act on appropriate awards on a timely basis.

d. Supervisors.

(1) Use incentive awards as an integral part of supervision and management, and ensure that award recognition is commensurate with the value of the contribution.

(2) Are informed of the provisions and procedures of this Order.

(3) Give or recommend appropriate recognition to employees for their contributions, activities, and accomplishments in a timely manner, ensuring that contributions are supported by appropriate documentation.

e. Chief, Human Resources Division.

(1) Reviews and evaluates the awards program, providing feedback to management on evaluation results, developing recommended program goals and objectives, and implementing needed program improvements.

(2) Administers the awards program in accordance with applicable laws and regulations, ensuring the program's integrity, and develops NTSB guidance, as appropriate.

(3) Provides advice and assistance to managers, supervisors, and employees on employee recognition.

(4) Prepares required reports for submission to OPM.

(5) Ensures the timely processing of award documentation and award payments, and organizes the Annual Awards Ceremony.

f. Employees.

(1) Submit ideas or suggestions for simplifying or improving the NTSB awards program.

(2) Nominate employees for awards through appropriate channels discussed in paragraph 8 below.

(3) Serve, when chosen, on the Peer Review Committee that reviews nominations for the Employee Peer Award.

7. <u>CRITERIA FOR GRANTING AWARDS</u>. The following is general guidance for granting awards. The Chief, Human Resources Division, will issue guidance annually on processing all awards described in this Order, including any restrictions imposed by OPM regulations or NTSB policies.

a. Awards in each category need not be given every year. The granting of incentive awards may also be modified through management direction based on fund availability.

b. The NTSB may pay a cash award to an employee, a former employee, or to the estate of a deceased employee who by his or her suggestion, invention, accomplishment, or other personal effort contributes to the efficiency, economy, or other improvement of Government or NTSB operations.

c. Awards are in addition to the regular pay of the recipient and are subject to the withholding of income taxes.

d. Acceptance of a cash award constitutes an agreement that the use by the Government of the idea, method, or device for which the award is paid does not form the basis of a further claim of any nature against the Government.

e. Award amounts shall be proportionate to the benefits resulting to the Government from the contributor. When more than one person is involved in the contribution, the total amount of the award to be shared normally may be the same as it would be had only one person been involved.

f. All award recommendations must be in writing and be approved by a management official higher than the official who recommended the award (except for awards personally recommended by the Chairman); awards personally recommended by the office directors will be approved by the Managing Director or Chairman.

g. Award payments shall be processed within 30 days from the date the documentation in support of the award is received by the Human Resources Division. On-the-spot awards shall be processed as soon after the act occurs as possible. Award plaques/mementos shall be processed within 60 days from the date the documentation in support of the award is received by the Human Resources Division.

h. Award recommendations shall be handled in a confidential manner during processing. They contain privileged information and will be made available only to those involved in the decision process as may be required by law.

080034



8. TYPES OF AWARDS.

a. Chairman's Award.

(1) Criteria. The Chairman's Award is the highest NTSB award granted to an individual and usually is granted for long-term contributions. To receive this award, the employee's achievements must have substantially contributed to the mission of the NTSB or to improving the efficiency/effectiveness of NTSB operations.

(2) Eligibility. All permanent employees of the NTSB are eligible. Any former permanent employee or his/her estate is eligible to receive the Chairman's Award for a period of 2 years from separation for a contribution performed while employed by the NTSB.

(3) Nomination Procedures. Nominations shall contain the endorsement of the director of the nominee's office, and shall be forwarded to the Managing Director through the Human Resources Division. The nomination should be in the form of a detailed justification describing the contributions qualifying for the award and be attached to the Incentive Award Recommendation Form (Attachment 1). Justifications should be limited to 2 pages. The Managing Director will convene a panel comprising of office directors to review nominations and forward recommendations to the Managing Director and Chairman for final selection. The panel may recommend that no award be given.

(4) Form of Award. The recipient of this award will receive an appropriately inscribed plaque/memento and may receive a cash honorarium. The name of the recipient will be listed on a permanent plaque, which will be publicly displayed.

b. Managing Director's Award.

(1) Criteria. The Managing Director's Award recognizes the special contributions of an NTSB employee with respect to the management and administration of the NTSB.

(2) Eligibility. All permanent employees of the NTSB are eligible.

(3) Nomination Procedures. Same as Chairman's Award.

(4) Form of Award. Same as Chairman's Award.

c. Joseph Trippe Nall Memorial Award.

(1) Criteria. This award is given to the employee who best emulates the outstanding values and characteristics of former Member Nall: dedication; enthusiasm; competence; concern and respect for others; and long-term commitment to transportation safety.

(2) Eligibility. All permanent employees of the NTSB are eligible.

(3) Nomination Procedures. Same as Chairman's Award.

(4) Form of Award. Same as Chairman's Award.

d. Dr. John K. Lauber Award.

(1) Criteria. This award recognizes accomplishments by an employee or group of employees whose expertise in a given technical field has contributed substantially to the mission of the NTSB during the past year. Areas of expertise include all functions/activities of the NTSB.

(2) Eligibility. Any permanent employee or group of permanent employees who contribute or participate in an activity that meets the criteria are eligible.

(3) Nomination Procedures. Same as Chairman's Award.

(4) Form of Award. The recipient of this award will receive an engraved chair and may receive a cash honorarium. The name of the recipient will be listed on a permanent plaque, which will be publicly displayed.

e. Regional/Field Award.

(1) Criteria. This award is given to a regional-based employee or group of employees whose specific and identifiable work during the past year is a model to all personnel and serves to accomplish in an exceptional manner the NTSB's mission of improving transportation safety or has significantly increased the efficiency of the NTSB's operation.

(2) Eligibility. Any permanent employee or group of permanent employees who contributes or participates in an activity that meets the criteria is eligible.

(3) Nomination Procedures. Same as Chairman's Award.

(4) Form of Award. Same as Chairman's Award.

080036



f. Employee Peer Award.

