**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| **MARJORIE MURTAGH COOKE,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**THE UNITED STATES OF AMERICA,**<br><br>**Defendant.** | **Case No. 06-748C**<br>**Judge Thomas C. Wheeler** |

**_*CONSENT* MOTION FOR EXTENSION OF TIME_**

Plaintiff Marjorie Murtagh Cooke ("Ms. Cooke"), by and through counsel, respectfully moves for an extension of time to submit her Response to Defendant's Motion for Summary Judgment:

1. On May 14, 2008, Defendant, the United States, filed a Motion for Summary Judgment.

2. According to the Notice of Electronic Filing received on May 14, 2008, and the Civil Docket for this case, Ms. Cooke's Response is due by June 16, 2008.

5. Due to other pending briefing and motions deadlines in other matters and the planned travel of essential support staff, counsel for Ms. Cooke respectfully requests an extension of ten (10) days to submit and serve Ms. Cooke's Response to Defendant's Motion for Summary Judgment, extending the deadline to June 26, 2008.

6. On May 21, 2008, counsel for Ms. Cooke requested the consent of Defendant's counsel for the ten (10) day extension.

7. On May 21, 2008, counsel for Defendant granted Ms. Cooke's counsel's request and consented to the present motion for extension of time.

6. Thus, Ms. Cooke requests that this Court grant this motion for extension of ten (10) days to file her Response to Defendant's Motion for Summary Judgment.

Respectfully submitted,

/s/

R. Scott Oswald
Dave Scher
Employment Law Group, P.C.
888 17th Street, N.W.
Suite 900
Washington, D.C. 20006-3307
(202) 261-2812
(202) 261-2835 (facsimile)
soswald@employmentlawgroup.net
*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the foregoing Motion to Substitute Counsel was served via the Court's electronic filing service this 28th day of May, 2008, upon:

Meredyth D. Cohen, Esq.
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
1100 L St., N.W., Room 12016
Washington, D.C. 20530
Phone: (202) 353-7978
Fax: (202) 514-8624
meredyth.cohen@usdoj.gov

/s/
Scott Oswald