**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **MARJORIE MURTAGH COOKE,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **Case No. 06-748C** |
| | ) | **Judge Thomas C. Wheeler** |
| **THE UNITED STATES OF AMERICA,** | ) | |
| **Defendant.** | ) | |

**[PROPOSED] ORDER GRANTING**
***CONSENT* MOTION FOR EXTENSION OF TIME**

Upon consideration of Plaintiff's *Consent* Motion for Extension of Time, it is by this Court this ___ day of _________, 2008, **ORDERED**

1. That Plaintiff's *Consent* Motion for Extension of Time is hereby **GRANTED**; and
2. That the deadline for Plaintiff's Response to Defendant's Motion for Summary Judgment is extended by ten (10) days to **June 26, 2008**.

______________________________
Honorable Judge Thomas C. Wheeler

Copies to:

R. Scott Oswald, Esq.
David Scher, Esq.
The Employment Law Group, PC
888 17th Street, NW, Suite 900
Washington, DC 20006
(202) 261-2826
(202) 261-2835 (facsimile)
soswald@employmentlawgroup.net
dscher@employmentlawgroup.net

Meredyth D. Cohen, Esq.
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
1100 L St., N.W., Room 12016
Washington, D.C. 20530
Phone: (202) 353-7978
Fax: (202) 514-8624
meredyth.cohen@usdoj.gov