**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **MARJORIE MURTAGH COOKE,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **Case No. 06-748C** |
| | ) | **Judge Thomas C. Wheeler** |
| **THE UNITED STATES OF AMERICA,** | ) | |
| **Defendant.** | ) | |

**TABLE OF EXHIBITS TO PLAINTIFF'S**
**STATEMENT OF MATERIAL FACTS IN DISPUTE**

| **Exhibit** | **Description**[1] |
|---|---|
| 1. | Amended Complaint |
| 2. | Defendant's Answer |
| 3. | Plaintiff's Memorandum of Points and Authorities in Support of her Motion for Summary Judgment |
| 4. | Defendant's Motion for Leave to File Amended Answer and Affirmative Defense |
| 5. | Plaintiff's Opposition to Defendant's Motion for leave to File Amended Answer and Affirmative Defense |
| 6. | Defendant's Reply to Plaintiff's Opposition to Defendant's Motion for Leave to File Amended Answer and Affirmative Defense |
| 7. | Defendant's Cross-Motion for Summary Judgment and Response to Plaintiff's Motion for Summary Judgment |
| 8. | Opinion on Motion to Amend Answer |
| 9. | Order Regarding Additional Discovery |
| 10. | Defendant's Amended Answer and Affirmative Defense |

[1] For full Proper Names, please see Plaintiff's Statement of Genuine Issues in Dispute at p. 2.

11. Excerpts from EEO Investigative Report
12. Excerpts of Conners Deposition in DDC
13. Excerpts of Mrs. Murtagh Cooke Deposition in DDC[2]
14. Excerpts of Mrs. Murtagh Cooke Deposition in CFC
15. Excerpts of Campbell Deposition in DDC
16. Excerpts of Deposition of Osterman in CFC
17. Excerpts of Osterman individual Deposition in DDC
18. Excerpts of Clark Deposition in CFC (Part I)
19. Defendant's Supplemental Responses to Plaintiff's Third Set of Interrogatories to Defendant United States of America
20. Excerpts of Second NTSB 30(b)(6) Deposition in CFC
21. Director of OMS SES Position Description
22. November 29, 2007, Declaration of Carroll
23. Excerpts of Carroll Deposition in CFC
24. Chart of SES Positions within the NTSB
25. Excerpts of Chipkevich Deposition in DDC
26. Excerpts of First NTSB 30(b)(6) Deposition in CFC
27. Excerpts of Clark Deposition in CFC (Part II)
28. Excerpts of Battocchi Deposition in DDC
29. Memorandum Regarding 2004 Selected Candidates
30. 2004 SES Rating Sheet for Mrs. Murtagh Cooke
31. 2003-2004 Performance Review
32. Memorandum Regarding March 28, 2005, Selected Candidates

[2] Please note, there was an error with counsel's copy of Mrs. Murtagh Cooke's deposition in the DDC, creating unnecessary blank pages. However, no testimony was lost and the excerpts include the full text of the intended sections.

33. Pretrial Order

34. Excerpts of Conners Deposition in CFC