# EXHIBIT NO. 20

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

----------------------------------x

MARJORIE MURTAGH COOKE, :

Plaintiff : No. 06-748C

v. : (Judge Wheeler)

THE UNITED STATES, :

Defendant :

----------------------------------x

Videotaped Deposition of JOSEPH G. OSTERMAN, 30b(6)

Washington, D.C.

Friday, February 29, 2008

10:18 a.m.

Job No.: 1-123853

Pages 1 - 43

Reported by: Alda Mandell, RPR

Videotaped Deposition of JOSEPH G. OSTERMAN, held at the offices of:

EMPLOYMENT LAW GROUP
888 17th Street, Northwest
Suite 900
Washington, D.C. 20006
(202)331-2883

Pursuant to agreement, before Alda Mandell, Registered Professional Reporter and Notary Public of the District of Columbia.



A P P E A R A N C E S

ON BEHALF OF PLAINTIFF:
DAVE SCHER, ESQUIRE
KATHERINE ARANS, ESQUIRE
MICHAEL VOGELSANG, Legal Asst.
THE EMPLOYMENT LAW GROUP, P.C.
888 17th Street, Northwest
Suite 900
Washington, D.C. 20006
(202)331-2883

ON BEHALF OF DEFENDANT
MEREDYTH D. COHEN, ESQUIRE
UNITED STATES DEPARTMENT OF JUSTICE
CIVIL DIVISION
1100 L Street, Northwest
Washington, D.C. 20530
(202)305-2061
and



A P P E A R A N C E S (Continued)

KATHLEEN SILBAUGH, ESQUIRE
NATIONAL TRANSPORTATION SAFETY BOARD
490 L'Enfant Plaza East, Southwest
Washington, D.C. 20594
(202)314-6084

Also Present: WILL FREBURGER - Videographer

C O N T E N T S

EXAMINATION OF JOSEPH G. OSTERMAN PAGE
By Mr. Scher 5

E X H I B I T S
(None)



P R O C E E D I N G S

THE VIDEO OPERATOR: Here begins videotape number one in the deposition of Joseph G. Osterman in the matter of Marjorie Murtagh Cooke versus the United States pending in the U.S. Court of Federal Claims, Number 06-748C.

Today's date is February 29th, 2008. The time on the video monitor is 10:18 a.m. The video operator today is Will Freburger. This video deposition is taking place at 888 17th Street, Northwest, Washington, D.C. Would counsel please voice identify yourselves and state whom they represent.

MR. SCHER: Dave Scher for the plaintiff.

MS. COHEN: Meredyth Cohen for defendant.

THE VIDEO OPERATOR: The court reporter today is Alda Mandell of L.A.D. Reporting. Would the reporter please swear in the witness.

JOSEPH G. OSTERMAN

having been duly sworn, testified as follows:

EXAMINATION BY COUNSEL FOR THE PLAINTIFF

Page 6

BY MR. SCHER:
Q Good morning, Mr. Osterman. My name is Dave Scher. As I just said, I'm the attorney for the plaintiff, Marjorie Murtagh Cooke, in this case. Have you ever been deposed before?
A I have.
Q When was that?
A I have been deposed for this case several times and for a variety of accident investigations over the last 20 year employment, 20 plus year employment with the Safety Board; prior to that in my law enforcement career many times; and in a few other incidental personnel actions and activities.
Q Okay. Great. I'm going to go over just a few ground rules that you're probably familiar with but I'm going to go over them anyway and let me know if you have any questions. First of all, I'm going to ask a series of questions. I ask that you answer them completely and accurately as possible. Occasionally your attorney may state an objection. If she does, please let her finish the objection and then, unless she directs you not to answer, please answer the

Page 7

question. If you need a break, just say so. The only thing I would request is that you finish any question that has been asked and then we'll be happy to take as many breaks as you like.
If you need -- we have water, but if you need anything else to drink or anything else like that, just let us know. You probably know this already, but the court reporter can't record nods of the head and other nonverbal cues. So I ask that you verbalize your answer like yes or no. Do you have any questions about any of that?
A No. I understand.
Q Great. Have you taken any medications that would impair your ability to answer truthfully?
A No.
Q Do you have any physical or mental disabilities that would impair your ability to answer truthfully today?
A No.
Q Great. I know we've asked some of these questions before but I'm just going to review a couple of things. What is your current title?

