# EXHIBIT NO. 21

000153

# POSITION DESCRIPTION *(Please Read Instructions on the Back)*

1. Agency Position No. 5340073

6. OPM Certification No.

2. Reason for Submission: Redescription / New / Reestablishment / Other

Explanation *(Show any positions replaced)*

Career-Reserved Position

3. Service: Hdqtrs / Field

4. Employing Office Location: Washington, DC

5. Duty Station: Washington, DC

7. Fair Labor Standards Act: Exempt / Nonexempt

8. Financial Statements Required: Executive Personnel Financial Disclosure / Employment and Financial Interest

9. Subject to IA Action: Yes / No

10. Position Status: Competitive / Excepted *(Specify in Remarks)* / SES (Gen.) / SES (CR)

11. Position Is: Supervisory / Managerial / Neither

12. Sensitivity: 1--Non-Sensitive / 2--Noncritical Sensitive / 3--Critical / 4--Special Sensitive

13. Competitive Level Code

14. Agency Use

| 15. Classified/Graded by | Official Title of Position | Pay Plan | Occupational Code | Grade | Initials | Date |
|---|---|---|---|---|---|---|
| a. Office of Personnel Management | | | | | | |
| b. Department, Agency or Establishment | Director, Office of Marine Safety | | 340 | | | |
| c. Second Level Review | | | | | | |
| d. First Level Review | | | | | | |
| e. Recommended by Supervisor or Initiating Office | | | | | | |

16. Organizational Title of Position *(if different from offiical title)*: Director, Office of Marine Safety

17. Name of Employee *(if vacant, specify)*: John S, Spencer

18. Department, Agency, or Establishment: National Transportation Safety Board

a. First Subdivision: Office of the Managing Director

b. Second Subdivision

c. Third Subdivision

d. Fourth Subdivision

e. Fifth Subdivision

19. Employee Review-This is an accurate description of the major duties and responsibilities of my position.

Signature of Employee *(optional)*

20. Supervisory Certification. *I certify that this is an accurate statement of the major duties and responsibilities of this position and its organizational relationships, and that the position is necessary to carry out Government functions for which I am responsible. This certification is made with the knowledge that this information is to be used for statutory purposes relating to appointment and payment of public funds, and that false or misleading statements may constitute violations of such statutes or their implementing regulations.*

a. Typed Name and Title of Immediate Supervisor: Joseph G. Ostereman, Jr. Managing Director

Signature | Date

b. Typed Name and Title of Higher-Level Supervisor or Manager *(optional)*: Mark Rosenker Acting Chairman

Signature | Date

21. Classification/Job Grading Certification. *I certify that this position has been classified/graded as required by Title 5, U.S. Code, in conformance with standards published by the U.S. Office of Personnel Management or, if no published standards apply directly, consistently with the most applicable published standards.*

Typed Name and Title of Official Taking Action: Colette Magwood Assistant Human REsources Director

Signature: [signature] | Date: 07/03/?5

22. Position Classification Standards Used in Classifying/Grading Position

Information for Employees. The standards, and information on their application, are available in the personnel office. The classification of the position may be reviewed and corrected by the agency or the U.S. Office of Personnel Management. Information on classification/job grading appeals, and complaints on exemption from FLSA, is available from the personnel office or the U.S. Office of Personnel Management.

| 23. Position Review | Initials | Date | Initials | Date | Initials | Date | Initials | Date | Initials | Date |
|---|---|---|---|---|---|---|---|---|---|---|
| a. Employee *(optional)* | | | | | | | | | | |
| b. Supervisor | | | | | | | | | | |
| c. Classifier | | | | | | | | | | |

24. Remarks

25. Description of Major Duties and Responsibilities *(See Attached)*

000754

Optional Form 8 (BACK) (Revised 1/85)

# Instructions for Completing Optional Form 8
# POSITION DESCRIPTION

In order to comply with the requirements of FPM Chapter 295, subchapter 3, and other provisions of the FPM, agencies must complete the items marked by an asterisk. Agencies may determine what other items are to be used.

*1. Enter position number used by the agency for control purposes. See FPM Chapter 312, Subchapter 3.

