# EXHIBIT NO. 22

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| MARJORIE MURTAGH COOKE,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 06-748C<br>(Judge Wheeler) |

**DECLARATION OF EMILY T. CARROLL**

Pursuant to 28 U.S.C. § 1746, I, Emily T. Carroll, declare that the following is true and correct and based upon my personal knowledge, my review of National Transportation Safety Board ("NTSB") files and records, my review of the records at issue in this litigation, and information I acquired from others in the course of my performance of my official duties, and that I am competent to testify to the matters contained herein.

1. I currently serve as a Human Resources Specialist in the Human Resources Division of the Office of Administration at the NTSB. I have held this position since February 2000. Since April 1980, I have served in the Human Resources Division in various positions, such as Personnel Assistant and Human Resources Specialist.
2. I am over the age of 18 and have personal knowledge of the matters set forth herein and if called as a witness could competently testify thereto.
3. As part of a restructuring that began in 1997 and ended in 1998, the NTSB's Office of Surface Transportation Safety was divided into four separate surface modal offices, each with its own director.
4. There are two ways for the NTSB to elevate a position to the Senior Executive Service ("SES") level. The NTSB can request and receive an allocation of an SES slot from the

Office of Personnel Management ("OPM"). Once the agency receives this allocation, it can use it as it deems necessary. Alternatively, when a vacancy occurs in one of the allotted slots that the agency has, that position can be filled by reassignment of a current SES employee to that position or through a competitive recruitment process. The NTSB cannot create a new SES position without OPM authorization.

5. In June 1999, the NTSB submitted a request to OPM for additional SES slots so that each of the surface modal office directors could be classified and paid at the SES level. OPM denied this request.

6. For a period of time immediately following the restructuring, each of the surface modal office directors were classified at the GS-15 level and paid in accordance with the General Schedule ("GS") scale.

7. During the relevant time period, the positions of Director and Deputy Director of the Office of Aviation Safety ("OAS") were paid at the SES level.

8. Some time after 2000, an SES employee retired and an SES slot became available. Senior officials at the NTSB determined that the position of Director of the newly created Office of Railroad, Pipeline, and Hazardous Materials Safety ("ORPH") would be assigned an available SES slot.

9. Pursuant to OPM regulations, all SES positions must be advertised and competed. An employee who encumbers a GS-level position that is reclassified to the SES level, may not be noncompetitively promoted to the SES level unless that employee has previously held a career SES appointment. See <u>OPM Guide to the Senior Executive Service</u> at page 11. Mrs. Cooke has never held a career SES appointment.

10. Once the decision was made to allocate the SES slot to the Director of ORPH, the position was advertised as an SES position.

11. Mr. Robert Chipkevich, who at the time was the Director of ORPH at the GS-15 level, applied for the Director of ORPH position at the SES level. The NTSB recommended Mr. Chipkevich for this SES position to OPM, and he was approved for an appointment to the SES.

12. In July 2001, the NTSB again requested SES slots from OPM for the positions of Director of OHS and Director of OMS. In the request, the NTSB stated that its planned prioritization of new SES positions was as follows: (1) Director, Office of Highway Safety; and (2) Director, Office of Marine Safety. Again, those requests were denied by OPM.

13. In 2003, an SES position was eliminated from the personnel structure of the NTSB Academy by abolishing the office of the President of the Academy. This position was transferred to OHS and advertised as an SES position.

14. Mr. Joseph Osterman, who at the time was the Director of OHS at the GS-15 level, applied for the Director of OHS position at the SES level. The NTSB recommended Mr. Osterman for this SES position to OPM, and he was approved for an appointment to the SES.

15. In 2004, the NTSB requested and received an additional SES slot from OPM. Senior officials at the NTSB allocated this slot to the position of Director of the Office of Marine Safety (OMS). The position was advertised as an SES position. The advertisement was subsequently cancelled prior to a selection being made.

16. The NTSB again advertised the Director of OMS position as an SES position in early 2005. Ms. Cooke again submitted an application for this position.

17. The NTSB recommended Mr. John Spencer for this SES position to OPM, and he was approved for an appointment to the SES

18. Ms. Cooke was paid at the GS-15, step 9 level from January 27, 2002 until January 22, 2005. Ms. Cooke was paid at the GS-15, step 10 level from January 23, 2005 until the date of her retirement, on July 3, 2006.

19. GS-15 employees are eligible for overtime pay within the Federal system. However, there is a limit on the amount of overtime pay that GS employees may receive. Ms. Cooke was not eligible to receive overtime pay to the extent that her total salary would exceed the greater of GS-15, step 10 or level V of the Executive Schedule. As Ms. Cooke was being paid at the GS-15, step 9 or 10 level throughout her tenure as Director of OMS, in overtime she was only eligible to receive an amount equal to the difference between her salary and the premium pay limitation.

20. Overtime is defined as hours of work that are officially ordered or approved by a supervisor before the hours are worked. However, overtime does not include hours of work that an employee incurs in connection with an accident investigation.

21. Pursuant to 5 C.F.R. § 575.301, an agency may pay a retention allowance

> [W]hen an agency determines that the unusually high or unique qualifications of the employee or a special need of the agency for the employee's services makes it essential to retain the employee and that the employee would be likely to leave the Federal service in the absence of an incentive.

22. Each GS pay grade has incremental steps from step 1 to step 10, through which employees progress, based upon attaining satisfactory performance and meeting length of service requirements established by OPM for each intervening step.
23. From 2003 to 2005, Ms. Cooke received all step increases to which she was entitled.
24. NTSB employees who hold Senior Level ("SL") positions must demonstrate technical competencies.
25. SL employees may not perform supervisory duties more than 25 percent of the time.
26. Employees may be eligible for performance awards based upon the most recent rating of record. Employees may also receive recognition for outstanding achievement, often concerning a specific project or the fulfillment of a specific goal. NTSB employees are eligible to receive recognition for special act in the form of certificates and lump sum cash awards throughout the year; however, performance awards, in the form of lump sum cash payment are given at the end of the appraisal period, based upon performance ratings. If the employee receives an outstanding rating, he or she is eligible to receive a lump sum cash award or a quality step increase.
27. Performance awards are based upon performance and are not intended meant to augment one's salary.
28. Between 2003 and 2005, the following female employees occupied SES positions at the NTSB: Lola Ward, Julie Beal, and Elaine Weinstein. Between 2001 and 2005, Lola Ward, Julie Beale, and Elaine Weinstein were each approved for appointments to the SES.
29. Lola Ward, Julie Beal, and Elaine Weinstein are all female, and were required to compete for their positions. All of them competed against male applicants.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this 29th day of November 2007, in Washington, D.C.

Emily T. Carroll
Human Resources Specialist
National Transportation Safety Board