# EXHIBIT NO. 23

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

----------------------------------x

MARJORIE MURTAGH COOKE, :

Plaintiff : No. 06-748C

v. : (Judge Wheeler)

THE UNITED STATES, :

Defendant :

----------------------------------x

Deposition of EMILY CARROLL

Washington, D.C.

Tuesday, February 12, 2008

10:05 a.m.

Job No.: 1-122456

Pages 1 - 76

Reported by: Alda Mandell, RPR

Deposition of EMILY CARROLL, held at the offices of:

EMPLOYMENT LAW GROUP
888 17th Street, Northwest
Suite 900
Washington, D.C. 20006
(202)331-2883

Pursuant to agreement, before Alda Mandell, Registered Professional Reporter and Notary Public of the District of Columbia.



A P P E A R A N C E S

ON BEHALF OF PLAINTIFF:
DAVE SCHER, ESQUIRE
THE EMPLOYMENT LAW GROUP, P.C.
888 17th Street, Northwest
Suite 900
Washington, D.C. 20006
(202)331-2883

ON BEHALF OF DEFENDANT
MEREDYTH D. COHEN, ESQUIRE
UNITED STATES DEPARTMENT OF JUSTICE
CIVIL DIVISION
1100 L Street, Northwest
Washington, D.C. 20530
(202)305-2061

and



A P P E A R A N C E S (Continued)

KATHLEEN SILBAUGH, ESQUIRE
NATIONAL TRANSPORTATION SAFETY BOARD
490 L'Enfant Plaza East, Southwest
Washington, D.C. 20594
(202)314-6084

Also Present: MARJORIE MURTAGH COOKE

C O N T E N T S


| EXAMINATION OF EMILY CARROLL | PAGE |
|---|---|
| By Mr. Scher | 5 |
| By Ms. Cohen | 67 |


E X H I B I T S

(None)



P R O C E E D I N G S

EMILY CARROLL

having been duly sworn, testified as follows:

EXAMINATION BY COUNSEL FOR THE PLAINTIFF

BY MR. SCHER:

Q Good morning, Ms. Carroll. My name is Dave Scher. How are you?

A I'm doing good.

Q Good. I'm an attorney for Ms. Murtagh Cooke here in this case and I'm just going to be asking you a series of questions today. Have you ever had your deposition taken before?

A No.

Q Okay. All right. I'm just going to go over a few ground rules and sort of how things work and just to kind of give you some background information. All right. So basically I'm going to ask you a series of questions. I ask that you answer them completely, fully and accurately. Every once in a while -- hopefully just every once in a while -- Ms. Cohen may make an objection. If she does, please allow her to make the objection and when she's done, then you can

the specifics.
Q Right.
A But having known that we recruited to fill slots --
Q Right.
A -- we had to have a position or used another position in the agency. So it could have been one of the two ways.
Q Okay. I understand.
A Okay.
Q I'm asking a very specific question. I apologize. I'm not being clear so I'm going to try to be really clear. Okay?
A Uh-huh.
Q I'm asking whether you know at some point in time NTSB made a single request for four SES slots for all modal directors all at the same time.
A I can't definitively answer that. I don't remember.
Q Okay. That's fine. I really am only interested in what you know.
A Uh-huh.



Q But I guess you do know that at some point in time NTSB made requests for SES slots for these modal directors. At some point in time.
A At some point in time. Yes.
Q Okay. Do you know why the NTSB did that?
A No.
Q Do you know who made the requests?
A The request is signed by the Chairman so it would have been -- for NTSB that would have been the Managing Director and the Chairman.
Q And who was the Managing Director? I guess it depends on the point in time.
A It depends on the point in time. Our Managing Directors have changed.
Q Okay. That's fine. Do you know whether at any point in time that NTSB made a request for an SES position for a modal director and that request was denied by OPM?
A What I know of that process is that you make a request identifying positions. They respond with a number.
Q Okay.



