# EXHIBIT NO. 24

***SENIOR EXECUTIVE SERVICE***

| OFFICE | TITLE | | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 |
|---|---|---|---|---|---|---|---|---|---|
| Office of the Managing Director Office of Management | Managing Director | Career Reserved | Daniel Campbell | Daniel Campbell | Daniel Campbell | Daniel Campbell | Daniel Campbell | Joe Osterman | Joe Osterman |
| Office of the Managing Director Office of Management | Assoc. MD for Planning and Operations | Career Reserved | James Arena | James Arena | James Arena | James Arena | James Arena | Transferred slot to AD | |
| Office of the Managing Director Management | Executive Director Noncareer Position | General | Established | Vacant | Vacant | Vacant | Vacant | Vacant | Vacant |
| Office of the Managing Director Office of Management | Associate MD for Quality Assurance | Career Reserved | Ralph Johnson | Vacant | Vacant | Transferred to the Academy | | | |
| Office of the Managing Director Office of Management | Deputy Managing Director | Career Reserved | | | | | | | David Mayer |
| Office of the General Counsel | General Counsel | General | Ronald Battocchi | Ronald Battocchi | Ronald Battocchi | Ronald Battocchi | Ronald Battocchi | Ronald Battocchi | Gary Halbert |
| Office of the Chief Financial Officer | Chief Financial Officer | Career Reserved | Mitchell Levine | Steve Goldberg | Steve Goldberg | Steve Goldberg | Steve Goldberg | Steve Goldberg | Steve Goldberg |
| Office of Aviation Safety | Director | Career Reserved | Bernie Loeb | Bernie Loeb | John Clark | John Clark | John Clark | John Clark | Tom Haueter |
| Office of Aviation Safety | Deputy Director | Career Reserved | John Clark | John Clark | Tom Haueter | Tom Haueter | Tom Haueter | Tom Haueter | Vacant |
| Office of Aviation Safety | Deputy Director | Career Reserved | Ronald Schleede | | | | | | |
| Office of Research and Engineering | Director | Career Reserved | Vern Ellingstad | Vern Ellingstad | Vern Ellingstad | Vern Ellingstad | Vern Ellingstad | Vern Ellingstad | Vern Ellingstad |
| Office of Research and Engineering | Deputy Director | Career Reserved | vacant | Alan Kushner | Alan Kushner | Alan Kushner | Vacant | Joseph Kolly | Joseph Kolly |
| Office of Safety Recommendations and Accomplishments | Director | Career Reserved | Barry Sweedler | Elaine Weinstein | Elaine Weinstein | Elaine Weinstein | Elaine Weinstein | Elaine Weinstein | Elaine Weinstein |
| Office of Railroad, Pipeline, and Hazardous Materials | Director | Career Reserved | | Robert Chipkevich | Robert Chipkevich | Bob Chipkevich | Bob Chipkevich | Bob Chipkevich | Bob Chipkevich |
| NTSB Academy | Dean | | | | Established | Franklin Richey | Transferred to Highway | | |
| NTSB Academy | Director | Career Reserved | | | Julie Beal | Julie Beal | Julie Beal | | |
| Office of Govt Affairs and Public Affairs | Director Noncareer Position | General | Goelz | Goelz | Jamie Finch | Vacant | Vacant | Vacant | Vacant |
| Office of Highway Safety | Director | Career Reserved | | | | | Joseph Osterman | Vacant | Bruce Magladry |
| Office of Marine Safety | Director | Career Reserved | | | | | Director, MS To be filled | John Spencer | John Spencer |
| Office of Administration | Director | Career Reserved | | | | | | Lola A. Ward | Lola A. Ward |
| Allocation | | | | | | | NEW - used in FYO4, MS | | |

006022