# EXHIBIT NO. 25

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

- - - - - - - - - - - - - - -x

MARJORIE MURTAGH COOKE, :

Plaintiff, : Case No. 1:06CV01928

vs. : (Judge Bates)

MARK ROSENKER, CHAIRMAN, :

NATIONAL TRANSPORTATION :

SAFETY BOARD, :

Defendant. : PAGES 1 - 163

- - - - - - - - - - - - - - -x

Deposition of ROBERT CHIPKEVICH, held at the offices of The Employment Law Group, 888 17th Street, N.W., Suite 900, Washington, D.C., commencing at 9:38 a.m., Tuesday, June 12, 2007, before Elizabeth Mingione, Notary Public.

A P P E A R A N C E S O F C O U N S E L:

ON BEHALF OF THE PLAINTIFF:

THE EMPLOYMENT LAW GROUP, P.C.
BY: BRIAN M. LOWINGER, ESQUIRE
888 17th Street, Suite 900
Washington, D.C. 20006
(202) 261-2806

ON BEHALF OF THE DEFENDANT:

UNITED STATES ATTORNEY'S OFFICE
BY: QUAN LUONG, ESQUIRE
501 Third Street, N.W.
Washington, D.C. 20530
(202) 514-9150

AND

DEPARTMENT OF JUSTICE, COMMERCIAL LITIGATION BRANCH
BY: MEREDYTH D. COHEN, ESQUIRE
1100 L Street, N.W., 8th Floor
Washington, D.C. 20530
(202) 353-7978

AND



NATIONAL TRANSPORTATION SAFETY BOARD
BY: KATHLEEN SILBAUGH, ESQUIRE
490 L'Enfant Plaza East, S.W.
Washington, D.C. 20594
(202) 314-6084



C O N T E N T S

WITNESS: ROBERT CHIPKEVICH


EXAMINATION BY: PAGE

Mr. Lowinger ................................ 6




DEPOSITION EXHIBITS
ROBERT CHIPKEVICH


| NUMBER | DESCRIPTION | PAGE |
|---|---|---|
| 1 | Interview Schedule, Director, Office of Marine Safety | 143 |
| 2 | Letter Dated December 2, 2004 to Dan Campbell | 144 |
| 3 | Letter Dated March 28, 2005 to Joseph Osterman | 150 |
| 4 | Senior Executive Service Position Vacancy Announcement | 154 |
| 5 | SES Rating Sheet, Director, Office of Marine Safety for Marjorie Murtagh | 155 |
| 6 | SES Rating Sheet, Director, Office of Marine Safety for John Spencer | 156 |
| 7 | Qualifications Brief, Marjorie M. Murtagh | 157 |
| 8 | Rating and Evaluation Plan, Director, Office of Marine Safety | 157 |
| 9 | Application for John Spencer for Director, Office of Marine Safety | 157 |

Page 38

Battocchi said about Miss Murtagh Cooke's application in 2004?
A. I don't recall.
Q. What do you remember about what Mr. Battocchi said during the consensus meeting with regard to the other applicants in 2004?
A. I don't recall.
Q. Do you remember Collette Magwood's role in reviewing the applications or involved in the SES review process in 2004?
A. No. I'm not sure if -- no.
Q. Do you remember there being anyone, a final evaluation or a final recommendation from the group at some point in 2004 with regard to the applicants?
A. Yes. There would have been at the conclusion of the meeting of the panel and after reviewing the applications we would have put forward a best qualified list.
Q. And who -- do you remember there being a best qualified list in 2004?
A. There probably was. That's the normal process. And, yes, we would have put forward a best

Page 39

qualified list.
Q. And who was on the best qualified list?
A. I don't recall.
Q. Was Marjorie Murtagh Cooke on the best qualified list?
A. I believe she was.
Q. Okay. And when you say there's a best qualified list, what does a best qualified list mean? Can you describe that to me?
A. Yes. That would be where after we do the evaluations, a consensus evaluation for each candidate, we would then look at the scoring for each of the candidates and then provide that scoring or that list of those candidates that had the highest scoring for the elements. It would be those that identified for the best qualified list.
Q. What does the best qualified list convey? What does that mean that you have a list of best qualified applicants?
A. It means that that group of candidates is more qualified than other candidates that would be lower in scoring.

Page 40

Q. Okay. Aside from the fact that there's -- that that grouping of candidates is more qualified than the others, does it -- what else does the best qualified list represent or communicate?
A. It would communicate that those are the applicants that would be recommended for interview or consideration.
Q. I see. Okay. So other than that they are -- that the individuals on the best qualified list were determined to have had higher qualifications than the others and that they were recommended for an interview or further consideration, what else does the best qualified list communicate as part of the review process?
A. As far as I know, that's it.
Q. Okay. What happens to the best qualified list?
A. It is provided to the managing director through the Human Resources office.
Q. I see. What is on the best qualified list? What -- let me explain this to you, sir. Describe to me the information that's on the best qualified list?

Page 41

A. I can describe generally. I don't know specifically on this one.
Q. Okay.
A. Generally, it is a memorandum that advises the managing director that we've reviewed the applications and that the panel has identified the listed applicants as the group that should be considered for further evaluation.
Q. Okay. So at the end of the consensus it's determined that a memo should be prepared and it should be submitted to the managing director of NTSB through HR that the following individuals are qualified, more qualified than the other applicants, that they are -- that they merit an interview or that they merit an interview or further consideration. And what additional -- is there any -- and is there anything else listed in the memorandum with regard to those issues for the best qualified list?
A. It may identify the total number of applicants reviewed, or it may not; but that's basically what's in the memorandum.
Q. Are there any attachments to the

Page 130

there was a deficiency, what that was, or if they needed to improve an area, they wouldn't have that information about where they needed to improve.

