# EXHIBIT NO. 27

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| MARJORIE MURTAGH COOKE, Plaintiff, vs. THE UNITED STATES, Defendant. | Case No. 06-748C<br>Judge Thomas C. Wheeler |

DEPOSITION OF

JOHN C. CLARK

Washington, D.C.

Friday, June 29, 2007

9:08 a.m.

Job No.: 1-106677
Pages 1 through 270
Reported by: John L. Harmonson, RPR

Deposition of
JOHN C. CLARK

Held at the offices of:
THE EMPLOYMENT LAW GROUP, PC
888 17th Street, N.W.
Suite 900
Washington, D.C. 20006
(202)331-2883

Taken pursuant to the Federal Rules of Civil Procedure, before John L. Harmonson, Registered Professional Reporter, Notary Public in and for the District of Columbia, who officiated in administering the oath to the witness.



APPEARANCES

ON BEHALF OF PLAINTIFF:
BRIAN M. LOWINGER, ESQ.
The Employment Law Group, PC
888 17th Street
Suite 900
Washington, D.C. 20006
(202)331-2883

ON BEHALF OF DEFENDANT:
MEREDYTH D. COHEN, ESQ.
Department of Justice
Commercial Litigation Branch
1100 L Street, N.W.
8th Floor
Washington, D.C. 20530
(202)353-7978
KATHLEEN SILBAUGH, ESQ.
National Transportation Safety Board
490 L'Enfant Plaza East, S.W.
Washington, D.C. 20594
(202)314-6084

ALSO PRESENT:
JONATHAN DUNN, Intern
MARLA DUNN, Intern



EXAMINATION INDEX


| | PAGE |
|---|---|
| EXAMINATION BY MR. LOWINGER | 7 |
| EXAMINATION BY MS. COHEN | 259 |
| EXAMINATION BY MR. LOWINGER | 266 |


* * * * *

EXHIBIT INDEX

(Exhibits attached to transcript.)


| EXHIBIT | DESCRIPTION | PAGE |
|---|---|---|
| 1 | Various "Notification of Personnel Action" | 237 |
| 2 | Performance Appraisal Form for period 9/1/2000 to 8/31/2001 | 245 |
| 3 | Performance Appraisal Form for period 9/1/2002 to 8/31/2003 | 246 |
| 4 | SES Performance Plan and Appraisal, 11/22/06 | 246 |
| 5 | Progress Review, 11/20/06 | 247 |
| 6 | Performance Appraisal Form for period 9/1/2003 to 8/31/2004 | 247 |




EXHIBIT INDEX (Cont.'d)


| EXHIBIT | DESCRIPTION | PAGE |
|---|---|---|
| 7 | Organizational Listing, October 1, 2002 | 248 |
| 8 | Organizational Listing, October 1, 2003 | 250 |
| 9 | Organizational Listing, October 1, 2005 | 250 |
| 10 | Weekly Reports | 251 |
| 11 | Memo from B. Strauch to B. Loeb; September 29, 1997 | 253 |
| 12 | Memo from B. Strauch to B. Loeb; July 2, 1999 | 253 |
| 13 | Incentive Award Recommendation Form, 11/23/99 | 254 |
| 14 | Memo from B. Strauch to B. Loeb; January 12, 2000 | 254 |
| 15 | Memo from B. Strauch to B. Loeb; June 28, 2000 | 254 |
| 16 | Memo from B. Strauch to D. Dampbell; December 19, 2001 | 256 |

Page 22

A. No, no. Our No. 1 mandate is civil aircraft accidents.
Q. Uh-huh.
A. And the civil fleet is anything other than military and those aircraft that are involved in intelligence operations. And there's something else; it's in the FARs. If there were intelligence operations involved, we may or may not investigate those.
Q. Sure.
A. So right now the civil aircraft are all the airliners, the privately owned airplanes. Aircraft, not just airplanes.
Q. What's the difference between an aircraft and an airplane, sir?
A. Well, airplanes have wings and are powered by a motor. Then there's gliders that don't have an engine. There's helicopters that are aircraft. Airships are aircraft.
Q. What's an airship?
A. A blimp, a dirigible. Hot air balloons would be aircraft.

Page 23

Q. When you were talking about public use aircraft, were you referring to your work back in 1983 as well? I mean, was that the term used back then?
A. Yeah. The term has always meant the same thing, it's just that what changed over the years is that back then we didn't have the authority to investigate. We could investigate upon request. And now we have the authority to investigate. So public use has always been the same throughout the years.
Q. And you were an investigator at that stage; am I correct?
A. Uh-huh.
Q. And from the aircraft performance investigator position, where did you move to next at NTSB?
A. I became deputy director of the Office of Research and Engineering.
Q. Do you remember when that was?
A. No. I'm going to guess '96, '97, somewhere in there. That's just a guess. It's in the records somewhere. If that's very far off, you might keep a note and I'll fix it.

