# EXHIBIT NO. 28

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

\- - - - - - - - - - - - - - - - +

| | |
|---|---|
| MARJORIE MURTAGH COOKE, | |
| Plaintiff, | |
| v. | Case No. |
| MARK ROSENKER, CHAIRMAN, | 1:06CV01928 |
| NATIONAL TRANSPORTATION | |
| SAFETY BOARD, | |
| Defendant. | |

\- - - - - - - - - - - - - - - - +

Deposition of RONALD BATTOCHI

Washington, D.C.

Friday, August 10, 2007

9:47 a.m.

Job No. 1-109402

Pages 1 - 228

Reported by: Cathy Jardim

Deposition of RONALD BATTOCHI, held at the offices of:

THE EMPLOYMENT LAW GROUP
888 17th Street, N.W.
Washington, D.C. 20006

Pursuant to notice, before Cathy Jardim, Registered Professional Reporter and Notary Public of the District of Columbia.



A P P E A R A N C E S

ON BEHALF OF THE PLAINTIFF:
BRIAN LOWINGER, ESQUIRE
The Employment Law Group, PC
888 17th Street, N.W.
Washington, D.C. 20006
(202)331-2883

ON BEHALF OF THE DEFENDANT:
QUAN LUONG, ESQUIRE
U.S. Attorney's Office
501 3rd Street, N.W.
Washington, D.C. 20530
(202)514-7176
KATHLEEN SILBAUGH, ESQUIRE
Office of the General Counsel
National Transportation Safety Board
490 L'Enfant Plaza, S.W.
Washington, D.C. 20594
(202)314-6084

Also Present: MARJORIE MURTAGH COOKE



C O N T E N T S


| EXAMINATION OF RONALD BATTOCHI | PAGE |
| --- | --- |
| By Mr. Lowinger | 6, 219 |
| By Mr. Luong | 216, 225 |


E X H I B I T S

(Attached to transcript)


| BATTOCHI DEPOSITION EXHIBITS | PAGE |
| --- | --- |
| No. 1--Handwritten note, 01/03/05 | 183 |
| No. 2--Handwritten note, 05/23/05 | 183 |
| No. 3--Handwritten note, "Put together bullets" | 187 |
| No. 4--Handwritten note, 05/20/05 | 192 |
| No. 5--Handwritten note, "Joe talked to Ron..." | 194 |
| No. 6--Position Vacancy Announcement | 195 |
| No. 7--SES Crediting Plan | 201 |
| No. 8--Memorandum, 12/02/2004 | 202 |
| No. 9--Qualifications Brief | 203 |
| No. 10--Spencer Application Package | 204 |
| No. 11--SES Rating Sheet | 204 |
| No. 12--Memorandum, 03/28/2005 | 205 |




EXHIBITS (Continued)


| BATTOCHI DEPOSITION EXHIBITS | PAGE |
| --- | --- |
| No. 13--EEO Counselor's Report | 207 |
| No. 14--NTSB Performance Appraisal Form | 215 |
| No. 15--Attachment G, Senior Executive Service | 221 |

Page 130

the accident reports, the timeliness of the accident reports and the analysis of the issues involved, would be reflected in her personnel file?

A I don't know.

MR. LUONG: Objection, foundation.

BY MR. LOWINGER:

Q When there are questions raised about a peer or an employee at NTSB, is there a protocol for noting that in the paper anywhere?

A Not that I know of.

Q And who would it be up to to note that?

A Supervisors, I assume.

Q When did you, Elaine Weinstein, Vern Ellingstad or Dan Campbell reflect their concerns about any of those issues, the accident reports, the quality of the reports, the timeliness of the reports, the analysis of the issues involved and Marjorie Murtagh Cooke's leadership and management of OMS, to a superior?

MR. LUONG: Objection to the extent that presumes they are required to do so.

THE WITNESS: I don't know. She didn't

Page 131

report to me. I don't remember reporting that to anyone or taking that issue up with anybody.

BY MR. LOWINGER:

Q Are you aware of Elaine Weinstein ever doing that?

A No.

Q What do you know about Dan Campbell bringing that to a supervisor's attention?

A I don't have specific knowledge of that.

Q What about general knowledge?

A I would think he would, but I don't have specific knowledge.

Q You worked with him from 1994 all the way through 2006 --

A I worked with him from 1990 to 2006.

Q What do you know that he would have -- what do you understand that he would have done based on your relationship with him?

