# EXHIBIT NO. 29

000820

National Transportation
Safety Board

Memorandum

DATE: December 2, 2004

TO: Dan Campbell
Managing Director

FROM: NTSB Executive Resource Board (ERB) Ad-Hoc Rating Panel

SUBJECT: Rating of Applicants for the position of Director, Office of Marine Safety

Twenty applications were received in response to the announcement (WA-TB-4-0[illegible]3) for the position of Director, Office of Marine Safety. The HR Division conducted a minimum qualifications review of each application. As a result of this review, ten applications were forwarded to the NTSB Ad-Hoc panel of the ERB. This group of candidates includes two current employees of the Safety Board: Marjorie Murtaugh and Theodore White.

The panel members have met to discuss the candidates and to arrive at a recommendation. Five of the ten candidates are rated as Qualified (Q) or Highly Qualified (HQ) in the following areas: Executive Qualifications, Mandatory Professional/Technical Qualifications and Desirable Professional/Technical Qualifications.

Applications are forwarded for your consideration. The Human Resources Division will forward the selection to the Office of Personnel Management for certification of the executive/managerial qualifications.

000821



Elaine Weinstein
Director, Office of Safety
Recommendations & Accomplishments

Robert J. Chipkevich
Director, Office of Railroad, Pipeline &
Hazardous Materials Investigations

Ron Battocchi
General Counsel

000822



NATIONAL TRANSPORTATION SAFETY BOARD

Referral and Selection Certificate

Position to be filled: Director, Office of Marine Safety

Vacancy Announcement Number: WA-TB-4-003

Grade Level and Series of this Certificate: ES-340

The Selecting Official: Daniel Campbell, Managing Director

Certificate Numbers: WA-TB-4-003

Date of Certificate: December 2, 2004

The persons listed below are best qualified among all the eligible candidates for the position shown above. This group was identified after thorough evaluation and comparison of candidates' qualifications against Office of Personnel Management standards and any special position requirements. You are requested to consider the attached data and arrange for interviews regarding the candidates of interest. When a selection is determined, please indicate the name of the person selected in the space provided below.

CANDIDATES FOR CONSIDERATION:

See Attachment.

~~CANDIDATE SELECTED~~: Re-advertize

Signature of Managing Director: D. Campbell

Date of Selection: 12/10/04

WA-TB-4-003
Director, Office of
Marine Safety

Current or Former SES Member

| NAME | ID | CURRENT POSITION | ACTION TAKEN |
|---|---|---|---|
| None | | | |
| | | | |
| | | | |
| | | | |

SES Eligible: Qualified

| NAME | ID | CURRENT POSITION | ACTION TAKEN |
|---|---|---|---|
| Joseph Brusseau | | Director of Field Activities for Marine Safety, Security and Environment Protection, Captain, USCG, Grade 6, Washington, D.C. | |
| Dana Goward | | Chief, Office of Programs and Architecture, Maritime, GS-301-15, Washington, D.C. | |
| Marjorie Murtaugh | | Director, Office of Marine Safety, GS-1801-15, NTSB, Washington, D.C. | |
| Vassilios Livanoa | | President, Marquest Inc. New York, N.Y. Non-Federal Applicant | |
| Pradeep Nayyar | | Senior Engineer, Military Sealift Command, Washington Navy Yard GS-0830-13, Washington, D.C. | |

Certificate audited on ____________ by ________________.

[ ] This certificate was used for selection.

[ ] This certificate was not used; selection made from ________________.