# EXHIBIT NO. 30

# SES RATING SHEET

## NTSB #WA-TB-4-003, Director, Office of Marine Safety

| APPLICANT'S NAME: | Marjorie Murtaugh |
|---|---|

| *Executive Core Qualifications* | Rating |
|---|---|
| Leading Change: This core qualification encompasses the ability to develop and implement an organizational vision that integrates key national and program goals, priorities, values, and other factors. Inherent to it is the ability to balance changes and continuity -- to continually strive to improve customer service and program performance within the basic Government framework, to create a work environment that encourages creative thinking, and to maintain focus, intensity and persistence, even under adversity. | NQ (Q) HQ |
| Leading People: This core qualification involves the ability to design and implement strategies that maximize employee potential and foster high ethical standards in meeting the organization's vision, mission, and goals. | NQ (Q) HQ |
| Results Driven: This core qualification stresses accountability and continuous improvement. It includes the ability to make timely and effective decisions and produce results through strategic planning and the implementation and evaluation of programs and policies. | NQ (Q) HQ |
| Business Acumen: This core qualification involves the ability to acquire and administer human, financial, material, and information resources in a manner which instills public trust and accomplishes the organization's mission, and to use new technology to enhance decision making. | NQ (Q) HQ |
| Building Coalitions/Communications: This core qualification involves the ability to explain, advocate and express facts and ideas in a convincing manner, and negotiate with individuals and groups internally and externally. It also involves the ability to develop an expansive professional network with other organizations, and to identify the internal and external policies that impact the work of the organization. | NQ (Q) HQ |
| NOTE: If applicant is a current or former Senior Executive (with reinstatement eligibility), they are assumed "Highly Qualified" in the five ECQs. | |

Review Rating and Evaluation Plan for a more detailed description of each of the five (5) Executive Core Qualifications (ECQ's). Applicants must be rated at least "Qualified" on all 5 of the executive core qualification requirements in order to be considered basically qualified for this position. If they rated "Not Qualified" on one or more of the executive core qualifications, they are to be rated "Not Qualified" and given no further consideration.

| | | |
|---|---|---|
| Not Qualified | ______ | No further rating required. |
| Qualified | ✓ | Proceed with the rest of the rating. |

| *Professional/Technical Qualifications* | Rating |
|---|---|
| **Mandatory Professional/Technical Qualifications**<br><br>**1. Broad familiarity with water safety and marine transportation, including principles and practices of navigation, marine engineering, marine regulation and accident investigation, naval architecture and watchstanding requirements sufficient to provide leadership in directing marine accident investigation and the formulation of improved safety practices.** | NQ Q (HQ) |
| **2. Authoritative knowledge of marine transport and its regulation and demonstrated ability as spokesperson, advocate, or instructor in this field sufficient to ensure the ability to represent NTSB's products and positions during legislative, executive and industry activities.** | NQ Q (HQ) |
| Review Rating and Evaluation Plan for a more detailed description regarding both of the Mandatory Professional/Technical Qualifications. Applicants must rated "Qualified" on both of the Mandatory Professional/Technical qualification requirements in order to be considered basically qualified for this position. If they are rated "Not Qualified" on either one of the Mandatory Professional/Technical Qualifications, they are to be rated "Not Qualified" and given no further consideration.<br><br>Not Qualified ______ No further rating required.<br>Qualified __✓__ Proceed with the rest of the rating. | |
| **Desirable Professional/Technical Qualifications**<br><br>**1. General knowledge and understanding of the National Transportation Safety Board's (NTSB's) operations and familiarity with the operations of the United States Department of Transportation, the United States Coast Guard, and the relationship of national security organizations to coastwise and inter-coastal security.** | NQ Q (HQ) |
| **2. Demonstrated command and/or responsibility of or for sea-going operations.** | NQ (Q) HQ |

| SES Panel Member(s): Ronald Battocchi | Date: 11/15/04 |
|---|---|

| QUALIFIED | NOT QUALIFIED | CDP GRADUATE | CURRENT SESer | FORMER SESer |
|---|---|---|---|---|
| ✓ | | | | |

[signature] 11-15-04

Elaine Weinstein 11/15/04

006095