# EXHIBIT NO. 31

000297

NTSB PERFORMANCE APPRAISAL FORM

SES [ ] PMS [ X ] SCH C [ ]

NAME : Marjorie Murtaugh
-TITLE : Director
OFFICE: Office of Marine Safety
PERFORMANCE APPRAISAL PERIOD : FROM: August 1, 2003 TO: July 31, 2004

INSTRUCTIONS : Complete this page, and for each rating element complete the second page. All remarks should be made on a separate page and attached to this form or made on the individual rating element pages.

Individual Rating Elements

| Element (C or NC) | Weighted Factor | Rating |
|---|---|---|
| 1. __C___ | _____2_____ | Outstanding |
| 2. __C___ | _____3_____ | Excellent |
| 3. __C___ | _____2_____ | Excellent |
| 4. __C___ | _____2_____ | Outstanding |
| 5. __C___ | _____1_____ | Outstanding |

TOTAL 10

**SUMMARY PERFORMANCE RATING Excellent**

Total of weight of Rating Elements must equal 10 and no element can have a weighted value of less than 0.5.

***CONVERSION TABLE***

*Outstanding - In the individual element ratings the employee must meet the standard for Outstanding level in 75% of the total weight of all elements, and no element can be rated below Excellent.*

*Excellent - In the individual element ratings the employee must meet the standards for the Outstanding and Excellent levels combined in 75% of the total weight of all the rating elements, and no element can be rated below Fully Successful.*

*Fully Successful - Only one critical element may be rated at the Minimally Satisfactory level and all others must be Fully Successful or higher. Non-critical elements must be Minimally Satisfactory or higher.*

*Minimally Satisfactory - Performs in a manner that falls below Fully Successful. Two or more critical elements rated Minimally Satisfactory must result in an overall Minimally Satisfactory rating.*

*Unacceptable (GS) Unsatisfactory (SES) - Performs in a manner which falls below the Minimally Satisfactory level. In the individual element ratings, one or more critical elements rated as Unacceptable/Unsatisfactory must result in an overall Unacceptable/Unsatisfactory rating.*

RATING ELEMENT #1 CRITICAL [ X ] NON-CRITICAL [ ] WEIGHT OF ELEMENT [ 2 ]

000298

## SIGNATURES AND CERTIFICATIONS

RATING ELEMENTS AND PERFORMANCE STANDARDS

Rating Official:____________________ Date ____________

Reviewing Official:____________________ Date ____________

Employee: ____________________ Date ____________

END OF YEAR RATING PERIOD EVALUATION

Rating Official: [signature] Date 12/16/04

Reviewing Official: [signature] Date 12-16-04

Employee: ____________________ Date ____________