# EXHIBIT NO. 32

000833

**National Transportation Safety Board**

**Memorandum**

DATE: March 28, 2005

TO: Joseph Osterman,
Managing Director

FROM: NTSB Executive Resource Board (ERB) Ad-Hoc Rating Panel

SUBJECT: Rating of Applicants for the Position of Director, Office of Marine Safety

Twenty applications were received in response to the announcement (WA-TB-5-009) for the position of Director, Office of Marine Safety. The HR Division conducted a minimum qualifications review of each application. As a result of this review, 15 applications were forwarded to the NTSB Ad-Hoc panel of the ERB. This group of candidates includes three current employees of the Safety Board: Marjorie Murtaugh, James Scheffer, and Barry Strauch.

The panel determined that 6 of these 15 candidates failed to meet the standard for qualifications on either Executive Core Qualifications or Mandatory Professional/Technical Qualifications. Of the remaining candidates, it is the panel's consensus judgment that the following 5 candidates are best qualified and should be interviewed: John Spencer, Jonathan Sarubbi, Robert Butterworth, Edward Blackwood, Clyde Marsh.

These applications are forwarded for your consideration. The Human Resources Division will forward the selection to the Office of Personnel Management for certification of the executive/managerial qualifications if required.

John C. Clark, Director
Office of Aviation Safety

Robert J. Chipkevich, Director
Office of Railroad, Pipeline and Hazardous Materials Investigations

Dr. Vernon Ellingstad, Director
Office of Research and Engineering

Tom Haueter, Deputy Director
Office of Aviation Safety

000834



Elaine Weinstein

Elaine Weinstein, Director
Office of Safety Recommendations and
Communications

NATIONAL TRANSPORTATION SAFETY BOARD

Referral and Selection Certificate

Position to be filled: Director, Office of Marine Safety

Vacancy Announcement Number: WA-TB-5-009

Grade Level and Series of this Certificate: ES-340

The Selecting Official: Joseph Osterman, Managing Director

Certificate Numbers: WA-TB-5-009

Date of Certificate: March 28, 2005

The persons listed below are best qualified among all the eligible candidates for the position shown above. This group was identified after thorough evaluation and comparison of candidates' qualifications against Office of Personnel Management standards and any special position requirements. You are requested to consider the attached data and arrange for interviews regarding the candidates of interest. When a selection is determined, please indicate the name of the person selected in the space provided below.

**CANDIDATES FOR CONSIDERATION:** See Attachment

**Human Resources Specialist:** ______________________ Date: ______________
Colette Magwood

**CANDIDATE SELECTED:** ______________________________

**Selecting Official:** ______________________

**Date of Selection:** __________

**Approval: Managing Director:** ______________________ Date: ______________

000836



WA-TB-5-009
Director, Office of
Marine Safety

Current or Former SES Member

| NAME | ID | CURRENT POSITION | ACTION TAKEN |
|---|---|---|---|
| BLACKWOOD, E B | 8345 | Director<br>Office of Regulatory Liaison<br>GS-340<br>Washington, D.C. | |
| | | | |

SES Eligible: Qualified

| NAME | ID | CURRENT POSITION | ACTION TAKEN |
|---|---|---|---|
| BUTTERWORTH, R M | 8590 | Operations Analyst, GS-1515-15<br>Director Operational Test & Evaluation<br>Dept of Defense<br>Washington, DC | |
| MARSH, W C | 7451 | Commander, Amphibious Group Three<br>San Diego, CA | |
| SPENCER, J S | 2675 | Vice President, Technology<br>American Bureau of Shipping<br>Houston, TX | |
| SARUBBI, JD | 5740 | Commanding Officer, Marine Safety Office<br>US Coast Guard<br>Philadelphia, PA | |
| | | | |
| | | | |

Certificate audited on ____________ by ________________.

[ ] This certificate was used for selection.

000837



[ ] This certificate was not used; selection made from ________________.