# EXHIBIT NO. 34

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

-----------------------------X
MARJORIE MURTAGH COOKE :
Plaintiff :
v. : Case No. 06-748C
THE UNITED STATES : Judge Thomas C. Wheeler
Defendant :
-----------------------------X

Videotaped Deposition of
ELLEN ENGLEMAN CONNERS

Washington, D.C.
Thursday, October 25, 2007
9:30 a.m.

Job No.: 1-115016
Pages 1 - 169
Reported by: Ellen L. Ford, RPR

Videotaped Deposition of ELLEN ENGLEMAN CONNERS, held at the offices of:

EMPLOYMENT LAW GROUP
888 17th Street, Northwest
Suite 900
Washington, D.C. 20006

Pursuant to agreement, before Ellen L. Ford, Registered Professional Reporter and Notary Public in and for the District of Columbia.



A P P E A R A N C E S

ON BEHALF OF PLAINTIFF:
R. SCOTT OSWALD, ESQUIRE
BRIAN M. LOWINGER, ESQUIRE
DAVID SCHER, ESQUIRE
EMPLOYMENT LAW GROUP
888 17th Street, Northwest
Suite 900
Washington, D.C. 20006
(202) 331-2883

ON BEHALF OF DEFENDANT UNITED STATES OF AMERICA:
QUAN LUONG, ESQUIRE
UNITED STATES ATTORNEYS OFFICE
501 3rd Street, Northwest, Room 4218
Washington, D.C. 20530
(202) 514-7176

ALSO PRESENT: Scott Forman, Videographer
Marjorie Murtagh Cooke, Plaintiff
Meredyth D. Cohen, Esq.
Denise M. D'Avella, Esq.



C O N T E N T S


| EXAMINATION OF ELLEN ENGLEMAN CONNERS | PAGE |
| --- | --- |
| By Mr. Oswald | 6 - 163 |
| By Mr. Luong | 163 - 164 |


\- - -

E X H I B I T S

(Exhibits retained by counsel.)


| ENGLEMAN CONNERS EXHIBITS | PAGE |
| --- | --- |
| No. 1 - Performance Appraisal Form | 85 |
| No. 2 - Affidavit | 142 |
| No. 3 - signed document | 143 |
| No. 4 - Performance Evaluation Form | 144 |
| No. 5A and B - e-mails | 145 |




P R O C E E D I N G S

VIDEOGRAPHER: Here begins Tape No. 1 in the deposition of Ellen Engleman Conners in the matter of Marjorie Murtagh Cooke versus the United States, pending in the U.S. Court of Federal Claims, Case No. 6-748C and the related claim.

Today's date is October 25th, 2007. The time is 9:54 a.m.

The Video Operator is Scott Forman of LAD Reporting.

This deposition is taking place at the Employment Law Group, 888 17th Street, Northwest, Washington, D.C.

Would counsel please identify themselves and state whom they represent?

MR. OSWALD: Scott Oswald on behalf of the Plaintiff, Marjorie Murtagh Cooke. And in the room is Brian Lowinger and David Scher and Ms. Murtagh Cooke.

MR. LUONG: Quan Luong for the Defendant in the matter before the District Court. Just point of clarification that this deposition is

I think he probably worked with HR.
Q And what role did you play in either preparing or reviewing the position description --
A None.
Q -- that Dan Campbell would prepare for the Directors of each of the modes, the investigative modes?
A I didn't have a role in that.
Q What conversations if any did you have with Dan Campbell about the preparation of the job descriptions for any of the Director positions that were being competed for the four investigative modes?
A I think we had some general, you know, discussion, but it was basically let's find the best person. I mean, it wasn't any detailed -- there wasn't a laundry list or anything like that.
Q So other than Dan Campbell, who else made the decision -- was involved in making the actual decision of what the position description would be for each of the Directors of the four investigative modes; Highway, Aviation, Marine and Rail?
A I don't know who he talked with. I would



assume -- I mean, I don't know who he consulted with. I would assume it would be HR because that's what they did. They were responsible for position descriptions. So --
Q Who had the ultimate authority to sign off on the position description that was -- NTSB had set upon for each of the Director positions; Highway, Marine, Aviation and Rail?
A I believe as Managing Director Dan had that authority.
Q All right.
A I don't remember one way or another whether I also had to sign off or not. I don't remember doing it, I don't remember not doing it. I think that fell under Managing Director's office, though.
Q I understand. The decision on -- once the managing -- once Dan Campbell received the individuals, the final interview list from the ERM Board, what authority did he have then to make the selection for the Director of any of the investigative modes; Highway, Marine, Aviation and Rail?
A I don't know.



