IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| MARJORIE MURTAGH COOKE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 06-748C |
| | ) | (Judge Wheeler) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

Pursuant to Rules 6(b) and 6.1 of the Rules of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully requests that the Court grant an enlargement of time of ten days, to and including July 25, 2008, within which to prepare and file our reply to plaintiff's response to our motion for summary judgment. Our reply is currently due on July 14, 2008. This is our first request for an enlargement of time for this purpose. Defendant's counsel contacted plaintiff's counsel, and was informed that plaintiff does not object to this motion for enlargement of time.

The enlargement of time requested is necessary because defendant's counsel, among other matters, is required to: (1) prepare and file the Government's brief in Simpson v. Peake, Fed. Cir. No. 2008-7077, by July 14, 2008; (2) prepare and file stipulations of fact, an exhibit list, a witness list, and other pretrial documents in the above-captioned case by July 17, 2008; (3) prepare and file the Government's brief in Flowers v. United States, Fed. Cir. No. 2008-5052, by July 21, 2008; and (4) prepare and file the Government's brief in Weiberg v. MSPB, Fed. Cir. No. 2008-3152, by July 22, 2008. Additionally, defendant's counsel was out of the office from June 26 to July 7, 2008.

Accordingly, we respectfully request that the Court grant defendant's unopposed motion

for an enlargement of time of ten days, to and including July 25, 2008, in which to file our reply.

Respectfully Submitted,

GREGORY G. KATSAS
Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s/ HAROLD D. LESTER, JR.
HAROLD D. LESTER, JR.
Assistant Director

/s/ MEREDYTH D. COHEN
MEREDYTH D. COHEN
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street NW
Attn: Classification Unit
8th Floor
Tel: (202) 353-7978
Fax: (202) 514-8624
Washington, DC 20530

July 7, 2008

Attorneys for Defendant

CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of July, 2008 a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/MEREDYTH D. COHEN