# EXHIBIT A

# TABLE OF AUTHORITIES

## CASES

*Allison v. U.S.*, 39 Fed. Cl. 471 (1997) ........ 13
*Anderson v. Liberty Lobby, Inc.*, 477 U.S. 242 (1986) ........ 13
*Celotex Corp. v. Catrett*, 477 U.S. 317 (1986) ........ 13
*Corning Glass Works v. Brennan*, 417 U.S. 188 (1974) ........ 14, 19-20
*County of Wash. v. Gunther*, 452 U.S. 161 (1981) ........ 19
*Ellison v. United States*, 25 Cl. Ct. 481 (1992) ........ 15, 19
*Goodrich v. Int'l Bhd. of Elec. Workers*, 815 F.2d 1519 (D.C. Cir.1987) ........ 15
*Hauschild v. U.S.*, 53 Fed. Cl. 134 (2002) ........ 13-14, 19-20
*Lissak v. United States*, 49 Fed. Cl. 281 (2001) ........ 14
*Mansfield v. U.S.*, 71 Fed. Cl. 687 (2006) ........ 14, 19
*Molden v. United States*, 11 Cl. Ct. 604 (1987) ........ 14, 26
*Pearce v. Wichita County, etc., Hosp. Bd.*, 590 F.2d 128 (5th Cir.1979) ........ 15
*Pleasant Country, Ltd. v. U.S.*, 37 Fed. Cl. 321, 325 (Fed. CL. 1997) ........ 13
*Niagara Mohawk Power Corp. v. U.S.*, 525 F.2d 1380, 1385 (Ct. Cl. 1975) ........ 13
*Raymond v. United States*, 31 Fed. Cl. 514 (1994) ........ 14

## RULES

RCFC 56(c) ........ 13

## STATUTES

29 C.F.R. § 1620.14(a) ........ 14
29 C.F.R. § 1620.15(a) (2001) ........ 15
29 U.S.C. § 206 ........ 1, 14
29 U.S.C. § 206(d) ........ 11, 14, 19
29 U.S.C. § 215(a)(3) ........ 11
49 C.F.R. § 800.2 ........ 15
49 C.F.R. § 800.25 ........ 15