IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| MARJORIE MURTAGH COOKE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 06-748C |
| | ) | (Judge Wheeler) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**TRIAL EXHIBIT LISTS**

Pursuant to the Court's April 2, 2008 Pretrial Order, the parties hereby submit the following exhibit lists. The first exhibit list is a joint exhibit list consisting of the exhibits to which neither party objects. The second exhibit list is a list of plaintiff's exhibits to which defendant may object. The third exhibit list is a list of defendant's exhibits to which plaintiff may object. Pursuant to the Court's April 2, 2008 order, the parties will file their objections, if any, including the nature of the objections and the Federal Rules of Evidence relied upon, on or before August 6, 2008.

JOINT EXHIBIT LIST

| Exh # | Description | Bates - Begin | Bates - End | Doc Date |
|---|---|---|---|---|
| 0001 | Title 5 Overtime Pay | MurtaghCooke CFC 1951 | 1953 | Undated |
| 0002 | Senior Executive Service Guide | MurtaghCooke CFC 0001 | 00043 | 2/2004 |
| 0003 | NTSB Operations Bulletin HR-PRF-001- Performance Management System | 1128 | 1147 | 08/19/2005 |
| 0004 | NTSB - Operations Bulletin HR-SFT-003 - Merit Staffing Plan | 1148 | 1162 | 08/19/2005 |
| 0005 | NTSB 1000 Order - Performance Management System | 80048 | 80070 | 08/21/1996 |
| 0006 | NTSB 1002 Order - Incentive Award Program | 80031 | 80047 | 01/24/1996 |
| 0007 | NTSB 1003 Order - Recruitment and Relocation Bonuses and Retention Allowances | 80071 | 80079 | 02/12/1996 |
| 0008 | General Schedule Salary and Locality Rate Table | 80082 | 80082 | 01/2002 |
| 0009 | General Schedule Salary and Locality Rate Table | 80083 | 80083 | 01/2003 |
| 0010 | Senior Executive Service Salary and Locality Rate Table | 112 | 112 | 01/2003 |
| 0011 | General Schedule Salary and Locality Rate Table | 80084 | 80084 | 01/2004 |
| 0012 | General Schedule Salary and Locality Rate Table | 80085 | 80085 | 01/2005 |
| 0013 | National Transportation Safety Board (“NTSB”) Organizational Chart | 0050 | 0050 | Undated |
| 0014 | Senior Executive Service Chart | 0292 | 0293 | 03/31/2005 |
| 0015 | Senior Executive Service Chart | 6022 | 6022 | Undated |

| | | | | |
|---|---|---|---|---|
| 0016 | Senior Level Chart | 1395 | 1395 | 03/31/2005 |
| 0017 | New Appointments to Senior Executive Service and Senior Level Positions Between 2002 and 2005 | 9000 | 9000 | Undated |
| 0018 | Letter from Daniel Campbell to OPM | 147 | 156 | 07/17/2001 |
| 0019 | Letter from Daniel Campbell to OPM | 1396 | 1412 | 07/18/2003 |
| 0020 | Letter from OPM to Ms. Carmody | 0157 | 0157 | 09/23/2002 |
| 0021 | Letter from OPM to Ms. Carmody | 0159 | 0159 | 05/26/2004 |
| 0022 | NTSB - Senior Executive Service Vacancy Announcement, Director, Office of Marine Safety | 0812 | 0819 | 07/14/2004 |
| 0023 | NTSB - Senior Executive Service Vacancy Announcement, Director, Office of Marine Safety | 0825 | 0832 | 01/11/2005 |
| 0024 | Office of Aviation Safety Number of Employees | 1091 | 1091 | 10/01/2002 |
| 0025 | Office of Aviation Safety Number of Employees | 1096 | 1096 | 10/01/2003 |
| 0026 | Office of Aviation Safety Number of Employees | 1100 | 1100 | 10/01/2004 |
| 0027 | Office of Aviation Safety Number of Employees | 1104 | 1104 | 10/01/2005 |
| 0028 | Office of Aviation Safety Employees | 125 | 130 | Undated |
| 0029 | Office of Railroad, Pipeline & Hazardous Materials Investigations Employees | 131 | 133 | Undated |
| 0030 | Office of Highway Safety Employees | 134 | 135 | Undated |
| 0031 | Office of Marine Safety Employees | 123 | 124 | Undated |
| 0032 | United States Code, Title 49 Chapter 11 NTSB | 1009 | 1035 | Undated |
| 0033 | Title 49 - Chapter V111 - Transportation | 1036 | 1037 | 10/14/1982 |

