IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| MARJORIE MURTAGH COOKE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 06-748C |
| | ) | (Judge Wheeler) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S WITNESS LIST**

Pursuant to Rule 15(a) of Appendix A of the Rules of the United States Court of Federal Claims ("RCFC"), as modified by this Court's order of April 2, 2008, defendant, the United States respectfully submits the following witness list with regard to the trial of plaintiff, Marjorie Murtagh Cooke. This list does not contain witnesses whom defendant may choose to use for impeachment. See RCFC Appendix A ¶ 15(a).

Defendant expects to call those witnesses designated with an asterisk. Defendant may call the remaining witnesses should the need arise.

*1. Daniel D. Campbell
11341 Vale Road
Oakton, VA 22124-1302

Mr. Campbell, the former Managing Director of the National Transportation Safety Board ("NTSB"), was Ms. Cooke's direct supervisor from 2000 until early 2005. Mr. Campbell is expected to testify regarding the requesting and allocation of Senior Executive Service ("SES") slots. Mr. Campbell may also testify regarding Ms. Cooke's skills, efforts, responsibilities, and working conditions. Mr. Campbell was also the direct supervisor for three of Ms. Cooke's alleged comparators - Joseph Osterman, Robert Chipkevich, and John Clark. Mr. Campbell may testify regarding the skills, efforts, responsibilities, and working conditions

of Mr. Osterman, Mr. Chipkevich, and Mr. Clark. Mr. Campbell may also testify regarding the compensation of General Schedule ("GS"), Senior Level ("SL"), and SES employees. At this time, defendant expects that his direct testimony will last 3 hours.

*2. Ellen Engleman Conners
Senior Deputy Bureau Chief
Enforcement Bureau
Federal Communications Commission[1]

Ms. Engleman Conners, former Chairman of the NTSB, was Ms. Cooke's second-line supervisor. Ms. Engleman Conners is expected to testify regarding the allocation of SES slots in general, and, more specifically, the allocation of SES slots to the Director of the Office of Highway Safety ("OHS") and the Director of the Office of Marine Safety ("OMS") positions. Ms. Engleman Conners is also expected to testify regarding her conversation with Ms. Cooke that allegedly occurred in April 2004. Ms. Engleman Conners may testify regarding the skills, efforts, responsibilities, and working conditions of Ms. Cooke and her alleged comparators. Ms. Engleman Conners may also testify regarding the compensation of GS, SL, and SES employees. At this time, defendant expects that her direct testimony will last 3 hours.

3. Joseph Osterman
Managing Director
National Transportation Safety Board
490 L'Enfant Plaza, S.W.
Washington, DC 20594

Mr. Osterman assumed the duties of Managing Director on March 17, 2005, and thus was Ms. Cooke's direct supervisor for a short period of time. Prior to becoming Managing Director, Mr. Osterman was the Director of OHS. As the former Director of OHS and one of Ms. Cooke's

[1] Ms. Engleman Conners is in the process of changing jobs. Defendant will provide Ms. Engleman Conners' new job title and address when it becomes available.

alleged comparators, Mr. Osterman is expected to testify regarding the skills, efforts, responsibilities, and working conditions of that position. As Managing Director, Mr. Osterman may testify regarding the skills, efforts, responsibilities, and working conditions of Ms. Cooke and her alleged comparators. Mr. Osterman may also testify regarding the compensation of GS, SL, and SES employees. At this time, defendant expects that his direct testimony will last 3 hours.

4. Robert Chipkevich
Director of the Office of Railroad, Pipeline, and Hazardous Materials Investigations
National Transportation Safety Board
490 L'Enfant Plaza, S.W.
Washington, DC 20594

As the Director of the Office of Railroad, Pipeline, and Hazardous Materials Investigations ("ORPH") and one of Ms. Cooke's alleged comparators, Mr. Chipkevich is expected to testify regarding the skills, efforts, responsibilities, and working conditions of that position. Mr. Chipkevich may also testify regarding his compensation. At this time, defendant expects that his direct testimony will last 2 hours.

