# In the United States Court of Federal Claims

No. 06-748C
(Filed: July 21, 2008)

```
**************************************** *
                                         *
MARJORIE MURTAGH COOKE,                  *
                                         *
                    Plaintiff,           *
                                         *
 v.                                      *
                                         *
THE UNITED STATES,                       *
                                         *
                    Defendant.           *
                                         *
**************************************** *
```

ORDER

On July 17, 2008, Defendant filed a motion asking the Court to reconsider its July 9, 2008 Order denying Defendant's motion for summary judgment. Defendant's motion for reconsideration is based upon the fact that, following the Court's Order on Defendant's motion for summary judgment, the parties filed an extensive set of fact stipulations, comprising 28 pages and 221 separate paragraphs. Defendant states that the stipulations include "the vast majority" of the 259 facts that Defendant had proposed with its motion for summary judgment. Def.'s Mot. at 2. Trial in this matter is set to begin on August 18, 2008, and is scheduled for five days.

The Court commends the parties for their diligence in agreeing to facts not in dispute, and certainly the parties need not present evidence at trial as to any stipulated matters. In this respect, the stipulations may serve to shorten the trial. However, even if the Court were to reopen and reconsider Defendant's motion for summary judgment at this stage, the case would not be completely resolved. Under the circumstances presented, the better approach is for the Court to allow the parties to present their respective positions at trial. The stipulations of fact may of course be relied upon by either party as if they had been fully proven at trial. For these reasons, Defendant's motion for reconsideration is DENIED.

IT IS SO ORDERED.

s/Thomas C. Wheeler
THOMAS C. WHEELER
Judge