(1) Criteria. The recipient of this award is an employee who is held in high esteem by fellow employees, and is a strong team player. He/she has demonstrated during the past year exceptional employee interaction skills characterized by openness, honesty, and loyalty to the NTSB and other employees. During the employee's performance of his/her duties, either related to normal job-related activities or extra assigned duties, the employee has exhibited these skills while accomplishing the overall mission of the NTSB.

(2) Eligibility. All permanent employees of the NTSB are eligible.

(3) Nomination Procedures. Any employee may forward a nomination to the Peer Review Committee c/o the Chief, Human Resources Division. Nominations should be in the form of a detailed justification describing the factors qualifying the nominee for the award and be limited to 2 pages.

The Peer Review Committee is made up of supervisory and nonsupervisory regional and headquarters employees. Members will serve staggered terms with the majority of the membership rotating out at the end of each fiscal year. The entire committee will select replacements for departing members.

The Peer Review Committee will review the nominations and forward recommendations to the Managing Director and Chairman for final selection. The committee may recommend that no award be given.

(4) Form of Award. Same as Chairman's Award.

g. Special Achievement Certificate.

(1) Criteria. This certificate recognizes accomplishments or other challenging, significant initiatives, projects, investigations, or special studies.

(2) Eligibility. Any NTSB employee, non-NTSB employee, or group that contributes to or participates in an activity that meets the criteria is eligible.

(3) Nomination Procedures. Any supervisor may nominate an individual or group that meets the criteria by attaching a memorandum of justification to the Incentive Award Recommendation Form, and if applicable, a Group Award Concurrence Form (Attachment 2). Included in the justification should be the specific citation to be printed on the certificate.

(a) Individual nominations. Office directors should endorse the nominations and forward them to the Managing Director, through the Human Resources Division.

(b) Group nominations. Office directors should circulate: a justification memorandum, the Incentive Award Recommendation Form, and the Group Award Concurrence Form to other involved office directors for concurrence/comments. Once concurrence is obtained, all three documents should be forwarded to the Managing Director, through the Human Resources Division, for approval.

The Managing Director will convene a panel comprising office directors to review nominations and forward recommendations to the Managing Director and Chairman for final selection.

(4) Form of Award. The recipient of this award will receive an appropriately inscribed certificate. The panel may also recommend an appropriate memento for the award.

h. Other Special Recognition Award. This award is not limited to NTSB functions or duties. It is for extraordinary achievement, service, act, and contribution(s) that are not defined by the above award criteria. The description of the accomplishment should be limited to 2 pages. Nominations should be forwarded directly to the Managing Director, who will consult with the office directors on the appropriateness of honoring the accomplishment, and solicit their input in determining the form of recognition.

i. Presidential Rank Award.

(1) Criteria. This award recognizes and rewards exceptional performance by career appointees over an extended period of time in the SES. There are two kinds: the Distinguished Executive award and the Meritorious Executive award.

(2) Eligibility. All career SES members who have completed 3 years of career or career-type Federal civilian service at the SES, or an equivalent level. The service need not have been continuous.

(3) Nomination Procedures. Nominations are made by the Chairman, Managing Director, or Deputy Managing Director and are forwarded to the Chairman through the Human Resources Division. Nominations should include a 1-page summary of the nominee's Federal employment history, and a justification statement, limited to 2 pages, describing the contributions qualifying for the award. The Chief, Human Resources Division, ensures that appropriate paperwork is prepared for forwarding

to the Director, OPM. OPM reviews nominations, getting input from review boards composed of individuals from outside the Government, and forwards recommendations to the President for final approval.

(4) Form of Award. The recipient of the Distinguished Executive award receives a lump-sum payment of $20,000, a distinctive gold pin, and a framed certificate signed by the President. The recipient of the Meritorious Executive award receives a lump-sum payment of $10,000, a distinctive silver pin, and a framed certificate signed by the President. Traditionally, there has been a Governmentwide reception to honor recipients.

(5) Restrictions. The recipient of either a Distinguished or Meritorious rank award may not receive the same award again during the 4 fiscal years following the one for which the award is given. There is no prohibition, however, against receiving one rank award, then the other, at a closer interval. An individual may not receive both a Distinguished rank award and an agency performance award during the same calendar year. An individual may not receive both a Meritorious rank award and an agency performance award during the same calendar year, if the total of the two awards exceeds what the individual could receive by a performance award alone (i.e., 20 percent of the individual's rate of basic pay). The above restrictions do not apply to lump-sum payment of a cash award granted for a Special Act or Service.

j. SES Performance Award.

(1) Criteria. A lump-sum performance bonus may be granted each year to SES career members for excellent or outstanding performance during the performance rating cycle.

(2) Eligibility. All career SES members. (Noncareer appointees are eligible only for Special Act Awards.)

(3) Nomination Procedures. The SES Performance Review Board recommends to the Chairman SES career members for this award based on each member's performance appraisal. The Chairman reviews and approves recommendations.

(4) Form of Award. A lump-sum payment not to exceed 20 percent of the SES member's salary.

(5) Restrictions. Approval must be consistent with current OPM policy.

k. Performance Award. This is a cash award for excellent or outstanding performance and is described in Board Order 1000.

l. Quality Step Increase. This award recognizes outstanding performance by supervisory and nonsupervisory employees and is described in Board Order 1000.

m. Special Act/Service Award.

(1) Criteria. These awards recognize non-recurring contributions either within or outside of job responsibilities.

(2) Eligibility. All NTSB employees, except the Chairman and Board Members.

(3) Nominations. Any employee may make recommendations and forward them through supervisory channels to office directors, who if in agreement shall forward the recommendations through the Human Resources Division to the Managing Director for final approval. The nomination should be in the form of a detailed justification describing the contributions qualifying for the award and be attached to the Incentive Award Recommendation Form. Justifications should be limited to 1 page.

(4) Form of Award. The recipient of this award will receive a plaque or memento, and an appropriate lump-sum payment.

(5) Restrictions. The maximum amount of the lump-sum payment will be dictated by current NTSB and OPM policy.

n. On-the-Spot Awards.