Page 8

A Managing Director of the National Transportation Safety Board.
Q Great. And how long have you been in that position?
A Since March of 2005.
Q Great. And what was your position before that?
A Director of the Office of Highway Safety at the National Transportation Safety Board.
Q And what time frame were you in that position?
A 1997 to March of 2005.
Q Okay. Off the record.
THE VIDEO OPERATOR: We're going off the record. The time is 10:21 a.m.
(Discussion off the record)
THE VIDEO OPERATOR: We're back on the record. The time is 10:22 a.m.
BY MR. SCHER:
Q Thank you. Before 1997, what was your job role?
A I was the Chief of the Highway Accident

Page 9

Investigation Division at the NTSB from I think 1993 to 1997.
Q How about before 1993?
A Before that I was Branch Chief for the Major Investigations Unit in the Highway Division from 1991 to 1993.
Q Okay.
A And then prior to that I was a Highway Accident Investigator and Investigator in Charge for the NTSB. And that concludes my employment with the NTSB back to 1986.
Q Okay. Perfect. Thank you. And do you have a college degree?
A Yes.
Q What is your degree in?
A Engineering technology.
Q And from what college?
A New York State University.
Q Do you have any graduate degrees?
A I do not.
Q All right. What if anything did you do to prepare for today's deposition?

Page 10

A I reviewed some of the Board orders that were in effect for the time period of the complaint regarding retention allowance, merit pay, and I reviewed my previous testimony.
Q Okay. Did you review the answer and affirmative defense that was filed by the defendant?
A I don't believe so.
Q Okay. Who if anyone did you speak with?
A I reviewed those documents that I mentioned previously with my attorney, Meredyth, and Denise Davella from our General Counsel's Office.
Q Okay. You said that you reviewed Board orders. Can you explain what those are?
A Board orders are general directives of the Agency on a variety of policy and procedural matters.
Q Okay. What Board are we talking about?
A The National -- the NTSB.
Q Oh, I see.
A National Transportation Safety Board.
Q Okay. Got it. All right. What if any does affirmative defenses does the defendant assert in this case?

Page 11

A Not being an attorney, I'm not exactly sure how to answer that. I'm not -- define affirmative defenses.
Q Well, how would you define it?
A I don't know.
Q Okay. Well, are you aware of whether the defendant filed affirmative defenses in this case?
A I'm not.
MR. SCHER: Okay. Off the record.
THE VIDEO OPERATOR: We're going off the record. The time is 10:25 a.m.
(A brief recess was taken.)
THE VIDEO OPERATOR: We're back on the record. The time is 10:27 a.m.
BY MR. SCHER:
Q Mr. Osterman, do you know whether the defendant is asserting any defense at all in this case?
A I am aware that there is a defense --
Q Okay.
A -- but I have not read nor am I aware of the details of that defense.

Page 12

Q Okay. Do you know what -- what is your opinion about what defense there is?
MS. COHEN: Objection. Asks for a legal conclusion.
MR. SCHER: You can answer.
A I don't know that I have an opinion about what -- not knowing what defense there is, I don't have an opinion on it. I can't speculate on what it is.
BY MR. SCHER:
Q Okay. Did you review the notice of deposition that was served on the defendant relative to this deposition?
A No, I did not.
Q Why did you review Board orders? The Board orders that you were referring to earlier, why did you review them?
A They were material to the testimony that I had provided previously, which was relatively thorough, regarding a variety of issues including retention overtime, merit pay, SES pay, and so on. They were associated with my previous testimony.

Page 13

Q Right. But why were you reviewing them in connection with this deposition?
A My understanding was that this deposition was a follow-on to the original 30(b)(6) deposition and there would be additional questions on the same basic topic areas.
Q I understand. Do you know whether the defendant has any documents that support its defenses in this case?
A I don't know what the defendant has or doesn't have. I know that the NTSB has provided to you a series of documents from our records.
Q Do you know what those documents are for?
A They're --
MS. COHEN: Objection. Vague.
MR. SCHER: That's okay. You can answer.
A They are to satisfy a request for documents that you have submitted in discovery.
MR. SCHER: Okay. Let's go off the record.
THE VIDEO OPERATOR: We're going off the record. The time is 10:30 a.m.
(Discussion off the record)