*2. Check one.
- "Redescription" means the duties and/or responsibilities of an exisitng position are being changed.
- "New" means the position has not previously existed.
- "Reestablishment" means the position previously existed, but had been cancelled.
- "Other" covers such things as change in title or occupational series without a change in duties or responsibilities.
- **The "Explanation" section should be used to show the reason if "Other" is checked, as well as any position(s) replaced by position number, title, pay plan, occupational code, and grade.**

3. Check one.

*4. Enter geographical location by city and State (or if position is in a foreign country, by city and country).

*5. Enter geographical location if different from that of #4.

6. To be completed by OPM when certifying positions. (See Item 15 for date of OPM certification.) For SES and GS-16/18 positions and equivalent, show the position number used on OPM Form 1390 (e.g., DAES0012).

*7. Check one to show whether the incumbent is exempt or nonexempt from the minimum wage and overtime provisions of the Fair Labor Standards Act. See FPM Chapter 551.

8. Check box if statement is required. See FPM Chapter 734 for the Executive Personnel Financial Disclosure Report, SF 278. See FPM Chapter 735, Subchapter 4, for the Employment and Financial Interests Statement.

9. Check one to show whether Identical Additional positions are permitted. See FPM Chapter 312, Subchapter 4. Agencies may show the number of such positions authorized and/or established after the "Yes" block.

10. Check one. See FPM Chapter 212 for information on the competitive service and FPM Chapter 213 for the excepted service. For a postiion in the excepted service, enter authority for the exception, e.g., "Schedule A-213.3102(d)" for Attorney positions excepted under Schedule A of the Civil Service Regulations. SES (Gen) stands for a General position in the Senior Executive Service, and SES (CR) stands for a Career Reserved position.

11. Check one.
- A "Supervisory" position is one that meets the requirements for a supervisory title as set forth in current OPM classification and job-grading guidance. Agencies may designate first-level supervisory positions by placing "1" or "1st" after "Supervisory."
- A "Managerial" position is one that meets the requirements for such a designation as set forth in current OPM classification guidance.

12. Check one to show whether the position is non-sensitive, noncritical sensitive, critical sensitive, or special sensitive for security purposes. If this is an ADP position, write the letter "C" beside the sensitivity.

13. Enter competitive level code for use in reduction-in-force actions. See FPM Chapter 351.

14. Agencies may use this block for any additional coding requirement.

*15. Enter classification/job grading action.
- For "Official Title of Position," see the applicable classification or job grading standard. For positions not covered by a published standard, see the General Introduction to "Position Classification Standards," Section III, for GS positions, or FPM Supplement 512-1, "Job Grading System for Trades and Labor Occupations," Part 1, Section III.
- For "Pay Plan code, see FPM Supplement 292-1, "Personnel Data Standards," Book III.
- For "Occupational Code," see the applicable standard; or, where no standard has been published, see the "Handbook of Occupational Groups and Series of Classes" for GS positions, or FPM Supplement 512-1, Part 3, for trades and labor positions. **For all postions in scientific and engineering occupations, enter the two-digit functional classification code in parentheses immediatey following the occupational code, e.g., "GS-1310(14)."** The codes are listed and discussed in the General Introduction to "Position Classification Standards," Section VI.

16. Enter the organizational, functional, or working title if it differs from the official title.

17. Enter the name of the incumbent. If there is no incumbent, enter "vacancy."

*18. Enter the organizational location of the position, starting with the name of the department or agency and working down from there.

19. If the position is occupied, have the incumbent read the attached description of duties and responsibilities. The employee's signature is optional.

*20. This statement normally should be certified by the immediate supervisor of the position. At its option, an agency may also have a higher-level supervisor or manager certify the statement.

*21. This statement should be certified by the agency official who makes the classification/job grading decision. Depending on agency regulations, this official may be a personnel office representative, or a manager or supervisor delegated classification/job grading authority.

22. Enter the position classification/job grading standard(s) used and the date of issuance, e.g., "Mail and File, GS-305, May 1977."