A So I can't definitively say that X was approved and X was given.
Q I see.
A I know that NTSB advertised certain positions that they had to have a slot for.
Q I see. So I understand how this works, NTSB would say I want -- I'm making up this number now -- 10 SES slots and then OPM says you get eight or whatever they say. And then NTSB decides what to do with them. Is that how this process works?
A Correct.
Q So OPM does not say you must use it for this or you must use it for that?
A No. OPM does not say that.
Q How does the NTSB determine where to allocate those specific slots?
A That decision would be made by the Managing Director in consultation with the Chairman. I don't know what things they consider in that discussion.
Q Okay. All right. When the four offices were created or when OSTS was split into four offices, do you know what pay levels those modal directors were



paid initially?
A No.
Q Do you know whether they were all classified at the same pay level?
A SES positions by classification are SES positions. Their pay is separate and not necessarily aligned with that. They have a range. And so without knowing specific people, I don't remember it at that level of detail.
Q Understood. Okay. What I'm asking is when the four modal offices were originally created, they were not SES positions, correct?
A Correct.
Q Okay. Do you know what they were?
A More than likely they were GS-15's.
Q Okay. What does GS-15 mean by the way?
A It is a general scheduled position at Grade 15.
Q Is there a level higher than 15?
A On the general schedule, no.
Q All right. Now, were all of the four modal directors paid at the level of GS-15 before they

became SES?
A Yes.
Q Okay. I want to turn your attention to the Office of Airline Safety or OAS. When if ever was the Director of OAS paid at the SES level?
A When if ever?
Q Yes.
A The Director of OAS is an SES position.
Q It is now?
A It is now.
Q Okay. Do you know when it became an SES position?
A I've always remembered it to be an SES position.
Q As long as you --
A As long as I can remember, it has been an SES position.
Q Okay. Do you know when if ever the Deputy Director of OAS was ever paid at the SES level?
A The Deputy Director in OAS has been in SES for as long as I remember --
Q Also for as long as you remember?



A Also for as long as I remember. I am pausing because that -- by deputy position, I mean the person second to the Director.
Q Correct. Yes. So the answer to that --
A The answer to the question is as long as I've known it to be, it's an SES.
Q Okay. Do you know why the Director and Deputy Director of OAS were, as long as you remember, paid at the SES level?
A That's how those positions were classified.
Q Do you know why they were classified that way?
A No.
MR. SCHER: Off the record.
(Discussion off the record)
MR. SCHER: Go on the record.
BY MR. SCHER:
Q Do you know whether at some point an SES slot became available for the Director of the Office of Railway -- Pipeline and Hazardous Materials, which I'm going to use ORPH because I can't seem to say this correctly.



A That's fine. Yes. The Director of RPH?
Q Yes.
A Yes.
Q Do you know when that happened?
A Without having the approximate dates -- I don't have approximate dates. Somewhere around 2004. 2003, 2004. Somewhere in that area.
Q And do you know how that slot became available?
A No. No, I do not.
Q Okay. Do you know why the NTSB gave the SES slot to ORPH?
A No, I do not.
Q When if ever, to your knowledge, okay, has an NTSB employee been non competitively promoted to do an SES position?
A Non competitively promoted?
Q Yes.
A By noncompetitive promotion do you mean that they were moved in there without announcement and bidding on the job?
Q Yes. That's what I'm asking.



A Okay. For me that's not a promotion.
Q Okay. What is that?
A It's just a movement. It's back to reassignment. The reassignment question.
Q Okay. So --
A I just wanted to make sure I understand --
Q Okay.
A -- how you mean the person was put in the job.
Q Okay. Well, other than reassignment, is it possible for an NTSB employee to be promoted to an SES position in a noncompetitive manner?
MS. COHEN: Objection to the term promoted.
A No.
BY MR. SCHER:
Q Just to cover all bases. Other than through reassignment, is it possible for an NTSB employee to be awarded an SES position in a noncompetitive manner?
MS. COHEN: Objection to the term awarded.
A By NTSB employee -- no.
MR. SCHER: Okay. Can we go off the record a second.