Q. Would you ever not give someone an evaluation because they are doing such a fantastic job?

A. I evaluate all the employees whether they are doing a fantastic job or a poor job.

Q. I see. Are you aware of any other divisions or modal offices that don't have an annual practice of giving an annual evaluation?

A. No.

Q. What about performance standards? Describe to me what a performance standard is?

A. Generally a performance standard is where you identify elements that should be performed in the job and then what the expectations are in performing the job in that element.

Q. Can you describe to me the importance of it to someone's -- the performance standards are for someone to -- an understanding of what their job is and how to go about performing it?

Page 131

A. Well, in order for me to evaluate employees working for me, I would look at their performance, the elements, and then how their work is, how they accomplish their work, perform their work as compared to those elements. So it gives me a means to be able to evaluate them.

Q. Do you have any employees that don't have performance standards for their jobs?

A. No.

Q. What's the difference between a detail and a transfer?

A. A detail would be a temporary assignment. A transfer is permanent.

Q. Okay. Do people who are sent on a detail -- are people who are sent on a detail, would they normally receive a performance evaluation as well?

A. Yes.

Q. Would people who are sent on a detail receive performance standards for their new detail?

A. It may depend on the length of time for a detail.

Page 132

Q. Well, what length of time would mean that a person isn't receiving a --

A. Generally, if you are on a detail for nine -- to do an evaluation, a performance evaluation on an individual, you are supposed to be supervising them for 90 days or longer. And so if a detail was for a shorter period of time, then the supervisor where that person came from would do the evaluation but could seek input from the person where they went to do work on a detail in doing their evaluation of that person.

Q. I see. If someone doesn't -- hasn't received an evaluation and they ask for an evaluation, is it likely they are going to get an evaluation?

A. I have not faced that because we've done the evaluations annually in my office. And so I guess I haven't faced that. I don't know.

Q. If a person has been between details for more than 90 days, would each office give the person an evaluation or would they meet and talk about the evaluation and make sure that the employee receives an evaluation?

Page 133

A. Generally they have coordinated to determine who would do the evaluation depending upon where person was detailed and how long and if they were doing most of their work on that detail as to who would be appropriate to do the evaluation.

Q. I see. So even people on details get evaluations?

A. People who have been on details that have worked for me have gotten evaluations.

Q. I see. How important are evaluations to someone receiving a performance bonus?

A. I consider the person's annual performance when looking at a performance award for that person at the end of the work year or at the end of their rating period.

Q. I am not sure I understand. I just want to make sure I understand. So you look at person's evaluation?

A. Let me tell you how we do it in my office.

Q. All right.

A. When a person is evaluated, the annual evaluation, we then have guidance at the board, so

based upon their performance evaluation, what type of award that we can provide to that person. And there's generally in the board order or the administrative order is guidelines for supervisors to use on the percentage of an award.

Q. I see. What is the role in performance standards as it applies to evaluations and helping you make a decision about whether to give a person a performance award?

A. Of course the elements that are identified in the performance standard is what I evaluate the employee against.

Q. I see.

A. And so then the employee would be, for example, either fully satisfactory or unsatisfactory or excellent or an outstanding based upon the individual elements.

Q. Would it be hard for a person to get a performance bonus or a performance -- performance bonus without an evaluation or without performance standards?

A. To get a performance award based on the



performance in the annual evaluation, yes.

Q. Is there any way you can get a performance award without an evaluation or --

A. No.

Q. I'm sorry?

A. Excuse me. Finish your question.

Q. I think I had finished it. You had answered?

A. Well, would you repeat it?

Q. Is there any way for a person to receive a performance award without receiving a performance evaluation?

A. There are different ways to provide awards, but a performance award, not that I'm aware of.

Q. I see. Are there any ways that a person can receive an award, a cash award or, you know, salary type of award without receiving evaluation in the prior year?

A. There's awards for a special act and awards of something of that nature. So there's other types of awards that can be given besides a performance award.



Q. So, for example, in a special act award would a person need performance standards so they know how to perform their job in a special act?

A. I don't think so. A special act would be for a project or something special that a person was involved in, which is separate than an overall performance award for their --

Q. What kind of -- is doing a follow-up work on an outside organization's evaluation of NTSB the type of work that would lend itself to receiving a special act award?

A. I don't know. It would depend upon what type of job that person did in their evaluations and that the supervisor had asked them to do, so.

Q. I see. Would any of the work that Ms. Murtagh Cooke did at the Office of Managing Director lend itself to receiving a special act award?

MR. LUONG: Objection, foundation.

A. I don't know.

Q. When you heard that Marjorie Murtagh Cooke was going to be visiting the various offices to do follow-up work on that outside evaluation project, is



that the type of work that would lend itself to a special act award?

A. I don't know.

Q. When you say you don't know, what don't you mean by I don't know?

A. Well, if I assigned somebody to do a report or to do particular work, it would depend upon if they do an exceptionally good job at doing something, produce a really good product, and whether it was a difficult project or not, and then decide that, well, they really did an exceptional job and I'm going to give them a special act for the specific project. But I don't know the details of what she was going to produce in the end, so I really don't know her specific situation.

Q. I see. Why would Ms. Murtagh Cooke be denied senior-level status after being transferred out of OMS in 2005?

A. I don't know.

MR. LUONG: Objection. Assumes facts not in evidence.

Q. What must be done in order for an employee