Page 24

Q. You'll have a chance. The system gives you a chance.
A. Okay.
Q. Can you tell me about your position as the deputy director at the Office of Research and Engineering?
A. Sure. The Office of Research and Engineering had a number of functions. They had a Public Inquiries Branch that made all the accident reports available to the public. They had a Safety Studies Group, special investigative studies for all modes. Back then we had all of the computer facilities in charge of all the computers at the Board and in the labs.
We had the Aircraft Performance Division, the Metallurgy Division. At one point -- Let's see.
That's all I can remember back then. It was kind of diverse so -- Oh, the Flight Data Recorder and Cockpit Recorder Divisions.
Q. Sure.
A. So when I became deputy, I focused primarily on the accident investigation and

Page 25

engineering side, like the Airplane Performance, Metallurgy, the Recorders Division. And Dr. Ellingstad focused more on the computer side, the safety study side.
Q. Dr. Ellingstad, is that Vern Ellingstad?
A. Yes.
Q. And how did you find the job in Research and Engineering? How did you land yourself in that position?
A. Well, somewhere in there I bid on it. The deputy slot became available. My memory is I bid on it and was selected to be deputy. And at one point it was at a GS-15 level, and then it moved into an SES slot when that became available. Various slots became available throughout the years.
That's the best I can remember now.
Q. Sure.
Did you divide the work with Vern Ellingstad? Was he deputy director as well, or was he the director at the time?
A. He was the director.
Q. Okay. And did you have to divide your work

can remember the dates. It was before 2000. Let me go through the list real quick.

I was deputy director in R&E, got into the SES in R&E. I went down and was deputy director in OAS for a period of time. Came back and was deputy director in R&E again. The guy that came in behind me didn't work out. And then I went back as deputy director of OAS and then director of OAS.

Q. Did you always stay an SES during that time?

A. Yes.

Q. So when you went from Aviation Safety back to Research and Engineering, or from Research and Engineering back to Aviation Safety, you never had to give up your SES?

A. No.

Q. Do you remember when you first obtained SES status?

A. Oh, boy. What did I say earlier? I think it was like '96, '97, something like that.

Q. Do you think it was halfway through your time in Research and Engineering as the deputy



director? Was it near the end of your time, your first run through?

A. I was deputy director, and I came in as a GS-15. And then some short period after that they bid the job -- or they bid the job to come in as a 15, so I had the job as 15. And then I can't remember whether we bid that into SES or not, but I know I had to go through the application process to be accepted into the SES.

So I think the job, I went in as a 15, and I don't remember whether we bid it at that point or not. There is certainly a record of that somewhere. What I do remember is filling out the huge amount of paperwork that seemed somewhat obscure to me. But you fill it out and it goes off somewhere.

Q. It's like 40 pages long.

A. I know. And for whatever, it was accepted as adequate, and then I was in the SES in that position.

Q. Did you have to interview for the SES position?

A. I don't remember. What I do remember is



interviewing for the deputy, the GS-15 position. And that had been an SES position. Dr. Loeb Haueter was head of R&E and Dr. Ellingstad was deputy, and for several years he was in the SES position as deputy. And Dr. Loeb moved down to AS and Dr. Ellingstad moved to be director. Then I moved up as a GS-15, and then that process started to see if it could be converted into an SES.

Q. I see.

A. So whether there was an interview for that back then, I just don't remember.

Q. Do you remember where you saw the advertisement for the SES position?

A. I don't know that I saw an advertisement for an SES. I don't know what you mean, advertisement.

Q. A posting, maybe an internal posting.

A. Well, I don't know. No, I don't remember. I remember there was a -- What I vaguely remember is that I turned in my application for the SES, and I understand that there were other people that did also. There were a number of people that bid on the SES



position, and I was selected. That's about all I remember at the time.

Q. Sure.

I'm sorry to have to ask this question again, but it's just piquing my interest. You don't remember a review panel or a group of people having to sit down -- having to sit down and talk to a group of people or a review panel or a panel of your peers regarding your qualifications for the SES position?

A. There could have been. I don't remember.

Q. Do you remember interviewing for the GS-15 position?

A. I don't remember those kind of things. You go in for an interview, you do it, it's done, and I don't remember now what the process was then.

Q. Maybe it wasn't an interview. Could it have been just an informal meeting that led to your selection?

A. I don't remember. I frankly don't remember what the process was back then for that.

Q. Do you think there's any piece of information I could give you that would help you