MR. LUONG: Objection. Calls for speculation.

THE WITNESS: I think it would have discussed it with the chairman, but I don't know that

Page 132

for a fact. I don't have any specific knowledge about it.

BY MR. LOWINGER:

Q Did the chairman ever speak to you about Marjorie Murtagh Cooke's performance?

A Not that I can recall.

Q What could I do to help you remember that, are you saying you don't know or you don't recall?

A I don't know.

Q When was it disclosed to Marjorie Murtagh Cooke that the position was going to be re-advertised?

A I don't know. I wasn't there. I don't know.

Q Do you know who disclosed it to Marjorie Murtagh Cooke?

A I do not.

Q What was Colette Magwood's role with regard to the 2004 panel?

A She may have been the human resources advisor to the panel.

Q Do you remember what she discussed with the panel?

Page 133

A No, and I am not sure it was Colette as opposed to somebody else.

Q What did Bob Chipkevich say about Marjorie Murtagh Cooke's qualifications for the SES position?

MR. LUONG: Objection, asked and answered.

THE WITNESS: Nothing that I recall, but we all unanimously agreed with the determination that in our opinion, she was qualified. I don't know if he said it in so many words --

BY MR. LOWINGER:

Q But it was unanimous that she was qualified?

A Yes.

Q What is the impact of unanimity of a decision on whether to hire someone?

A I don't know if it has any impact.

Q If everyone on a panel says someone is highly qualified, does that carry any weight?

A I don't know.

Q When, if ever, in your tour of duties in the managing director's office did you ever review an SES panel's determination as to qualifications for a

Q Do you know how it was recorded --
A Exhibit 13, no, I don't.
Q You are not going to opine as to the authenticity of this document?
A No.
Q Is Charlie Perrara Dan Campbell's friend?
A Yes.
MR. LUONG: Objection.
BY MR. LOWINGER:
Q How are they friends?
A They fish together, they spend time together. They are friends.
BY MR. LOWINGER:
Q Earlier in our conversation, I asked you about opinions regarding Ms. Murtagh Cooke's shortcomings and we discussed the following: Leadership, management, we discussed analysis contained in reports and report development in general; is that correct, sir?
A Yes.
Q Other than those issues, what other negative comments are there about Ms. Murtagh Cooke



that you are aware of?
A I don't recall any.
Q Now, those issues right there that we discussed, were those consistent, those negative comments that went to -- you mentioned a lack of respect between Mr. Campbell, Mr. Ellingstad, Ms. Weinstein, and I believe you also said you had issues with her as well, with her performance; is that correct?
A I don't believe I said that. I said I didn't respect her. I didn't say I had issues with her conduct.
Q You didn't respect her work?
A Yes, her managment of the office.
Q Is it limited to the management of the office?
A It is nothing personal, if that is what you are asking.
Q Is it limited to the management or is it limited to analysis or --
A I think it is both.
Q And the leadership and the four or five



topics we mentioned before?
A Yes.
Q Was that consistent from 2005 to 2006 in your role as general counsel, sir?
A I don't recall.
Q Was there any period -- let me ask it another way. Was that consistent with Dan Campbell's feelings toward Ms. Murtagh Cooke from 2000 to 2006?
A I don't know if it was that entire period, but it was certainly consistent with Dan's views for some of that period.
Q And what part?
A I don't know, I can't pinpoint it to you.
Q Would it be closer to 2001 than 2005 that it began?
A I don't know.
Q Would it have been a larger portion of that seven-year period or six-year period or would it be a shorter portion of that six-year period?
MR. LUONG: Objection. Asked and answered.
THE WITNESS: I don't know.
BY MR. LOWINGER:



Q What about with regard to Elaine Weinstein?
MR. LUONG: Same objection.
THE WITNESS: I don't know.
BY MR. LOWINGER:
Q What about regarding Vern Ellingstad, same question?
A I am not sure what period it covered.
Q When I say consistent, was that opinion voiced in 2000 by those individuals and yourself?
A I don't know. I don't remember.
Q Were there problems with Ms. Murtagh Cooke's performance as those issues are addressed beginning in 2000?
A I don't recall.
Q You are not saying you don't recall; you are saying you don't remember?
A I don't remember.
Q From 2000 to 2006, what did Ms. Murtagh Cooke do well?
A I think some of the hiring decisions she made were good, or the office made. I don't know who made them. She is the office head. I think some of