Q What role did you play in that process, if any?
A I mean, I don't know -- I believe the process was that Dan would -- that the ERM would make the selection and make it as a recommendation, and then Dan and I would both sign off on that recommendation is the way I remember the process.
Q But when they send over a list of names, when ERM send you a list of names to interview --
A I don't remember -- no, no, no.
Q -- what role did you play in interviewing any of those individuals?
A No, no, no. I never saw a list of any names. I never knew anyone who was applying to any of those jobs. I never saw a list of names and I wasn't on the ERM.
Q I understand. What role did you play in interviewing any of the individuals that came as a recommendation from the ERM?
A Zero. Zero. Because I did not interview anyone, I never saw the list of names, I wasn't a member of the ERM, so none would be the answer.



Q I understand. The layout in the NTSB, the proximity of Dan Campbell and the Directors of each of the investigative modes, where were they in relation to where your office was?
A My office was on the sixth floor. Everyone was everywhere. The Chairman and Vice Chairman were on the sixth floor. The other three members were on the fourth floor. Public Affairs --
Q The other three members, you mean of the Board.
A Other three members of the Board were on the fourth floor. Managing Director was on the sixth floor. Public Affairs was on the sixth floor. General Counsel was on the sixth floor.
Everybody was spread everywhere. I mean, we have odd space over there. It's not --
Q When you say, "the Managing Director," you mean Dan Campbell.
A Right.
Q So you and Dan Campbell were on the same floor of the NTSB.
A Yes, yes.

Q How close were your offices?
A He was in the middle of the building and I was at kind of the end of the building, two-thirds down.
Q I understand. And what other Directors, either Highway, Marine, Aviation or Rail, were also on the sixth floor, if any?
A I don't -- we moved offices several times. People were constantly changing offices, so I really -- I don't remember where each individual's office was.
We had the labs, we had a variety of things. So I can't tell you specifically offices.
Quite honestly, people met with me in my office, I didn't go to their offices, so I didn't worry about office numbers.
Q During which period of time was Marjorie Murtagh Cooke, as Director of Marine Safety, on your floor?
MR. LUONG: Objection; assumes facts not in evidence.
Q You may answer the question.



A I don't know.
Q You don't know?
A No, I don't know.
Q Do you know, was she on the sixth floor?
A I never paid -- as I said, people always met in my office, I never met in other people's offices, so I really don't remember what floor anybody was on as far as the modes.
Q Okay. It's possible that Marjorie Murtagh Cooke was on the sixth floor during your tenure --
MR. LUONG: Objection; asked and answered.
Q -- as the Chairman and CEO of the NTSB; is that not correct?
A It's possible. I, again, did not visit the modal offices. All the meetings that I held were usually in my office or in the Chairman's conference room, or we would have the NTSB hearing room, which is where I usually would interact, or the Managing Director's conference room. So it was generally in conferences and meetings not in their personal office space.



Q I understand. When did you first -- strike that.
All right. When did you first become aware that some of the Directors of the four investigative modes were paid differently?
A Were paid differently.
Q Mm-hmm. Different levels.
A Meaning they all weren't SESs? Or what -- I don't --
Q When if ever did you become aware that the individuals who were in the Director positions of any of the four investigative modes at the NTSB -- Highway, Marine, Rail or Aviation -- were paid at a different base salary?
A I don't know what their base salaries were, so I can't answer that. I can -- I mean, I don't know what anyone was paid. I didn't sign their checks. So I don't actually know the salary of any one person other than myself.
Q My question is just a little bit different, though.
A Right. That's what I'm trying to



understand.
Q My question is, when if ever did you become aware that any of the Directors of the four investigative modes at the NTSB were paid differently?
MR. LUONG: I'm just going to object to the term "differently" as vague.
COURT REPORTER: As what?
MR. LUONG: Vague.
COURT REPORTER: Thank you.
A I'm sorry. I really don't understand your question.
Q All right. When if ever did you become aware that any of the Directors at the NTSB -- Highway, Marine, Aviation or Rail -- were concerned about the fact that he or she was paid differently from other Directors at the NTSB?
MS. COHEN: Objection; assumes facts not in evidence.
Q You may answer the question.
A It's the way you're phrasing it, I'm having a hard time understanding exactly what you're asking.
When we did -- when I was presented with the