| | | | | |
|---|---|---|---|---|
| 0034 | National Transportation Safety Board Annual Report | 0364 | 0445 | 2002 |
| 0035 | National Transportation Safety Board Annual Report | 0446 | 0542 | 2003 |
| 0036 | National Transportation Safety Board Annual Report | 0543 | 0650 | 2004 |
| 0037 | National Transportation Safety Board Annual Report | 0651 | 0752 | 2005 |
| 0038 | RPH Launches and Reports | 1108 | 1109 | 03/26/2007 |
| 0039 | Office of Highway Safety Investigations Log | 1113 | 1127 | 10/01/2005 |
| 0040 | Marine Accidents | 1110 | 1112 | 04/11/2007 |
| 0041 | NTSB Operations Bulletin AS-INT-006 - Participation in International Aircraft Accident and Investigations | 3010 | 3021 | 05/25/2007 |
| 0042 | NTSB Publications - Aviation Statistical Reports | 4151 | 4194 | 06/07/2007 |
| 0043 | Memorandum of Understanding Between the NTSB and USCG | 1038 | 1044 | 09/12/2002 |
| 0044 | Email from Marjorie Murtagh to Lisa Love | MurtaghCooke CFC1984 | CFC1984 | 04/09/2004 |
| 0045 | Excerpts from EEO Investigative Report | | | |
| | Table of Contents and Index | 00001 | 00016 | 12/06/2005 |
| | Title 49 – Chapter VIII – Transportation | 00040 | 00047 | 10/01/1999 |
| | Comparison of Core Functions of Office Director Positions | 00105 | 00106 | Undated |
| | Comparison of Average Compensation of Modal Office Directors | 00110 | 00110 | Undated |
| | Director of OMS Position Description | 00899 | 00902 | 10/19/2005 |
| | Affidavit of Dan Campbell | 00137 | 00144 | 10/17/2005 |
| | Affidavit of Ellen Engleman Conners | 00160 | 00165 | 12/14/1992 |
| | Director of OAS Position Description | 00219 | 00222 | |

| | | | | |
|---|---|---|---|---|
| 0046 | Director of OMS SES Position Description | 00753 | 00758 | Undated |
| 0047 | Director of OAS Position Description | 00759 | 00765 | 12/15/2005 |
| 0048 | Director of OHS Position Description | 00766 | 00771 | 12/15/2005 |
| 0049 | Director of ORPH Position Description | 00778 | 00783 | 12/15/2005 |
| 0050 | Director of the Office of Research and Engineering Position Description | 00784 | 00789 | 12/15/2005 |
| 0051 | Director of the Office of Safety Recommendations Position Description | 00790 | 00794 | 12/14/2002 |
| 0052 | Marjorie Murtagh Within-Grade Increase<br>Marjorie Murtagh Within-Grade Increase<br>Marjorie Murtagh Notification of Personnel Action (SF-50)<br>Marjorie Murtagh Within-Grade Increase<br>Marjorie Murtagh Notification of Personnel Action (SF-50)<br>Marjorie Murtagh Notification of Personnel Action (SF-50)<br>Incentive Award Recommendation Form - Marjorie Murtagh<br>Marjorie Murtagh Notification of Personnel Action (SF-50)<br>Marjorie Murtagh Notification of Personnel Action (SF-50)<br>Incentive Award Recommendation Form - Marjorie Murtagh<br>Approving Official Form - Marjorie Murtagh<br>Marjorie Murtagh Notification of Personnel Action (SF-50)<br>Marjorie Murtagh Notification of Personnel Action (SF-50)<br>Within-Grade Notice<br>Marjorie Murtagh Notification of Personnel Action (SF-50)<br>Marjorie Murtagh Notification of Personnel Action (SF-50) | 1199<br>1198<br>0363<br>1197<br>0309<br>0360<br>0300<br>0357<br>0299<br>0295<br>0296<br>0294<br>0356<br>1195<br>0355<br>0349 | 1199<br>1198<br>0363<br>1197<br>0309<br>0360<br>0300<br>0357<br>0299<br>0295<br>0296<br>0294<br>0356<br>1195<br>0355<br>0349 | 11/09/1995<br>08/16/1998<br>01/27/2002<br>02/05/2002<br>10/15/2002<br>01/12/2003<br>10/18/2003<br>01/11/2004<br>02/02/2004<br>12/15/2004<br>12/16/2004<br>12/20/2004<br>01/09/2005<br>01/22/2005<br>01/23/2005<br>01/08/2006 |