5. John Clark
Chief Scientist of the Office of Aviation Safety
National Transportation Safety Board
490 L'Enfant Plaza, S.W.
Washington, DC 20594

As the former Director of the Office of Aviation Safety ("OAS") and one of Ms. Cooke's alleged comparators, Mr. Clark is expected to testify regarding the skills, efforts, responsibilities, and working conditions of that position. Mr. Clark may also testify regarding his compensation. At this time, defendant expects that his direct testimony will last 2.5 hours.

6. John Spencer
Director of the Office of Marine Safety
National Transportation Safety Board
490 L'Enfant Plaza, S.W.
Washington, DC 20594

As the Director of OMS and one of Ms. Cooke's alleged comparators, Mr. Spencer is expected to testify regarding the skills, efforts, responsibilities, and working conditions of that position. Mr. Spencer may also testify regarding his compensation. At this time, defendant expects that his direct testimony will last 2 hours.

7. Thomas Haueter
Director of the Office of Aviation Safety
National Transportation Safety Board
490 L'Enfant Plaza, S.W.
Washington, DC 20594

As the former Deputy Director of OAS and one of Ms. Cooke's alleged comparators, Mr. Haueter is expected to testify regarding the skills, efforts, responsibilities, and working conditions of that position. Mr. Haueter may testify regarding the skills, efforts, responsibilities, and working conditions of the Director of OAS. Mr. Haueter may also testify regarding his compensation. At this time, defendant expects that his direct testimony will last 2 hours.

8. Robert MacIntosh
Chief Advisor for International Aviation Safety Affairs
National Transportation Safety Board
490 L'Enfant Plaza, S.W.
Washington, DC 20594

As the Chief Advisor for International Aviation Safety Affairs and one of Ms. Cooke's alleged comparators, Mr. MacIntosh is expected to testify regarding the skills, efforts, responsibilities, and working conditions of that position. Mr. MacIntosh may also testify regarding his compensation. At this time, defendant expects that his direct testimony will last 2 hours.

*9. Emily Carroll
Human Resources Specialist
National Transportation Safety Board
490 L'Enfant Plaza, S.W.
Washington, DC 20594

Ms. Carroll is expected to testify regarding the NTSB's procedure for requesting, allocating, and filling SES slots. Ms. Carroll is also expected to testify regarding the regulations and procedures governing compensation for NTSB employees. Ms. Carroll may testify regarding the compensation of Ms. Cooke and of her alleged comparators. At this time, defendant expects that her direct testimony will last 2.5 hours.

*10. Michael A. Conte, Ph D.
2332 E. Bowker St.
Phoenix, AZ 85040

Dr. Conte is expected to testify as an expert concerning the calculation of Ms. Cooke's alleged damages. At this time, defendant expects that his direct testimony will last 2 hours.

11. Marjorie Murtagh Cooke
8475 Sylvan Way
Clifton, VA 20124

Ms. Cooke is expected to testify regarding the skills, efforts, responsibilities, and working conditions of her position as the Director of OMS. She is also expected to testify regarding the availability of various pay options and her actions taken, if any, to avail herself of those options. She may also testify regarding her knowledge of SES allotments and allocations. Ms. Cooke may also testify regarding her compensation and alleged damages. At this time, defendant expects that her direct testimony will last 2 hours.

Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s/ HAROLD D. LESTER, JR.
HAROLD D. LESTER, JR.
Assistant Director

/s/ MEREDYTH D. COHEN
MEREDYTH D. COHEN
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tel: (202) 353-7978
Fax: (202) 514-8624

Attorneys for Defendant

Of Counsel:
KATHLEEN SILBAUGH
Office of General Counsel
National Transportation Safety Board

July 17, 2008

CERTIFICATE OF SERVICE

I certify under that on this 17th day of July 2008 a copy of the foregoing "DEFENDANT'S WITNESS LIST" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ MEREDYTH D. COHEN