(1) Criteria. These awards reflect special contributions that are either within or outside of job responsibilities, and warrant immediate recognition, but have a small monetary value.

(2) Eligibility. All NTSB employees, except the Chairman and Board Members.

(3) Nominations. Anyone may make recommendations and forward them through supervisory channels to the office director for final approval. The director forwards approved awards to the Human Resources Division for immediate processing. The nomination should be in the form of a short justification describing the qualifying contribution and be attached to the Incentive Award Recommendation Form. Justifications should be limited to 1 page.

(4) Form of Award. The recipient of this award will receive a small lump-sum cash payment.

(5) Restrictions. The maximum amount of the lump-sum payment will be dictated by current NTSB and OPM policy. Currently, an employee may not receive more than two awards in any 12-month period. The total that may be awarded during any fiscal year to any single employee may not exceed $500. The Managing Director can approve exceptions to these limitations.

o. Equal Employment Opportunity Award.

(1) Criteria. This award recognizes an NTSB employee who has substantially contributed to furthering the NTSB's EEO goals and objectives through EEO management improvement or productivity.

(2) Eligibility. All current, permanent NTSB employees are eligible to receive this award.

(3) Nomination Procedures. Nominations may be made at any time by any NTSB employee and shall contain the endorsement of the director of the submitting office or the Director of EEO. Nominations shall be submitted through normal supervisory channels through the Human Resources Division to the Managing Director for approval. Nominations should be in the form of a detailed justification describing the contributions qualifying for the award. Justifications should be limited to 2 pages.

(4) Form of Award. The award will consist of an appropriately inscribed Special Achievement Certificate, plaque, or memento, and at the discretion of the Managing Director, may include a cash honorarium.

p. Length-of-Service Award.

(1) Criteria. A career service emblem is given to honor an NTSB employee for specific lengths of service to the Government. Years of creditable service in the Government are recognized in 5-year increments, beginning with 5 years of service.

(2) Eligibility. All employees are eligible for this award based upon completion of the above amounts of creditable service.

(3) Nomination Procedures. None. The employee automatically receives this recognition when he or she attains the required length of service.

(4) Form of Award. The employee may select from a list of items available each year.

q. NTSB Award to a Non-NTSB Employee. An NTSB award to a non-NTSB employee may be granted. The office directors and Managing Director will determine the criteria for these awards, their appropriateness, and the award form. Nominations may be made at any time by any employee and shall be submitted through normal supervisory channels to the office directors or Managing Director, respectively. Employees of other agencies are eligible for cash awards. Some non-NTSB employees such as State and local government employees, transportation industry personnel, persons in academic or research fields, and private citizens are eligible for public recognition. An award may be made to an individual, a group of persons, or an organization or unit. The Human Resources Division will prepare the certificate, plaque, or memento in accordance with the specified citation. The recommending employee will prepare the memorandum of justification.

In order that the NTSB's objectivity not be questioned, these awards will not be made to persons or organizations for activities which the NTSB might subsequently be required to evaluate or investigate in connection with transportation accidents.

r. Awards Sponsored By Other Organizations.

(1) Criteria. Announcement of these awards is made annually by the award sponsor and contains specific criteria.

(2) Eligibility. All NTSB employees are eligible in accordance with the sponsoring agency's criteria.

(3) Nomination Procedures. Upon receipt of a request from a sponsoring agency, a human resources representative will solicit nominations from the appropriate office directors. All nomination justifications are forwarded to the representative. However, the Chief, Human Resources Division, will review them to ensure that no conflict of interest exists before finalizing and forwarding recommendations through the Managing Director to the Chairman for final approval. The sponsoring agency notifies the Chairman if any NTSB employee is selected.

(4) Form of Award. These awards consist of monetary and nonmonetary recognitions.

(5) Restrictions. The NTSB Ethics Official will provide guidance on the acceptance of any monetary or non-monetary awards, gifts, and/or decorations (from a foreign Government).

s. Employee Suggestion Program.

(1) Criteria. A suggestion is a constructive proposal, submitted in writing by one or more employees, that directly contributes to the economy, efficiency, or increased effectiveness of Government or NTSB operations or mission. It need not be new or original to be awardable, and may result from the suggester's previous work experience, research, education, etc.

(2) Eligibility. All employees.

(3) Nomination Procedures. Employees should submit suggestions to the Human Resources Division. A representative in the division will refer the suggestion to the applicable office for input. The office to which the suggestion is referred is the one in which the suggestion could have a potential impact. Suggestions should be in the form of a memorandum and must recommend an improvement and present a specific method and solution for achieving the improvement. Vaguely stated problems with no suggested solutions will be returned to the suggester unevaluated.

The Chief, Human Resources Division, will review all comments on the suggestion and make a recommendation to the Director, Office of Administration. The Director, Office of Administration, will forward suggestions recommended for adoption to the Managing Director for a final decision. Suggestions not adopted will be signed by the Director, Office of Administration, and forwarded to the employee, through his/her supervisor, outlining the reasons for rejection. Suggestions that are adopted will be signed by the Director, Office of Administration, and forwarded to the employee, through his/her supervisor announcing approval. A copy of all adopted suggestions will be filed in the employee's Official Personnel Folder and the cash award, if applicable, will be processed.

(4) Form of Award. At a minimum, the award is a Special Achievement Certificate. A lump-sum cash payment may also be appropriate as determined by NTSB and OPM policies.

(5) Restrictions. The following suggestions will be rejected and returned to the suggestor with an oral explanation only:

(a) Duplicate or essentially duplicate suggestions known to have been received within the past 2 years or which duplicate a pending suggestion.

(b) Contributions concerned with a problem, project study area, or responsibility assigned as an official duty of the contributor, unless so outstanding or meritorious as to warrant recognition.

(c) Indefinite or incomplete suggestions failing to outline problems or the direction of improvement or change. Suggestions must identify a specific problem and prescribe feasible improvement.