23. Agencies are encouraged to review periodically each established position to determine whether the position is still necessary and, if so, whether the position description is adequate and classification/job grading is proper. See FPM Letter 536-1 (to be incorporated into FPM Chapter 536). This section may be used as part of the review process. The employee's initials are optional. The initials by the supervisor and classifier represent recertifications of the statements in items #20 and #21 respectively.

24. This section may be used by the agency for additional coding requirements or for any appropriate remarks.

*25. Type the description on plain bond paper and attach to the form. The agency position number should be shown on the attachment. See appropriate instructions for format of the description and for any requirements for evaluation documentation, e. g., "Instructions for the Factor Evaluation System," in the General Introduction to "Position Classification Standards," Section VII.

00755



# National Transportation Safety Board
## POSITION DESCRIPTION

Organizational Title: Director, Office of Marine Safety
Organization: Office of Marine Safety
Pay Plan Series and Grade: ES-340
Incumbent: John S. Spencer

**INTRODUCTION**

This position is located in the Office of Marine Safety, National Transportation Safety Board (NTSB). The Office manages major marine transportation investigations for which go-teams are sent to the accident site. The Office investigates selected accidents and incidents; develops proposed probable cause(s) of accidents; formulates recommendations to minimize recurrence of similar accidents; prepares detailed reports for use by other international and domestic government agencies, Congress, the transportation community and the traveling public; and improves public safety by advocating changes to international and domestic marine transportation regulations, requirements, policies, practices and systems in government and industry.

The incumbent serves as the Director, Office of Marine Safety (OMS), responsible for providing staff supervision and resource management, as well as overall management and direction of international and domestic marine accident investigations and reporting processes, recommendation development and marine safety program advocacy and oversight.

MAJOR DUTIES

Plans, manages, directs and evaluates the work of the Office of Marine Safety and exercises important policy-making and policy-determining decisions impacting marine safety at the Board, at international maritime organizations, other Federal agencies and the international and domestic industry. Provides for the overall direction and technical accuracy of the investigation and reporting processes for major marine accidents.

Develops the overall requirements and schedules to accomplish the marine safety program. Reviews, approves and promulgates schedules and milestones for assigned activities. Reviews, evaluates and approves, disapproves or modifies requests for changes to milestones and schedules. Develops overall program review documentation and provides status reports on a regular basis.

Determines level of response and resource allocation for NTSB marine safety program. Upon notification of marine accident that warrants NTSB response, notifies NTSB's Chairman and Managing Director, U.S. Coast Guard, international or domestic federal agencies, e.g., State Department, foreign embassy and/or flag state representatives, as appropriate. Serves as hearing officer for public hearings. Coordinates the allocation of staff resources with other Office Directors involved in the investigation. Resolves differences between modal and support staff views regarding accident investigation scope, required resources, and analysis. Ensures, through complete and comprehensive review of the draft report, that essential issues are adequately addressed, all findings and recommendations are supported by analysis and that the draft sent forward is of the best quality. Ensures the proper presentation of the draft report before the Board at Board meetings.

Reviews work product of other modal and support offices. Ensures quality is commensurate with NTSB standards to promote success of NTSB marine safety program, including investigations, reports, safety recommendations and the marine safety advocacy.

Establishes and maintains liaison with international and domestic industry, safety groups, labor organizations, associations, societies, Congress, Federal regulators, etc. Provides authoritative advice and expertise to these groups in the development of industry standards and regulations, technology and new applications of existing technology. May be called upon to provide Congressional testimony.

Represents NTSB and serves as a member of the United States delegation at all International Maritime Organization (IMO) meetings regarding marine accident investigation issues.

Develops and justifies estimates for staff resource requirements, including personnel, funding, equipment and office space. Presents, justifies, and defends budget to all levels of management.

Implements concepts to get results through people. Makes selections, assigns work, trains and rewards employees, and corrects poor performance in a manner which maximizes the use of staff skills in achieving organizational goals. Monitors work status through formal and informal means and procedures. Ensures that appropriate results are achieved and that OMS's policies and priorities are effectively understood and communicated. Responsible for the creation and maintenance of an atmosphere that promotes positive human relations and open communication between employees and their supervisors. Ensures that employees are given a real and continuing opportunity to influence their work environment and are able to participate in discussions related to methods of work accomplishment.