(Discussion off the record)
BY MR. SCHER:
Q What is the correct terminology for an employee moving from a non SES position level to an SES level position? What is the correct term?
A If an employee moves from a non SES position to an SES position, they have to compete for it.
Q Okay.
A So it would be a competitive selection.
Q Okay. Would you call them then promoted to that position?
A I generally don't say promoted. I say appointed.
Q Appointed?
A Yes.
Q Okay. Would you say awarded ever?
A No. I would not use awarded with that type of process.
Q Okay. So you would not use the word promoted and you would not use the word awarded, correct?
A Correct.



Q But you would use the word appointed. Okay. All right. When if ever has an NTSB employee been appointed to an SES position in a noncompetitive manner?
MS. COHEN: Objection. Vague.
MR. SCHER: You can answer.
THE WITNESS: Is the question that you're asking me again about a GS employee going to an SES position or an SES employee going to an SES position?
MR. SCHER: A GS employee going to an SES position.
THE WITNESS: I'm sorry. Can you repeat that one more time?
MR. SCHER: Absolutely. Okay.
BY MR. SCHER:
Q Let's do this in a hypothetical. It will be easier. I have an NTS employee. That NTS employee's a GS-15. I want to appoint that NTS employee to an SES position. Is there any I can do that without competing him?
A No.
Q Thank you.



A You're welcome.
Q To your knowledge, has every single SES position appointed within NTSB been advertised and completed?
A Can you repeat that?
Q Absolutely. To your knowledge, has every single SES position appointed within NTSB been advertised and competed?
A No.
Q Okay. When has it not been advertised and competed?
A When NTSB moves an SES incumbent, current SES person, from one position to another.
Q Okay. All right. So to your knowledge, has every single SES position appointed from a GS-15 or lower to an SES position been -- within NTSB been advertised and competed?
A Yes.
Q Okay. Do you know whether NTSB allocated SES slots to the different modal offices in a particular priority order?
A Oh. No, I do not.



Q Do you know whether at some point NTSB requested an SES slot for the Director of the Office of Marine Safety?
A Yes.
Q And I'm going to use OMS now for Office of Marine Safety, okay?
A Okay.
Q Do you know when that was?
A I don't have a specific time frame for that.
Q Okay. Do you know the year?
A I know that the position was advertised in '05 and I believe '06 but I don't know whether or not -- what the time frame was between the allocation to when we advertised it. I know we advertised a position, SES, in OMS.
Q Do you know what happened when it was initially advertised?
A When it was initially advertised, it was readvertised.
Q Okay. Do you know why it was readvertised?
A No.
Q When if ever has NTSB advertised and then

Page 34

readadvertised a position other than this one?
A Are you talking outside of the SES or any position?
Q Any position.
A We have readvertised positions.
Q Okay. All right. Let's speak specifically about SES.
A Okay.
Q Are you aware of whether -- except for this particular instance -- of the OMS being advertised and then readvertised, that position, whether an SES allocated position within NTSB was advertised and then readvertised a second time?
A I don't remember. I don't remember.
Q Okay. Is there any specific instance that you recall?
A No.
Q Okay. All right. Under circumstances is an NTSB employee eligible to receive overtime pay?
A When the overtime is ordered and approved by a supervisor.
Q And how is overtime pay ordered and approved

Page 35

by a supervisor?
A You mean by what mechanism?
Q Yes.
A I think each supervisor would handle that differently.
Q Okay.
A They have an assignment that they make.
Q Okay. Could they make that approval verbally?
A Yes.
Q Okay. Are GS-15 employees eligible for overtime pay?
A Yes.
Q Now, how much overtime pay could a GS-15 employee receive?
A The regulations give a limit to not just GS-15's but all employees receiving premium pay and there's a premium pay limit.
Q Okay. And what is that limit?
A Generally it's the salary of a GS-15, Step 10. They cannot receive overtime in a manner that their pay would exceed 1510 or Executive Level 5 and I