| | | | | |
|---|---|---|---|---|
| 0053 | Robert Chipkevich Notification of Personnel Action (SF-50) | 3595 | 3595 | 05/20/2001 |
| | Robert Chipkevich Notification of Personnel Action (SF-50) | 3585 | 3585 | 01/13/2002 |
| | Robert Chipkevich Notification of Personnel Action (SF-50) | 3586 | 3586 | 01/27/2002 |
| | Incentive Award Recommendation Form - Robert Chipkevich | 3587 | 3587 | 02/27/2002 |
| | Reviewing Official Form | 3588 | 3588 | 03/07/2002 |
| | Robert Chipkevich Notification of Personnel Action (SF-50) | 3584 | 3584 | 01/12/2003 |
| | Incentive Award Recommendation Form - Robert Chipkevich | 3574 | 3574 | 10/15/2003 |
| | Robert Chipkevich Notification of Personnel Action (SF-50) | 3572 | 3572 | 01/11/2004 |
| | Robert Chipkevich Notification of Personnel Action (SF-50) | 3573 | 3573 | 01/23/2004 |
| | Incentive Award Recommendation Form - Robert Chipkevich | 3568 | 3568 | 12/15/2004 |
| | Approving Official Form | 3569 | 3569 | 12/16/2004 |
| | Robert Chipkevich Notification of Personnel Action (SF-50) | 3567 | 3567 | 12/20/2004 |
| | Robert Chipkevich Notification of Personnel Action (SF-50) | 6015 | 6015 | 01/23/2005 |
| | Robert Chipkevich Notification of Personnel Action (SF-50) | 3566 | 3566 | 01/08/2006 |
| | Robert Chipkevich Notification of Personnel Action (SF-50) | 3564 | 3564 | 12/24/2006 |
| 0054 | John C. Clark Notification of Personnel Action (SF-50) | 3646 | 3646 | 01/13/2002 |
| | John C. Clark Notification of Personnel Action (SF-50) | 3647 | 3647 | 10/30/2002 |
| | Notification of Cash Award of $250 | 3648 | 3648 | Undated |
| | John C. Clark Notification of Personnel Action (SF-50) | 3645 | 3645 | 01/12/2003 |
| | John C. Clark Notification of Personnel Action (SF-50) | 80115 | 80115 | 01/12/2003 |
| | John C. Clark Notification of Personnel Action (SF-50) | 3636 | 3636 | 01/12/2003 |
| | Incentive Award Recommendation Form - John Clark | 3637 | 3637 | 10/15/2003 |
| | John C. Clark Notification of Personnel Action (SF-50) | 3635 | 3635 | 01/11/2004 |
| | John C. Clark Notification of Personnel Action (SF-50) | 80114 | 80114 | 01/23/2004 |
| | Incentive Award Recommendation Form - John C. Clark | 3631 | 3631 | 12/15/2004 |
| | Approving Official Form | 3632 | 3632 | 12/16/2004 |
| | John C. Clark Notification of Personnel Action (SF-50) | 3630 | 3630 | 12/20/2004 |
| | John C. Clark Notification of Personnel Action (SF-50) | 80113 | 80113 | 01/23/2005 |
| | John C. Clark Notification of Personnel Action (SF-50) | 6021 | 6021 | 01/23/2005 |
| | John C. Clark Notification of Personnel Action (SF-50) | 3629 | 3629 | 01/04/2006 |
| | John C. Clark Notification of Personnel Action (SF-50) | 3627 | 3627 | 11/26/2006 |