(d) Contributions that will cost more to process than will be received from expected benefits.

(e) Proposals in the nature of a complaint or grievance.

(6) Reconsideration. A suggester who has questions regarding the evaluation of his/her suggestion should contact the Chief, Human Resources Division. A suggestion will be reevaluated, if supplemental information is provided by the suggester and a review of the suggestion file indicates that it is warranted. If it is not warranted, the suggester shall be advised of the reasons why the suggestion will not be reevaluated.

9. PUBLIC RECOGNITION OF AWARDS. Recipients of all awards, including length-of-service awards, will be recognized at the Annual Awards Ceremony.

10. INVENTIONS. Employees should contact their human resources representative for current policy regarding inventions.

11. GRIEVANCES. The decision to adopt or not adopt a suggestion, or to grant or not grant an award is a management prerogative, and is not grievable.

12. RECORDS. All records regarding the incentive awards program will be maintained and reviewed in accordance with law, OPM regulations, and NTSB policies.

Kenneth U. Jordan
Managing Director

ATTACHMENT 1 080044

## INCENTIVE AWARD RECOMMENDATION FORM

### RECOMMENDING OFFICIAL

The following (X) Employee ( ) Group is recommended for an Incentive Award/QSI (List name, grade, recommended amount, and the base pay of each employee recommended. If group award is recommended, indicate the amount recommended for each employee.)

| Name | Grade | Base Pay | Recommended Award Amount |
| --- | --- | --- | --- |

______ A copy of the employee's current Performance Appraisal Document is relevant to the award and is attached. (Required for Performance and QSI awards.)

______ A copy of the employee's last Performance Appraisal Document is not relevant and, therefore, is not attached.

[A memorandum, no more than two pages in length, justifying the award nomination must be attached.]

Award recommended is:

______ Special Act/Service (Small Monetary Award)
______ Special Act/Service (On-The-Spot)
______ Performance
______ Quality Step Increase
______ Special Act/Service (Moderate or High Monetary Award)
______ Chairman's Award
______ Managing Director's Award
______ Special Achievement Certificate (Individual or Group)
______ Joseph Trippe Nall Memorial Award
______ Employee Peer Award
______ Dr. John K. Lauber Award
______ Regional/Field Award
______ SES Performance Award (Bonus)
______ Equal Employment Opportunity Award
______ Other Special Recognition Award

______________________ ______________________ ______________
Signature Title Date

REVIEWING OFFICIAL

______ Recommend Approval

______ Recommend Lesser Amount

______ Recommend Disapproval

**COMMENTS:**

| | | |
|---|---|---|
| **Signature** | **Title** | **Date** |

OFFICE DIRECTOR

______ Approved (Small Monetary Special Act Service Award)

______ Recommend Approval

______ Recommend Lesser Amount

______ Recommend Disapproval

______ Disapproval

**COMMENTS:**

| | | |
|---|---|---|
| **Signature** | **Title** | **Date** |

080046

## APPROVING OFFICIAL

_____ APPROVED AS RECOMMENDED

_____ APPROVED AS REVISED

_____ DISAPPROVED

**COMMENTS:**

| | | |
|---|---|---|
| Signature | Title | Date |

ATTACHMENT 2

080047

# GROUP AWARD CONCURRENCE FORM

# FOR A

# SPECIAL ACHIEVEMENT CERTIFICATE

Applicable office directors should review the names of the individuals proposed as a group on the Incentive Award Recommendation Form to receive a Special Achievement Certificate. If there is concurrence that appropriate individuals have been identified to receive a certificate, indicate by checking the appropriate box below. If there is concurrence, but with recommended changes, so indicate.

[ ] Concur as Recommended ______________________

[ ] Concur, with the following Comments/Changes:

______________________________________________

______________________________________________

______________________________________________

______________________________________________

______________________________________________

[ ] Concur as Recommended ______________________

[ ] Concur, with the following Comments/Changes:

______________________________________________

______________________________________________

______________________________________________

______________________________________________

______________________________________________

[ ] Concur as Recommended ______________________

[ ] Concur, with the following Comments/Changes:

______________________________________________

______________________________________________

______________________________________________

______________________________________________

______________________________________________

080071

# National Transportation Safety Board

## Office of the Managing Director
## Washington, D.C.

**ORDER**

**NTSB 1003**

**2/12/96**

**SUBJECT:** RECRUITMENT AND RELOCATION BONUSES AND RETENTION ALLOWANCES

1. PURPOSE. This order establishes general policies and procedures for the administration of recruitment and relocation bonuses and retention allowance programs at the National Transportation Safety Board (NTSB).

2. CANCELLATION. This order cancels NTSB Order 16, dated 6/24/91.

3. REFERENCES. 5 CFR Part 575.

4. SCOPE. The provisions of this order apply to all current or newly appointed NTSB employees serving under an appointment without time limitation in the positions below:

   a. Senior-level, scientific or professional positions;

   b. Senior Executive Service (SES) positions;

   c. Executive Schedule positions or positions for which the rate of pay is fixed by law at a rate equal to a rate for the Executive Schedule;

   d. Positions filled by Presidential Appointment (with or without the advice and consent of the Senate); and

   e. Positions in the General Schedule.

   **NOTE:** The Chairman may request that the Office of Personnel Management (OPM) authorize the payment of a recruitment/relocation bonus or retention allowance to employees not covered by this Order. No recruitment bonus may be offered to an individual who is appointed to the position of Chairman of the NTSB.