Ensures reasonable equity within OMS of performance standards and rating techniques developed by subordinates. Ensures equity in the subordinates' assessment of the adequacy of contractor capabilities and contractor completed work. Evaluates subordinate supervisors and senior non-supervisory managers and serves as the reviewing official on evaluations of non-supervisory employees rated by subordinate supervisors.

Evaluates program accomplishments and their overall effectiveness. Identifies program problem areas and solicits from Division Chiefs and senior technical staff their recommendations concerning alternative courses or corrective actions, as needed.

Works closely with HR in improving the recruitment, placement and retention of a high-quality OMS workforce. Ensures that crucial training courses needed to keep pace with today's technological improvements in marine transportation safety are provided to the staff for their technical and operational currency, as well as their development in non-technological areas. Provides effective management training to maintain a highly motivated and cohesive workforce.

Relates Equal Employment Opportunity concepts to overall responsibilities. Supports Affirmative Action Plan items while performing assigned responsibilities.

The critical nature of the work of this position requires the incumbent to be available 24 hours per day, seven days a week.

**PROGRAM SCOPE AND EFFECT** Factor Level 1

The Director, Office of Marine Safety heads a major operating program which investigates marine transportation accidents and incidents; develops proposed probable cause(s) of accidents; formulates

recommendations to minimize recurrence of similar accidents; prepares detailed reports for use by other international and domestic government agencies, Congress, the transportation community and the traveling public; and improves public safety by advocating changes to international and domestic marine transportation policies, practices and systems in government and industry. The program directly involves the Agency's national mission, has nationwide and international impact on public safety issues within the marine manufacturing and transportation industry, and receives frequent congressional and media attention.

**ORGANIZATIONAL SETTING** Factor Level 2-

The incumbent reports directly to the Managing Director, National Transportation Safety Board.

**SUPERVISORY AND MANAGERIAL AUTHORITY EXERCISED** Factor Level 3-

The incumbent operates under the general supervision and policy direction of the Managing Director. The Director, Office of Marine Safety, oversees the overall planning, direction and timely execution of the marine safety program which is carried out by approximately 22 employees in the Office of the Director, the Major Investigations Division, and the Report Development Division. The incumbent has the full range of supervisory and management authority for subordinate supervisors and employees in development, assignment, and clearance of long range goals and objectives for the program. Exercises discretionary authority for the allocation and expenditure of funds in the MS investigations and safety program. Exercises final authority for the full range of personnel actions recommended by subordinate supervisors.

Manages the development of policy changes and organizational changes in the OMS investigations and safety program in response to changing priorities and unanticipated needs.

**PERSONAL CONTACTS** Factor Level 4-

The incumbent represents the Safety Board and serves as a spokesperson for the Board with regard to marine safety activities in dealing with other domestic and international Federal, state and other government agencies, military services, Congress, marine industry groups, labor organizations, foreign governments, and public, civic and private safety groups, as appropriate. Provides authoritative advice and expertise to these groups in the development of industry standards and regulations, technology and new applications of existing technology. Often, the incumbent is placed in the position of defending agency actions or of persuading other interests to cooperate with approaches that have broad and controversial impact. Incumbent may be called upon to provide Congressional testimony.

**DIFFICULTY OF TYPICAL WORK DIRECTED** Factor Level 5-

The highest level of basic nonsupervisory work directed which constitutes 25 percent or more of the workload is GS-15.

**OTHER CONDITIONS** Factor Level 6-

Supervision exercised by the incumbent involves exceptional integration and coordination through subordinate supervisors who each direct substantial investigative workloads at the GS-14 or higher level. The incumbent's supervision and resource decisions have a direct and substantial impact on the organizations and programs managed. Decisions by the incumbent involve significant internal and external policy issues, major resource decisions to maximize the effectiveness of accident investigation and prevention, and the need for changes in program goals, organizational structure or delegated authorities to optimize OMS operations. Ensures that all administrative and technical programs are carried out with full conformance with the standards, policies and procedures of the Board.

**EVALUATION**

Total Points:
Point Range
Grade Level:

**FINAL CLASSIFICATION:**