Page 36

don't know the dollar figures that go with that.
Q Is there a differential between GS-15, Step 10 and Executive Level 5?
A Sometimes yes.
Q What do you mean by sometimes?
A It depends on what is approved as the pay for Executive Level 5 and what is approved for the pay of the general schedule.
Q Who makes that approval?
A Congress.
Q Okay. I want to specifically direct you to the position of the Directors of the modal offices. Okay?
A Okay.
Q Is there a difference between GS-15, Step 10 and Executive Level 5 in those positions?
A There could be depending on the -- I'm going to say generally speaking, yes.
Q All right.
A But in any given year, depending on how pay is approved and the increases in pay of the Executive Level, the 15-10 could be higher than the Exec Level 5

Page 37

and therefore there would not be a difference.
Q So it depends on what Congress decides in this regard?
A Yes.
Q And when does Congress do that?
A Generally in November or December of the year. You know, the government cost-of-living adjustment end of year, it's that whole process.
Q Are you aware of whether a GS-15, Step 10 employee anywhere in NTSB has received overtime pay?
A In a year where there would be a difference between 15-10 and Exec Level 5, the employee could receive overtime.
Q But are you aware whether that ever actually happened?
A I think it could -- it's possible. I don't know specifically that it did.
Q All right. Now, with respect to the modal office directors, do you know whether overtime could include hours of work that an employee incurs in connection with an accident investigation?
THE WITNESS: I'm sorry. Can you repeat

Page 50

Q Okay. And when does the employee receive a performance appraisal rating?
A We have an annual cycle for each category of groups of employees and they receive them on a cycle, an annual cycle.
Q Okay. So is every employee required to have a performance appraisal on an annual basis?
A Most employees are required to have that on an annual basis.
Q Okay. What employees are not required to have it on an annual basis?
A Employees who could have not been in their jobs for 90 days because they've moved or change jobs.
Q I see.
A Or new to the agency cycle.
Q Okay.
A They would miss -- they would sometimes miss SL.
Q So is it correct that every NTSB employee who has been there, been employed for more than a year, is required to have an annual performance appraisal?

Page 51

A Yes.
Q Is that performance appraisal done in person?
A The employee and supervisor discuss it --
Q Okay.
A -- in person. But the supervisor does the rating before that meeting.
Q Okay. All right. Then once the supervisor does that rating, what happens next?
A The ratings go from the immediate supervisor to office directors and are reviewed and then HR receives them to do an overall agency assessment and the managers at the same time they do ratings make recommendations for awards and that package goes forward and is reviewed by the Managing Director.
Q Okay. All right. Now, is the manager required to review the performance rating with the employee?
A Once it has -- not before they release it from their office.
Q Okay. After they release it from their office, they're required to review the performance

Page 52

appraisal and rating with the employee?
A Yes. At the end of the cycle, after HR has reviewed it, after the MD has reviewed it then it goes back for the managers to have their discussions with the employees.
Q But is it possible or permitted -- excuse me -- is it permitted for a manager to do the entire review, issue the performance rating and never discuss it with the employee?
A The guidelines say that they're supposed to have the discussion.
Q All right. What is the consequence if they don't?
A I don't know of a consequence.
Q All right. So what performance ratings then justify the grant of a performance award?
A Outstanding and excellent.
Q Okay. And is that an automatic thing? If I receive an outstanding, do I automatically get a performance award?
A I've seen instances where it's not an automatic.

Page 53

Q Okay. Why would that be the case?
A I don't know the causes. It's supervisor to supervisor. There are various situations.
Q Okay. I got it. Now, what type of compensation is a performance award?
A A performance award is a cash award, a lump sum cash award.
Q Is it considered salary?
A It's considered part of compensation package but not salary.
Q But is it included on the employee's income?
A Yes.
Q Is it taxed --
A Yes.
Q -- as income?
A It is taxed as income.
Q All right. And are you familiar with the term quality step increase?
A Yes. I'm familiar with that.
Q All right. What is that?
A A quality step increase is a within-grade increase -- a quality step increase is an incremental