| | | | | |
|---|---|---|---|---|
| 0055 | Thomas Haueter Notification of Personnel Action (SF-50) | 3753 | 3753 | 01/13/2002 |
| | Thomas Haueter Notification of Personnel Action (SF-50) | 3752 | 3752 | 01/12/2003 |
| | Thomas Haueter Notification of Personnel Action (SF-50) | 3736 | 3736 | 01/12/2003 |
| | Thomas Haueter Notification of Personnel Action (SF-50) | 3730 | 3730 | 01/11/2004 |
| | Thomas Haueter Notification of Personnel Action (SF-50) | 3743 | 3743 | 01/23/2004 |
| | Incentive Award Recommendation Form - Thomas Haueter | 3744 | 3744 | Undated |
| | Approving Official Form | 3745 | 3745 | 01/29/2004 |
| | Incentive Award Recommendation Form - Thomas Haueter | 3734 | 3734 | 12/15/2004 |
| | Approving Official Form | 3735 | 3735 | 12/16/2004 |
| | Thomas Haueter Notification of Personnel Action (SF-50) | 3731 | 3731 | 12/20/2004 |
| | Thomas Haueter Notification of Personnel Action (SF-50) | 3721 | 3721 | 01/23/2005 |
| | Incentive Award Recommendation Form - Thomas Haueter | 3727 | 3727 | 02/03/2005 |
| | Reviewing Official Form | 3728 | 3728 | 02/03/2005 |
| | Approving Official Form | 3729 | 3729 | 02/11/2005 |
| | Thomas Haueter Notification of Personnel Action (SF-50) | 3726 | 3726 | 02/22/2005 |
| | NTSB On-The-Spot Awards Memorandum | 3723 | 3723 | 03/10/2005 |
| | Incentive Award Recommendation Form - Thomas Haueter (page 1) | 3724 | 3724 | 03/15/2005 |
| | Incentive Award Recommendation Form - Thomas Haueter (page 2) | 3725 | 3725 | 03/15/2005 |
| | Thomas Haueter Notification of Personnel Action (SF-50) | 3722 | 3722 | 03/16/2005 |
| | Thomas Haueter Notification of Personnel Action (SF-50) | 3720 | 3720 | 01/04/2006 |
| | Thomas Haueter Notification of Personnel Action (SF-50) | 3718 | 3718 | 01/08/2006 |
| | Thomas Haueter Notification of Personnel Action (SF-50) | 3719 | 3719 | 12/24/2006 |

| | | | | |
|---|---|---|---|---|
| 0056 | Incentive Award Recommendation Form - Robert MacIntosh Jr. | 3821 | 3821 | 09/25/2002 |
| | Reviewing Official Form | 3822 | 3822 | 09/25/2002 |
| | Robert MacIntosh Jr., Notification of Personnel Action (SF-50) | 3820 | 3820 | 10/12/2002 |
| | Incentive Award Recommendation Form - Robert MacIntosh Jr. | 3813 | 3813 | 10/23/2002 |
| | Reviewing Official Form | 3814 | 3814 | 10/23/2002 |
| | Robert MacIntosh Jr., Notification of Personnel Action (SF-50) | 3818 | 3818 | 10/30/2002 |
| | Notification of Cash Award of $250 | 3819 | 3819 | Undated |
| | Robert MacIntosh Jr., Notification of Personnel Action (SF-50) | 4121 | 4121 | 01/12/2003 |
| | Reviewing Official Form | 3797 | 3797 | 06/06/2003 |
| | Robert MacIntosh Jr., Notification of Personnel Action (SF-50) | 3812 | 3812 | 10/29/2003 |
| | Robert MacIntosh Jr., Notification of Personnel Action (SF-50) | 4119 | 4119 | 01/11/2004 |
| | Incentive Award Recommendation Form - Robert MacIntosh Jr. | 3807 | 3807 | 08/29/2004 |
| | Reviewing Official Form | 3808 | 3808 | 08/29/2004 |
| | Robert MacIntosh Jr., Notification of Personnel Action (SF-50) | 3806 | 3806 | 12/08/2004 |
| | Robert MacIntosh Jr., Notification of Personnel Action (SF-50) | 4118 | 4118 | 01/09/2005 |
| | Incentive Award Recommendation Form - Robert MacIntosh Jr. | 3800 | 3800 | 02/03/2005 |
| | Reviewing Official Form | 3801 | 3801 | 02/03/2005 |
| | Approving Official Form | 3802 | 3802 | 02/11/2005 |
| | Incentive Award Recommendation Form - Robert MacIntosh Jr. | 3796 | 3796 | 06/07/2005 |
| | Robert MacIntosh Jr., Notification of Personnel Action (SF-50) | 3799 | 3799 | 07/06/2005 |
| | Approving Official Form | 3798 | 3798 | 07/21/2005 |
| | Robert MacIntosh Jr., Notification of Personnel Action (SF-50) | 3795 | 3795 | 08/18/2005 |