5. POLICY.

| DISTRIBUTION: | Chairman | Office Directors | OPI: AD |
|---|---|---|---|
| | Vice-Chairman | Regional Directors | |
| | Members | Division Chiefs | |

a. Recruitment bonuses. The NTSB is authorized to pay a lump sum recruitment bonus of up to 25 percent of annual basic pay to a newly appointed employee or an individual to whom a written offer of employment has been made, provided the NTSB has determined that, in the absence of such a bonus, it would have difficulty filling the position with a high quality candidate. Recruitment bonus determinations shall be made before the employee actually enters on duty.

b. Relocation bonuses. The NTSB is authorized to pay a lump sum relocation bonus of up to 25 percent of annual basic pay to an NTSB employee who must relocate to accept a position in a different commuting area, provided the NTSB has determined that, in the absence of such a bonus, it would have difficulty filling the position with a high quality candidate. Relocation bonus determinations shall be made before the employee enters on duty in the position to which he/she is relocated. A relocation bonus may only be paid if the employee establishes a residence in the new commuting area.

c. Retention Allowances. The NTSB is authorized to pay a retention allowance of up to 25 percent of basic pay, paid on a pay period basis, to a current employee if: (1) the unusually high or unique qualifications of the employee, or (2) the special needs of the NTSB for the employee's services, make it essential to retain the employee, and (3) managers and supervisors determine that the employee would be likely to leave the Federal service in the absence of a retention allowance.

d. These programs will be used in unusual situations, and not routinely as a remedy for inadequate pay levels.

e. Each determination for a bonus/allowance will be made on a case-by-case basis, unless a blanket agreement has been approved by the Chairman or Managing Director for paying recruitment/relocation bonuses. With Office of Personnel Management (OPM) approval, the Chairman may request exceptions to case-by-case determinations.

6. DEFINITIONS.

a. Commuting area. The geographic area that normally is considered one area for employment purposes. It includes any population center (or two or more neighboring ones) and the surrounding localities where people live and reasonably can be expected to travel daily back and forth to work.

**For recruitment bonus purposes:**

b. Employee. An NTSB employee who is newly appointed without time limitation or for a minimum period of at least 2 years, or an individual who has received a written offer of employment without time limitation or for a minimum period of at least 2 years.

c. Newly appointed.

(1) The first appointment, regardless of tenure, as an employee of the Federal Government;

(2) An appointment following a break in service of at least 1 year;

(3) A permanent appointment received within 1 year after termination of employment in a cooperative work-study program, Stay-in-School program, or as a law clerk trainee; or

(4) While a student during school vacations under a short-term temporary appointing authority.

d. Service agreement. A written agreement between the NTSB and a newly appointed employee. By signing the agreement, the employee agrees to a specified period of employment (12 months minimum) with the NTSB in return for payment of a recruitment bonus.

e. Maximum payment. A lump sum payment of up to 25% of basic pay, excluding additional pay of any kind, such as locality-based comparability payments or interim geographic adjustments.

f. Blanket approvals. When necessary to make a timely offer of employment, the Chairman/Managing Director may establish criteria in advance based on identification of qualifications typically possessed by high quality candidates for a specific position or other similar positions and authorize Office Directors to offer a recruitment bonus (in an amount within a pre-established range) to any high quality candidate without further review or approval.

**For relocation bonus purposes:**

g. Employee.

(1) An NTSB employee who is appointed without a break in service and without time limitation, or for a minimum period of 2 years, to a position in a different commuting area; or

(2) An employee who is serving under an appointment without time limitation, or for a minimum period of 2 years, and whose duty station is changed temporarily to a different commuting area.

h. Service agreement. A written agreement between the NTSB and an employee. By signing the agreement, the employee agrees to a specified period of employment (12 months minimum) with the NTSB at the new duty station to which he or she is relocated in return for payment of a relocation bonus. A service agreement may provide for a shorter minimum period, if documented in writing and includes a description of the reasons for the determination.

i. Maximum payment. A lump sum payment of up to 25% of basic pay, excluding additional pay of any kind, such as locality-based comparability payments or interim geographic adjustments.

**For retention allowance purposes:**

j. Employee. An NTSB employee who is serving under an appointment without time limitation, or for a minimum period of at least 2 years.

k. Maximum payment. A per pay period payment of up to 25 percent of basic pay over 26 pay periods, excluding additional pay of any kind, such as locality-based comparability payments or interim geographic adjustments. The allowance can be paid only if:

(1) The employee has completed 1 year of continuous service with the NTSB immediately prior to the payment; and

(2) If the employee is likely to leave the Federal service for employment outside the executive, legislative, or judicial branch of the Federal Government.

l. Recertification. A review of the amount of an original recommendation for a retention allowance by the immediate supervisor (or Office Director) to determine whether it should be continued, reduced or terminated. The review shall occur at the end of each year, or earlier if warranted.

7. RESPONSIBILITIES.

a. Chairman/Managing Director. Review and approve/disapprove payment of recruitment/relocation bonuses and payment or recertifications for retention allowances to employees appointed to the General Schedule, senior-level, scientific or professional positions; SES positions; positions under the Executive Schedule or positions for which the rate of pay is fixed by law at a rate equal to a rate for the Executive Schedule; or positions filled by Presidential appointment (with or without the advice and consent of the Senate).

b. Office Directors. Make or review written recommendations for recruitment and relocation bonuses and written recommendations and recertifications for retention allowances. If the action is determined to be warranted, forward the action with appropriate recommendation. At least annually, review each retention allowance. Page 2 or 4, as appropriate, of the Appendix should be completed and submitted, along with a SF-52 (request for personnel action), to the Chief, Human Resources Division, for review prior to submission to the Managing Director/Chairman for final approval.

d. Immediate Supervisors. Make written recommendations for recruitment and relocation bonuses, and written recommendations and recertifications for retention allowances. At least annually, review each retention allowance. Page 2 or 4, as appropriate, of the Appendix should be completed and submitted, along with a SF-52 (request for personnel action), to the Office Director for review.

e. Chief, Human Resources Division. Determines policy and provides overall technical guidance and direction in monitoring and evaluating the programs. All recruitment/relocation bonus recommendations, and retention allowance determinations and recertifications must be reviewed by the Chief, who will provide a recommendation for approval or disapproval before they are forwarded to the Managing Director/Chairman for final approval.

f. Employee/Candidate. For recruitment/relocation bonuses, completes Page 3 of the Appendix and provides it to the appropriate office director or supervisor.