| | | | | |
|---|---|---|---|---|
| 0057 | Joseph Osterman Jr., Notification of Personnel Action (SF-50)<br>Joseph Osterman Jr., Notification of Personnel Action (SF-50)<br>Joseph Osterman Jr., Notification of Personnel Action (SF-50)<br>Joseph Osterman Jr., Notification of Personnel Action (SF-50)<br>Joseph Osterman Jr., Notification of Personnel Action (SF-50)<br>Incentive Award Recommendation Form - Joseph Osterman<br>Incentive Award Approving Official Form<br>Joseph Osterman Jr., Notification of Personnel Action (SF-50)<br>Joseph Osterman Jr., Notification of Personnel Action (SF-50)<br>Joseph Osterman Jr., Notification of Personnel Action (SF-50)<br>Joseph Osterman Jr., Notification of Personnel Action (SF-50)<br>Joseph Osterman Jr., Notification of Personnel Action (SF-50) | 80104<br>80105<br>3982<br>80106<br>80107<br>3980<br>3981<br>80108<br>80109<br>80110<br>80111<br>80112 | 80104<br>80105<br>3982 80106<br>80107<br>3980<br>3981 80108<br>80109<br>80110<br>80111<br>80112 | 09/22/2002<br>09/22/2002<br>10/15/2002<br>01/12/2003<br>01/12/2003<br>10/15/2003<br>11/13/2003<br>01/11/2004<br>01/11/2004<br>06/12/2004<br>06/13/2004<br>01/23/2005 |
| 0058 | John S. Spencer Notification of Personnel Action (SF-50)<br>John S. Spencer Notification of Personnel Action (SF-50)<br>John S. Spencer Notification of Personnel Action (SF-50)<br>John S. Spencer Notification of Personnel Action (SF-50)<br>John S. Spencer Notification of Personnel Action (SF-50) | 4016<br>4015<br>4014<br>4013<br>4012 | 4016<br>4015<br>4014<br>4013<br>4012 | 08/01/2005<br>01/08/2006<br>08/06/2006<br>12/24/2006<br>01/07/2007 |

<u>Plaintiff's Exhibits</u>

| **Exh #** | **Description** | **Bates - Begin** | **Bates - End** | **Doc Date** |
|---|---|---|---|---|
| 0001 | 2004 SES Rating Sheet for Mrs. Murtagh Cooke | 06094 | 06095 | 11/15/2004 |
| 0002 | Memorandum Regarding 2004 Selected Candidates | 00820 | 00824 | 12/02/2004 |
| 0003 | 2003-2004 Performance Review | 00297 | 00298 | 12/16/2004 |
| 0004 | Memorandum Regarding March 28, 2005 Selected Candidates | 00833 | 00837 | 03/28/2005 |
| 0005 | Report of Dr. Richard Edelman | N/A | N/A | 06/18/2007 |

| | | | | |
|---|---|---|---|---|
| 0006 | Correction to June 18, 2007 Report of Dr. Edelman | N/A | N/A | 11/19/2008 |
| 0007 | Report by Dr. Richard Edelman regarding Lost Pension Income | N/A | N/A | 11/19/2007 |

<u>Defendant's Exhibit</u>

| **Exh #** | **Description** | **Bates - Begin** | **Bates - End** | **Doc Date** |
|---|---|---|---|---|
| 0001 | Expert Report of Michael Conte, Ph.D. | N/A | N/A | 8/31/2007 |

Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s/ HAROLD D. LESTER, JR.
HAROLD D. LESTER, JR.
Assistant Director

/s/ R. SCOTT OSWALD
R. SCOTT OSWALD
Employment Law Group
888 17th Street, NW, Suite 900
Washington, DC 20006
Tel: (202) 331-2883

Attorney for Plaintiff

/s/ MEREDYTH D. COHEN
MEREDYTH D. COHEN
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tel: (202) 353-7978
Fax: (202) 514-8624

Of Counsel:

KATHLEEN SILBAUGH
Office of General Counsel
National Transportation Safety Board

July 17, 2008

Attorneys for Defendant

CERTIFICATE OF SERVICE

I certify under that on this 17th day of July, 2008 a copy of the foregoing "TRIAL EXHIBIT LISTS" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ MEREDYTH D. COHEN