8. REPORTS. The Chief, Human Resources Division, is also responsible for timely preparing a report to OPM on the use of bonuses/allowances the previous year. The report is due to OPM January 1.

Kenneth U. Jordan
Managing Director

APPENDIX

**CRITERIA FOR PAYMENT OF BONUS/ALLOWANCE RECOMMENDATIONS — Each bonus paid shall be based on a written determination that in the absence of the bonus, the NTSB would encounter difficulty in filling the position with a high quality candidate. In determining whether a bonus should be paid and the amount of the payment, consider the factors below and address those that are applicable in Item 7 on the form on the next page. The recommending official is responsible for completing this form and submitting it to the appropriate officials for review, along with the SF-52 (request for personnel action). (Bonuses cannot exceed 25% of basic pay.)**

**Recruitment/Relocation Bonuses**

a. The success of recent efforts to recruit high quality candidates for similar positions, including indicators such as offer acceptance rates, the proportion of positions filled, and the length of time required to fill similar positions.

b. Recent turnover in similar positions.

c. Labor market factors that may affect the ability of the NTSB to recruit high quality internal or external candidates for similar positions now or in the future (may include factors as salary ranges of comparable positions, scarcity of skills, emerging technology, etc.).

d. Special qualifications needed for the position.

e. For recruitment bonuses, the practicality of using the superior qualifications appointment alone or in combination with a recruitment bonus.

f. Funding availability.

g. Attractiveness of the duty station in such terms as remoteness, cost of living, community amenities, etc.

h. Urgency to fill the position.

Retention Allowances. Address the extent to which the employee's departure would affect the NTSB's ability to carry out an activity or perform a function that is essential to its mission. **Signatures by the Immediate Supervisor and/or the Office Director is certification that based on their personal knowledge, the employee is actively seeking employment outside the Federal Government.** In determining whether the allowance should be paid and its amount consider: the success of recent efforts to recruit candidates and retain employees with qualifications similar to the employee for positions similar to the employee.

080077

National Transportation Safety Board

# RECOMMENDATION AND APPROVAL OF RECRUITMENT/RELOCATION BONUS OR RETENTION ALLOWANCE

1. Name of Employee/Candidate: ______________________________

2. a. Current: Title, Pay Plan, Grade, Step, Salary: ______________________
   b. Proposed: Title, Pay Plan, Grade, Step, Salary: ______________________

3. a. Current Organization: ______________________________
   b. Proposed Organization: ______________________________

4. Amount or Percentage of Basic Pay Recommended: (check one)

/ / **Recruitment Bonus** ($ or %)__________ / / **Relocation Bonus** ($ or %)__________

/ / **Retention Allowance** ($ or %)__________

(For a Retention Allowance, the aggregate compensation actually received by the employee during the calendar year cannot exceed the rate payable for Level I of the Executive Schedule.)

5. (If applicable) Relocation from __________ to __________

6. (If applicable) Expected Duration of Retention Allowance: ______________________

7. Justification (Attach memo or additional page.)

______________________________ Signature of Immediate Supervisor __________ Date

______________________________ Signature of Chief, Human Resources Division __________ Date

______________________________ Signature of Office Director __________ Date

/ / Approve / / Disapprove

______________________________ Signature of Chairman or Managing Director __________ Date

080078

**National Transportation Safety Board**
**Recruitment/Relocation Bonus Service Agreement**

I, ______________________________, hereby agree to remain in the National Transportation Safety Board for the time period beginning ______________________________ and ending on ____________________ following the appointment/relocation to (specify position, title, grade, series, and location) ______________________________________________________,
unless I am separated for reasons beyond my control and which are acceptable to the NTSB. The amount of the recruitment/relocation bonus I will be receiving under this agreement is $______________. I agree that if I do not remain in the NTSB (in the case of a relocation, the service must be performed at the new duty station) for the above specified period, I will repay to the NTSB the recruitment/relocation bonus on a pro rata basis. I understand that under such circumstances, these monies are recoverable from me as a debt due to the United States.

______________________________ ______________
Employee's Signature Date

## ANNUAL
## RECERTIFICATION OF RETENTION ALLOWANCE

**Allowances can be continued only as long as the condition giving rise to the original determination to pay the allowance still exists. Reductions or Terminations of Retention Allowances may not be appealed.**

1. Name of Employee

2. Title, Pay Plan, Grade, Step, Salary: ______________________

3. Organization ______________________

4. Percentage of Basic Pay Recommended ______%

   Amount of Retention Allowance $

5. Justification recommending **Continuance of Retention Allowance.**

6. Justification recommending **Reduction of Retention Allowance.**

7. Justification recommending **Termination of Retention Allowance.**

______________________ ______________

Signature of Immediate Supervisor Date

______________________ ______________

Signature of Chief, Human Resources Division Date

______________________ ______________

Signature of Office Director Date

/ / Approve / / Disapprove

______________________ ______________

Signature of Chairman or Managing Director Date

# THE SENIOR EXECUTIVE SERVICE

FEBRUARY 2004

# CONTENTS

| | Page |
|---|---|
| **General Information about the SES** | 1 |
| **Managing Executive Resources** | |
| Executive Resources Allocations | 4 |
| Establishing SES Positions | 6 |
| Senior Level Positions | 7 |
| Scientific/Professional Positions | 8 |
| **Staffing** | |
| Executive Core Qualifications | 9 |
| Qualifications Review Boards | 10 |
| SES Career Appointments | 11 |
| SES Noncareer Appointments | 13 |
| SES Limited Appointments | 14 |
| SES Career Reassignments and Transfers | 17 |
| SES Details | 18 |
| 120-Day Moratorium | 19 |
| Presidential Appointments of Career SES Members | 21 |
| **Pay and Leave** | |
| SES Pay | 24 |
| Annual and Sick Leave | 26 |
| **Performance and Accountability** | |
| Performance Management | 27 |
| Awards and Other Recognition | 29 |
| Removals from the SES for Poor Performance | 32 |
| Recertification | 34 |
| **Continuing Learning** | 35 |
| **Reduction in Force** | 37 |
| **Fallback Rights** | 40 |
| **Adverse Actions** | 41 |

## EXECUTIVE RESOURCES ALLOCATIONS

OPM allocates executive “spaces" to each agency on a 2-year basis, as specified in law. Flexibility has been built into the allocation process to allow for some adjustments during the biennial cycle, within statutory limits, to meet unanticipated needs. OPM works with agencies to identify acceptable alternatives, such as the use of temporary allocations.

**STATUTORY REQUIREMENTS**: [5 U.S.C. 3133]:

- Each agency examines its SES position requirements and submits a written request to OPM for a specific number of SES positions for a 2-year period.

- OPM allocates SES, Senior Level (SL) and Scientific/Professional (ST) spaces to each agency on a biennial basis, after analyzing agency needs and consulting with the Office of Management and Budget. Once the biennial allocation is established, OPM may later adjust an agency's allocation. However, the cumulative effect of all adjustments within the biennial cycle cannot increase the total governmentwide allocation by more than 5%.

- There is no statutory "cap" on total SES allocations. (Note: The Civil Service Reform Act of 1978 placed a governmentwide limit on the total number of SES positions, but this limit was removed in 1990 by the Federal Employees Pay Comparability Act.)

**AGENCY FLEXIBILITY:** Within their allocations, agencies have authority to establish and/or abolish positions and to reassign career executives to deal with variations in program and mission requirements. Agencies are responsible for their executive resources planning and utilization.

**OPM ASSISTANCE:** OPM can help agencies deal with unanticipated needs (e.g., critical program changes or emergencies) that make it difficult to live within their allocations. OPM can authorize some temporary spaces, and suggest other alternatives.

**ALLOCATIONS PROCESS:** Every 2 years, OPM formally asks agencies to review and prioritize their executive resources needs in conjunction with their strategic plans, budget requirements, and program performance. Based on this analysis, agencies send OPM a written request for SES, SL, and ST spaces.

- Agencies that ask for allocation increases provide a comprehensive, agencywide assessment of their executive resources needs. The agency assessment covers established and requested positions, and prioritizes all current and proposed positions in terms of their relative contribution to the agency mission.

- OPM considers the agency analysis and other factors, such as vacancy rates, overall agency funding levels, and personnel ceilings; OPM consults with OMB, including the Resources Management Officers, and issues position allocations to agencies for 2 years.

- OPM may adjust an agency's allocation (up or down) during that 2-year period, on a case-by-case basis, if there are unanticipated changes in budgets or programs that can't be met within current allocations. In such cases, OPM may authorize the use of temporary allocations until the next biennial.

**IMPACT OF ALLOCATIONS ON NONCAREER AND LIMITED APPOINTMENTS:** There are statutory limits on the numbers of SES noncareer and limited appointments [5 U.S.C. 3134].

- Total SES noncareer appointees *governmentwide* cannot exceed 10% of SES allocations.

- Total SES noncareer appointees in an agency cannot exceed 25 % of that agency's allocation, with a few exceptions (i.e., agencies with fewer than 4 SES spaces and certain agencies that had a higher ratio before CSRA). Congress has imposed stricter limits on some agencies through enabling or appropriations legislation.

- Total SES limited appointees governmentwide cannot exceed 5% of SES total allocations.

Within statutory limits, the White House Office of Presidential Personnel distributes the total number of noncareer allocations for each agency. This number is the agency's "noncareer cap."

**CURRENT SITUATION:** Since the focus is on managing *total* executive resource levels, it would undermine the process to reduce an agency's SES positions and substantially increase its SL and ST positions. As of October 31, 2003, the governmentwide allocation levels are:

7,806 Senior Executive Service
422 Senior Level
404 Scientific and Professional

## ESTABLISHING SES POSITIONS

Within the allocation OPM authorizes, each agency determines which positions will be established in the SES. Positions must meet both the SES functional criteria and grade level criteria prescribed in statute. The SES generally covers managerial, supervisory, and policy positions above GS-15 that are not filled by Presidential appointment with Senate confirmation.

- ***Functional criteria:*** A position meets the SES functional criteria if its incumbent engages in any of these activities:
    - Directs the work of an organizational unit;
    - Is held accountable for the success of one or more specific programs or projects;
    - Monitors progress toward organizational goals and periodically evaluates and makes appropriate adjustments to such goals;
    - Supervises the work of employees (other than personal assistants); or
    - Otherwise exercises important policy-making, policy-determining, or other executive functions.
- ***Grade level criteria:*** The position must be classifiable above GS-15, based on the level of duties, responsibilities, and qualifications required by the job.

**APPLYING THE SES CRITERIA:** The SES was intended to be a corps of senior executives B not technical experts. In determining whether a position meets the criteria for placement in the SES, the agency needs to evaluate the position and determine if it functions as a part of the management team, or as an independent advisor or technical expert. This evaluation should consider the position's duties, responsibilities, and qualifications requirements.

**REQUIREMENT FOR A SPACE:** An agency cannot fill a position in the SES without an authorized space allocation.

## SES CAREER APPOINTMENTS

SES career appointments are made without time limitation and provide certain job protections and benefits that are not conferred on SES noncareer or limited appointees. Agencies may make career appointments to either General or Career Reserved positions, provided the individual meets the qualifications requirements.

- Agencies must follow competitive merit staffing requirements for the initial career appointment to the SES or for appointment to a formal SES Candidate Development Program. A Qualifications Review Board (QRB), administered by OPM, must certify an individual's executive qualifications before he/she is appointed to the SES.

- Agencies may noncompetitively reassign or transfer a current SES career appointee.

- Agencies may noncompetitively reinstate a former career SES member who has completed SES probation and left the SES under circumstances that did not make the individual ineligible for reinstatement.

- Agencies may noncompetitively appoint a SES CDP graduate who has been certified by a Qualifications Review Board if the SES CDP was advertised at least to all civil service appointees.

**MERIT STAFFING REQUIREMENTS:** Each agency head appoints one or more Executive Resources Boards (ERBs) to conduct the merit staffing process for career appointments. ERBs review the executive qualifications of each eligible candidate and make recommendations to the appointing official concerning the candidates.

- ***Recruitment:*** Agencies must announce SES vacancies that will be filled by initial career appointment to at least all Federal civil service employees. In addition, agencies must notify United States Employment Service offices. To meet these requirements, agencies list their vacancies in OPM's governmentwide automated SES vacancy announcement system (USAJOBS). Agencies and applicants can access job information through a variety of ways, including OPM's website *(www.usajobs.opm.gov).*

- ***Rating and ranking:*** All eligible candidates are rated and ranked on the basis of their knowledge, skills, and abilities and other job related factors, as reflected in the position's qualifications standard. The record must adequately document the basis for qualifications, rating, and ranking determinations. The ERB may delegate rating and ranking, but must certify the resulting list of Best Qualified candidates to the appointing official. The supervisor may recommend a selection, but the appointing official makes the final determination. The agency cannot appoint the executive until a QRB certifies his/her executive qualifications.

**APPEALS:** There is no appeal right on actions taken by the ERB, the QRB, or the appointing official. Other avenues afforded by law or regulation (e.g., prohibited personnel practice allegation or discrimination complaint) may be pursued, if appropriate. An agency's ERB is responsible for

answering applicant inquiries about the competition.

**SES PROBATION:** An individual's initial career appointment becomes final only after he/she has successfully completed a 1-year probationary period. This period begins on the effective date of the appointment and ends one calendar year later.

# OPM
# SENIOR EXECUTIVE SERVICE
# DESK GUIDE

**2007**

## SENIOR-LEVEL (SL), SCIENTIFIC AND PROFESSIONAL (ST) POSITIONS

**STATUTE: 5 U.S.C. 3104, 3324, 5108, and 5376**

**REGULATIONS: 5 CFR Parts 319 and 534, Subpart E**

Unless an agency is excluded from the SES by statute or by the President, any position classifiable above the GS-15 level is to be placed in the SES, if it meets any of the functional criteria set forth in 5 U.S.C. 3132(a)(2). Positions that are classifiable above the GS-15 level, but do not meet the SES functional criteria, are placed either in the ST or SL systems, depending on the nature of the work. [See *Establishing SES Positions* in Chapter 1 for information on the SES functional criteria and distinguishing between SES and SL/ST positions.]

## SCIENTIFIC AND PROFESSIONAL POSITIONS

Positions that are classifiable above the GS-15 level, but do not meet the SES functional criteria, are appropriately placed in the ST system if they involve performance of high-level research and development in the physical, biological, medical, or engineering sciences, or a closely-related field. ST positions are established under 5 U.S.C. 3104. All ST positions are in the competitive service.

Research and development positions are characterized by the following features:

- systematic investigation of theory, experimentation, or simulation of experiments;
- application of the scientific method, including problem exploration and definition, planning of the approach and sequence of steps, execution of experiments or studies, interpretations of findings, and documentation or reporting of findings; and
- exercise of creativity and critical judgment, variation in which may materially affect the nature of the end product.

Additional discussion of research and development functions is contained in Appendix 2 of the Introduction to the Position Classification Standards.

The qualifications, stature, and contributions of an individual involved in research and development, have a direct and major impact on the level of difficulty and responsibility for the work performed. ST incumbents would be expected to possess a graduate degree, significant research experience, and a national or international reputation in their field. Typically, the incumbent of an ST position:

- authored fundamental papers in the field of expertise that are widely used and cited;
- received significant honors from major organizations for his/her accomplishments and contributions; and
- is sought as an advisor and consultant on scientific and technological problems that extend beyond his/her specialty.

## SENIOR-LEVEL POSITIONS

The SL pay system was established under the Federal Employees Pay Comparability Act of 1990 (FEPCA) to replace grades GS-16, 17, and 18 of the General Schedule, which were abolished. Positions in the SL system are classified above GS-15, but do not meet the executive criteria characteristic of the SES nor do they involve the fundamental research and development responsibilities that are characteristic of the ST pay system. However, the SL system is used for positions that meet the SES executive criteria in agencies that are excluded from the SES. The SL positions may be in either the competitive or excepted service.

## SUPERVISORY DUTIES

The SL and ST positions may include supervisory and related managerial duties, provided these duties occupy less than 25 percent of the position's time. Positions in which supervisory and managerial work as defined in OPM's General Schedule Supervisory Guide constitutes a major duty that occupies 25 percent or more of the position's time, and most always meet the criteria for SES positions.

## SL/ST EMPLOYMENT AND PAY PROVISIONS

Employment provisions for SL and ST positions are in 5 CFR Part 319. Executive agencies must have an allocation from OPM before establishing an SL or ST position. [See *Allocating Spaces and Appointment Authorities* in Chapter 1.]

Pay provisions are in 5 CFR Part 534, Subpart E. Both the SL and ST pay systems are ungraded in law (although some agencies have established grades on their own). The pay range for both SL and ST positions is between 120 percent of GS-15/1 and Executive Level IV. These positions are covered by locality pay. With locality pay, the pay cap is Executive Level III.

## ANNUAL LEAVE CEILING

The annual leave ceiling for a SL employee is 30 days (240 hours) an 45 days (360 hours) when stationed outside the U.S. More information on annual leave accrual rates and annual leave ceilings may be found in 5 U.S.C. 6303-6304.

## MISCELLANEOUS POSITIONS

## ADMINISTRATIVE LAW JUDGE (ALJ) POSITIONS

The ALJ positions were formerly paid at GS-15 through GS-18. Under FEPCA, they were placed in a separate pay system with maximum pay equal to Executive Level IV. The ALJ positions are in the competitive service. A person may only become an ALJ by appointment from an ALJ register, established as the result of a competitive examination administered by OPM. An ALJ may be reassigned, transferred, reinstated, or detailed between agencies; but such actions may be taken only within the ALJ occupation and with the approval of OPM's Office of Administrative Law