**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **MARJORIE MURTAGH COOKE,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **Case No. 06-748C** |
| | ) | **Judge Thomas C. Wheeler** |
| **THE UNITED STATES OF AMERICA,** | ) | |
| **Defendant.** | ) | |

**PLAINTIFF'S NOTICE OF DEPOSITION TESTIMONY DESIGNATIONS**
**OR, ALTERNATIVELY,**
**MOTION FOR LEAVE TO ADMIT PRIOR TESTIMONY INTO EVIDENCE**

Pursuant to the Case Management Procedures of the Rules of the Court of Federal Claims, RCFC, App. A, 15(b), Plaintiff Marjorie Murtagh Cooke ("Plaintiff" or "Mrs. Murtagh Cooke") hereby gives notice that she may introduce the following portions of deposition testimony, by video or written transcript, of witnesses who are, or at one point were, representatives or agents of the government pursuant to RCFC 32(a)(2) and Rule 801(d) of the Federal Rules of Evidence.

Appendix A, Rule 15(b) of the RCFC provides that "[a]ny party intending to present substantive evidence by way of deposition testimony, other than as provided by Fed. R. Evid. 801(d), shall serve and file a separate motion for leave to file the transcript of such testimony." (emphasis added). RCFC 32(a) states:

> At the trial or upon the hearing of a motion or an interlocutory proceeding, any part or all of a deposition, so far as admissible under the rules of evidence applied as though the witness were then present and testifying, may be used against any party who was present or represented at the taking of the deposition or who had reasonable notice thereof, in accordance with any of the following provisions:
> ...

> (2) The deposition of a party or of anyone who at the time of taking the deposition was an officer, director, or managing agent, or a person designated under RCFC 30(b)(6) or 31(a) to testify on behalf of a public or private corporation, partnership or association or governmental agency which is a party may be used by an adverse party for any purpose.

(emphasis added). Because all of the below identified designations are admissions by a party opponent under both RCFC 32(a)(2) and Fed. R. Evid. 801(d), no motion is required. Yet, following Defendant's position that it will oppose the admission of prior testimony into evidence and in the interests of efficiency (and without conceding whether such a motion is required), Plaintiff alternatively moves for leave to introduce the below-identified prior testimony as evidence.

A party offering deposition or trial testimony as a party admission under Rule 801(d)(2) need not show that the declarant will be unavailable to testify as a witness at trial. *Globe Savings Bank v. United States*, 61 Fed. Cl. 91, 94-95 (2004); *see also Rodriguez v. United States*, 69 Fed. Cl. 487, 194 n. 8 (2006). Instead, to be admissible under Rule 801(d)(2)(D), a statement must: (1) be offered against a party, (2) concern a matter within the scope of employment for the party, and (3) be made during the existence of the declarant's relationship with the United States. *Globe Savings*, 61 Fed. Cl. at 97. And it is a "widely accepted rule that admissions of a party-opponent under Rule 801(d)(2) are accorded generous treatment in determinations of admissibility." *Id.* (citation omitted). For purposes of admissibility, there is no "against interest" requirement. *Id*. All of Plaintiffs' designations satisfy these requirements. All are being offered against the government and, as described below, all statements are within the scope of declarants' relationship to the United States.

**1. Daniel Campbell**

Daniel Campbell ("Campbell") was the Managing Director ("MD") of the National Transportation Safety Board ("NTSB") and Mrs. Murtagh Cooke's direct supervisor from 2000 until early 2005. As the MD and Mrs. Murtagh Cooke's direct supervisor, Campbell was involved with and knowledgeable of the responsibilities, skills, efforts, and conditions of Mrs. Murtagh Cooke's positions, as well as those of Joseph Osterman, John Clark, and Robert Chipkevich (hereinafter referred to as "other modal directors"). He was also a key decision maker in terms of Mrs. Murtagh Cooke's compensation, including overtime. Though Campbell was not employed by the United States government at the time of his deposition, his testimony concerned his role as MD of the NTSB. Furthermore, Campbell's relationship with the United States is evident by the fact that during the deposition, he was represented by the United States Department of Justice ("DOJ") and that throughout the present litigation, Defendant's counsel from the DOJ accepted service of subpoenas on behalf of Campbell. The designated excerpts are important to Plaintiff's case regarding the establishment of animus and the pretext upon which her unequal pay was based.

**a. Deposition of Daniel Campbell taken on November 15, 2007, in Washington, D.C., for the matter of *Marjorie Murtagh Cooke v. Mark Rosenker*, United States District Court for the District of Columbia, No. 1:06-CV-01928. (Attached hereto as Exhibit A).**

Pg. 113 Ln. 1 - Ln. 18

Pg. 93 Ln. 17 - Pg. 98 Ln. 6

Pg. 182 Ln. 9 - Ln. 17

Pg. 113 Ln. 22 - Pg. 11

Pg. 98 Ln. 7 - Ln. 20

**2. Emily Carroll**

Emily Carroll ("Carroll") presently is and was during all relevant time periods, a Human Resources Specialist for the NTSB. The designated excerpts are important to Plaintiff's case regarding the availability of mechanisms by which the NTSB could equalize her pay, which is within Carroll's expertise given her position.

**a. Deposition of Emily Carroll taken on February 12, 2008, in Washington, D.C., for the matter of *Marjorie Murtagh Cooke v. U.S.*, U.S. Court of Federal Claims, No. 06-748C. (Attached hereto as Exhibit B).**

Pg. 53 Ln. 4 - Ln. 16

Pg. 34 Ln. 18 - Pg. 35 Ln. 13

Pg. 37 Ln. 9 - Ln. 17

Pg. 49 Ln. 15 - Pg. 52 Ln. 14

Pg. 68 Ln. 6 - Ln. 18

Pg. 68 Ln. 19 - Pg. 69 Ln. 4

**3. John C. Clark**

John C. Clark ("Clark") was the former Director of the Office of Aviation Safety ("OAS") and one of Mrs. Murtagh Cooke's comparators. He presently still works for the NTSB, but as Chief Scientist of the OAS. The designated excerpts are important to Plaintiff's case regarding the establishment of the other modal directors as comparators to Plaintiff, establishment of animus the pretext upon which Mrs. Murtagh Cooke's unequal pay was based, deriving directly from his employment at the NTSB.

**a. Deposition of John C. Clark taken on June 29, 2007, in Washington, D.C., for the matter of *Marjorie Murtagh Cooke v. U.S.*, U.S. Court of Federal Claims, No. 06-748C. (Attached hereto as Exhibit C).**

Pg. 208 Ln. 17 - Pg. 209 Ln. 3

Pg. 216 Ln. 4 - Pg. 218 Ln. 2

Pg. 224 Ln. 12 - Pg. 225 Ln. 9

Pg. 68 Ln. 8 - Pg. 70 Ln. 19

Pg. 74 Ln. 5 - Pg. 79 Ln. 22

Pg. 81 Ln. 1 - Ln. 17

Pg. 25 Ln. 7 - Ln. 15

Pg. 27 Ln. 11 - Pg. 28 Ln. 2

Pg. 29 Ln. 9 - Pg. 30 Ln. 1
Pg. 30 Ln. 6 - Pg. 32 Ln. 13
Pg. 32 Ln. 14 - Pg. 34 Ln. 3
Pg. 35 Ln. 12 - Pg. 37 Ln. 5
Pg. 37 Ln. 13 - Pg. 38 Ln. 16
Pg. 38 Ln. 17 - Pg. 40 Ln. 11
Pg. 49 Ln. 12 - Pg. 52 Ln. 17
Pg. 57 Ln. 6 - Pg. 58 Ln. 19
Pg. 59 Ln. 13 - Pg. 63 Ln. 22
Pg. 64 Ln. 4 - Pg. 66 Ln. 21
Pg. 66 Ln. 22 - Pg. 70 Ln. 10
Pg. 70 Ln. 20 - Pg. 74 Ln. 8
Pg. 74 Ln. 9 - Pg. 76 Ln. 16
Pg. 80 Ln. 1 - Ln. 9
Pg. 82 Ln. 12 - Pg. 84 Ln. 14
Pg. 84 Ln. 15 - Pg. 87 Ln. 17
Pg. 87 Ln. 18 - Pg. 90 Ln. 5
Pg. 90 Ln. 18 - Pg. 93 Ln. 2
Pg. 96 Ln. 2 - Pg. 100 Ln. 6
Pg. 100 Ln. 7 - Pg. 103 Ln. 12
Pg. 103 Ln. 16 - Pg. 107 Ln. 6
Pg. 107 Ln. 7 - Pg. 109 Ln. 9

Pg. 113 Ln. 16 - Pg. 115 Ln. 1
Pg. 115 Ln. 5 - Pg. 116 Ln. 14
Pg. 117 Ln. 17 - Pg. 119 Ln. 19
Pg. 119 Ln. 20 - Pg. 121 Ln. 12
Pg. 121 Ln. 17 - Pg. 125 Ln. 3
Pg. 127 Ln. 15 - Pg. 129 Ln. 19
Pg. 134 Ln. 17 - Pg. 137 Ln. 12
Pg. 137 Ln. 13 - Pg. 142 Ln. 15
Pg. 146 Ln. 18 - Pg. 148 Ln. 9
Pg. 148 Ln. 10 - Pg. 149 Ln. 21
Pg. 149 Ln. 22 - Pg. 151 Ln. 7
Pg. 151 Ln. 9 - Pg. 152 Ln. 9
Pg. 155 Ln. 1 - Ln. 13
Pg. 161 Ln. 20 - Pg. 164 Ln. 14
Pg. 172 Ln. 1 - Pg. 174 Ln. 4
Pg. 174 Ln. 5 - Pg. 176 Ln. 6
Pg. 180 Ln. 19 - Pg. 182 Ln. 7
Pg. 212 Ln. 18 - Pg. 213 Ln. 19
Pg. 215 Ln. 11 - Pg. 218 Ln. 2
Pg. 218 Ln. 3 - Pg. 221 Ln. 1
Pg. 212 Ln. 18 - Pg. 215 Ln. 6

**4. Ellen Engleman Conners**

Ellen Engleman Conners ("Conners") was the former Chairman of the NTSB, Mrs. Murtagh Cooke's second-line supervisor. She is presently employed by the United States as the Senior Deputy Bureau Chief for the Federal Communications Commission's Enforcement Bureau. The designated excerpts are important to Plaintiff's case regarding Mrs. Murtagh Cooke's requests to NTSB management for equal pay and the establishment of animus the pretext upon which Mrs. Murtagh Cooke's unequal pay was based, all which occurred within the scope of Conners's employment at the NTSB.

**a. Deposition of Ellen Engleman Conners taken on October 25, 2007, in Washington, D.C., for the matter of *Marjorie Murtagh Cooke v. U.S.*, U.S. Court of Federal Claims, No. 06-748C. (Attached hereto as Exhibit D).**

Pg. 57 Ln. 1 - Pg. 58 Ln. 8

Pg. 65 Ln. 2 - Pg. 67 Ln. 9

Pg. 73 Ln. 12 - Pg. 75 Ln. 7

Pg. 45 Ln. 1 - Pg. 47 Ln. 22

Pg. 52 Ln. 8 - Ln. 22

**b. Deposition of Ellen Engleman Conners taken on October 25, 2007, in Washington, D.C., for the matter of *Marjorie Murtagh Cooke v. Mark Rosenker*, United States District Court for the District of Columbia, No. 1:06-CV-01928. (Attached hereto as Exhibit E).**

Pg. 53 Ln. 8 - Ln. 22

Pg. 66 Ln. 2 - Pg. 68 Ln. 9

Pg. 58 Ln. 1 - Pg. 59 Ln. 8

Pg. 72 Ln. 7 - Pg. 76 Ln. 7

**5. Thomas E. Haueter**

Thomas E. Haueter ("Haueter") was the former Deputy Director of OAS in the NTSB and one of Mrs. Murtagh Cooke's comparators. Haueter is presently the Director of OAS. The designated excerpts are important to Plaintiff's case regarding the establishment of the other

modal directors as comparators to Plaintiff, deriving directly from his past and present employment at the NTSB.

**a. Deposition of Thomas E. Haueter taken on June 25, 2007, in Washington, D.C., for the matter of *Marjorie Murtagh Cooke v. U.S.*, U.S. Court of Federal Claims, No. 06-748C. (Attached hereto as Exhibit F).**

Pg. 92 Ln. 13 - Ln. 20

Pg. 92 Ln. 21 - Pg. 94 Ln. 4

Pg. 94 Ln. 11 - Pg. 95 Ln. 11

Pg. 96 Ln. 2 - Ln. 10

Pg. 96 Ln. 11 - Ln. 13

Pg. 100 Ln. 12 - Pg. 101 Ln. 1

Pg. 159 Ln. 4 - Pg. 160 Ln. 19

Pg. 162 Ln. 21 - Pg. 164 Ln. 10

Pg. 166 Ln. 1 - Ln. 6

**6. Joseph Osterman**

Joseph Osterman ("Osterman") assumed the duties of MD on March 17, 2005, and thus was Mrs. Murtagh Cooke's direct supervisor for a short period of time. Prior to becoming MD, Osterman was the Director of the Office of Highway Safety within the NTSB. As the present MD of the NTSB, the agency produced Osterman as its RCFC 30(b)(6) representative. As the former Director of OHS and one of Mrs. Murtagh Cooke's comparators, the designated excerpts are important to Plaintiff's case regarding the establishment of the other modal directors as comparators to Plaintiff, Plaintiff's complaint of unequal pay, the availability of mechanisms by which the NTSB could equalize Plaintiff's pay, the establishment of animus the pretext upon which Mrs. Murtagh Cooke's unequal pay was based.

**a. Deposition of the NTSB, represented by Joseph Osterman, taken on July 6, 2007, in Washington, D.C., for the matter of *Marjorie Murtagh Cooke v. U.S.*, U.S. Court of Federal Claims, No. 06-748C. (Attached hereto as Exhibit G).**

Pg. 57 Ln. 11 - Pg. 58 Ln. 10

Pg. 51 Ln. 15 - Pg. 52 Ln. 15

Pg. 52 Ln. 16 - Pg. 53 Ln. 5

Pg. 53 Ln. 22 - Pg. 55 Ln. 19

Pg. 56 Ln. 6 - Pg. 57 Ln. 1
Pg. 58 Ln. 11 - Pg. 61 Ln. 12
Pg. 36 Ln. 1 - Ln. 21
Pg. 37 Ln. 3 - Ln. 14
Pg. 37 Ln. 15 - Pg. 38 Ln. 11
Pg. 39 Ln. 10 - Pg. 40 Ln. 9
Pg. 41 Ln. 6 - Ln. 8
Pg. 41 Ln. 19 - Pg. 42 Ln. 8
Pg. 43 Ln. 4 - Ln. 21
Pg. 44 Ln. 5 - Pg. 45 Ln. 5
Pg. 46 Ln. 1 - Ln. 16
Pg. 46 Ln. 17 - Pg. 47 Ln. 2
Pg. 49 Ln. 3 - Ln. 11
Pg. 49 Ln. 19 - Pg. 50 Ln. 14
Pg. 51 Ln. 10 - Ln. 14
Pg. 61 Ln. 14 - Ln. 16
Pg. 61 Ln. 17 - Pg. 63 Ln. 2
Pg. 63 Ln. 13 - Pg. 64 Ln. 11
Pg. 64 Ln. 12 - Pg. 65 Ln. 4
Pg. 69 Ln. 6 - Ln. 10
Pg. 69 Ln. 20 - Pg. 74 Ln. 8
Pg. 73 Ln. 15 - Pg. 74 Ln. 8
Pg. 74 Ln. 9 - Pg. 75 Ln. 5

Pg. 76 Ln. 18 - Ln. 20
Pg. 79 Ln. 6 - Ln. 12
Pg. 79 Ln. 13 - Pg. 80 Ln. 6
Pg. 80 Ln. 11 - Pg. 81 Ln. 10
Pg. 81 Ln. 17 - Pg. 82 Ln. 3
Pg. 82 Ln. 4 - Ln. 22
Pg. 92 Ln. 20 - Pg. 93 Ln. 17
Pg. 96 Ln. 1 - Ln. 19
Pg. 97 Ln. 16 - Pg. 98 Ln. 7
Pg. 98 Ln. 8 - Pg. 99 Ln. 5
Pg. 99 Ln. 6 - Ln. 12
Pg. 99 Ln. 13 - Pg. 106 Ln. 2
Pg. 106 Ln. 3 - Pg. 107 Ln. 9
Pg. 107 Ln. 10 - Pg. 108 Ln. 9
Pg. 108 Ln. 19 - Pg. 109 Ln. 3
Pg. 109 Ln. 20 - Pg. 110 Ln. 22
Pg. 111 Ln. 5 - Ln. 11
Pg. 111 Ln. 12 - Pg. 112 Ln. 18
Pg. 113 Ln. 15 - Pg. 114 Ln. 1
Pg. 111 Ln. 17 - Pg. 112 Ln. 18
Pg. 119 Ln. 12 - Ln. 16
Pg. 119 Ln. 17 - Pg. 120 Ln. 16
Pg. 121 Ln. 17 - Pg. 122 Ln. 5

Pg. 124 Ln. 22 - Pg. 125 Ln. 12

Pg. 129 Ln. 1 - Ln. 14

Pg. 129 Ln. 1 - Pg. 131 Ln. 2

Pg. 131 Ln. 5 - Pg. 133 Ln. 5

Pg. 133 Ln. 6 - Ln. 11

Pg. 139 Ln. 21 - Pg. 142 Ln. 17

Pg. 141 Ln. 20 - Pg. 142 Ln. 18

Pg. 142 Ln. 18 - Pg. 143 Ln. 9

Pg. 147 Ln. 8 - Pg. 148 Ln. 14

Pg. 145 Ln. 2 - Pg. 147 Ln. 7

Pg. 150 Ln. 21 - Pg. 151 Ln. 11

Pg. 153 Ln. 3 - Ln. 8

Pg. 151 Ln. 12 - Pg. 153 Ln. 2

Pg. 153 Ln. 9 - Ln. 17

Pg. 153 Ln. 18 - Pg. 154 Ln. 14

Pg. 155 Ln. 3 - Pg. 156 Ln. 17

Pg. 157 Ln. 15 - Pg. 159 Ln. 7

Pg. 159 Ln. 8 - Pg. 163 Ln. 21

Pg. 164 Ln. 4 - Pg. 167 Ln. 7

Pg. 167 Ln. 6 - Ln. 11

Pg. 178 Ln. 7 - Pg. 191 Ln. 7

Pg. 210 Ln. 2 - Ln. 6

Pg. 210 Ln. 13 - Ln. 15

Pg. 210 Ln. 16 - Pg. 211 Ln. 3

Pg. 211 Ln. 4 - Ln. 13

Pg. 208 Ln. 4 - Ln. 15

Pg. 212 Ln. 8 - Ln. 10

Pg. 212 Ln. 21 - Pg. 213 Ln. 6

Pg. 37 Ln. 15 - Pg. 38 Ln. 17

Pg. 41 Ln. 6 - Ln. 18

Pg. 16 Ln. 4 - Ln. 9

Pg. 69 Ln. 20 - Pg. 73 Ln. 4

Pg. 78 Ln. 6 - Ln. 9

Pg. 114 Ln. 6 - Pg. 115 Ln. 3

Pg. 81 Ln. 11 - Ln. 16

Pg. 80 Ln. 11 - Pg. 81 Ln. 13

Pg. 125 Ln. 22 - Pg. 126 Ln. 3

Pg. 124 Ln. 9 - Ln. 21

Pg. 123 Ln. 21 - Pg. 124 Ln. 8

Pg. 122 Ln. 19 - Pg. 123 Ln. 20

Pg. 126 Ln. 4 - Ln. 21

Pg. 83 Ln. 4 - Pg. 84 Ln. 14

Pg. 89 Ln. 16 - Pg. 91 Ln. 8

Pg. 114 Ln. 2 - Ln. 5

Pg. 112 Ln. 19 - Pg. 113 Ln. 14

Pg. 91 Ln. 14 - Pg. 92 Ln. 8

Pg. 121 Ln. 10 - Ln. 16

Pg. 120 Ln. 17 - Pg. 121 Ln. 9

Pg. 118 Ln. 7 - Pg. 119 Ln. 1

Pg. 117 Ln. 3 - Pg. 118 Ln. 6

Pg. 95 Ln. 9 - Ln. 17

Pg. 135 Ln. 15 - Pg. 136 Ln. 8

Pg. 122 Ln. 6 - Ln. 16

Pg. 95 Ln. 18 - Ln. 22

Pg. 94 Ln. 3 - Ln. 20

Pg. 137 Ln. 3 - Ln. 5

Pg. 116 Ln. 6 - Pg. 117 Ln. 2

Pg. 115 Ln. 14 - Pg. 116 Ln. 5

Pg. 23 Ln. 13 - Pg. 24 Ln. 13

Pg. 137 Ln. 15 - Pg. 138 Ln. 10

Pg. 133 Ln. 21 - Pg. 134 Ln. 3

Pg. 133 Ln. 12 - Ln. 20

Pg. 191 Ln. 14 - Ln. 16

Pg. 196 Ln. 8 - Pg. 197 Ln. 9

Pg. 197 Ln. 10 - Ln. 22

Pg. 198 Ln. 1 - Ln. 16

Pg. 193 Ln. 2 - Ln. 10

Pg. 194 Ln. 14 - Pg. 196 Ln. 1

Pg. 205 Ln. 21 - Pg. 207 Ln. 1

Pg. 210 Ln. 7 - Ln. 12

Pg. 191 Ln. 17 - Pg. 192 Ln. 2

Pg. 192 Ln. 3 - Ln. 11

Pg. 192 Ln. 12 - Pg. 193 Ln. 1

Pg. 20 Ln. 9 - Pg. 22 Ln. 5

Pg. 22 Ln. 13 - Pg. 23 Ln. 12

Pg. 28 Ln. 21 - Pg. 30 Ln. 16

Pg. 31 Ln. 9 - Pg. 33 Ln. 1

Pg. 36 Ln. 12 - Ln. 21

Pg. 37 Ln. 10 - Ln. 14

Pg. 38 Ln. 18 - Pg. 40 Ln. 3

Pg. 40 Ln. 10 - Ln. 20

Pg. 49 Ln. 13 - Pg. 50 Ln. 12

Pg. 58 Ln. 22 - Pg. 61 Ln. 4

Pg. 62 Ln. 1 - Ln. 9

Pg. 78 Ln. 16 - Pg. 79 Ln. 5

Pg. 79 Ln. 13 - Pg. 80 Ln. 6

Pg. 81 Ln. 5 - Ln. 16

Pg. 92 Ln. 20 - Pg. 93 Ln. 17

Pg. 94 Ln. 21 - Pg. 95 Ln. 17

Pg. 129 Ln. 1 - Pg. 130 Ln. 19

Pg. 140 Ln. 16 - Pg. 141 Ln. 19

Pg. 143 Ln. 10 - Ln. 19

| | |
|---|---|
| Pg. 147 Ln. 5 - Pg. 148 Ln. 1 | Pg. 154 Ln. 21 - Pg. 155 Ln. 18 |

**b. Deposition of Joseph Osterman taken on May 24, 2007, in Washington, D.C., for the matter of *Marjorie Murtagh Cooke v. U.S.*, U.S. Court of Federal Claims, No. 06-748C. (Attached hereto as Exhibit H).**

| | |
|---|---|
| Pg. 29 Ln. 20 - Pg. 32 Ln. 8 | Pg. 32 Ln. 16 - Pg. 34 Ln. 2 |
| Pg. 36 Ln. 12 - Pg. 37 Ln. 16 | Pg. 35 Ln. 8 - Pg. 36 Ln. 9 |
| Pg. 38 Ln. 2 - Ln. 7 | Pg. 38 Ln. 19 - Pg. 39 Ln. 7 |
| Pg. 38 Ln. 8 - Ln. 12 | Pg. 43 Ln. 21 - Pg. 44 Ln. 11 |
| Pg. 95 Ln. 17 - Pg. 96 Ln. 22 | Pg. 45 Ln. 8 - Pg. 46 Ln. 5 |
| Pg. 97 Ln. 3 - Pg. 98 Ln. 16 | Pg. 46 Ln. 10 - Pg. 48 Ln. 4 |
| Pg. 98 Ln. 17 - Pg. 100 Ln. 10 | Pg. 48 Ln. 5 - Pg. 50 Ln. 7 |
| Pg. 39 Ln. 19 - Pg. 40 Ln. 8 | Pg. 51 Ln. 22 - Pg. 52 Ln. 6 |
| Pg. 40 Ln. 9 - Pg. 41 Ln. 7 | Pg. 56 Ln. 21 - Pg. 58 Ln. 21 |
| Pg. 41 Ln. 8 - Pg. 43 Ln. 18 | Pg. 61 Ln. 4 - Ln. 17 |
| Pg. 140 Ln. 2 - Ln. 5 | Pg. 61 Ln. 18 - Pg. 63 Ln. 11 |
| Pg. 140 Ln. 6 - Pg. 147 Ln. 21 | Pg. 67 Ln. 15 - Pg. 69 Ln. 8 |
| Pg. 140 Ln. 2 - Pg. 148 Ln. 2 | Pg. 72 Ln. 14 - Pg. 73 Ln. 19 |
| Pg. 213 Ln. 12 - Ln. 21 | Pg. 73 Ln. 20 - Pg. 75 Ln. 12 |
| Pg. 236 Ln. 1 - Ln. 20 | Pg. 75 Ln. 13 - Pg. 76 Ln. 15 |
| Pg. 69 Ln. 21 - Pg. 71 Ln. 3 | Pg. 76 Ln. 16 - Pg. 77 Ln. 13 |
| Pg. 168 Ln. 17 - Pg. 170 Ln. 7 | Pg. 77 Ln. 15 - Pg. 78 Ln. 5 |
| Pg. 188 Ln. 18 - Pg. 189 Ln. 11 | Pg. 78 Ln. 6 - Pg. 79 Ln. 14 |
| Pg. 200 Ln. 5 - Ln. 20 | Pg. 79 Ln. 15 - Pg. 81 Ln. 6 |
| Pg. 19 Ln. 6 - Ln. 18 | Pg. 81 Ln. 7 - Pg. 82 Ln. 7 |

Pg. 86 Ln. 4 - Pg. 88 Ln. 11
Pg. 88 Ln. 12 - Pg. 90 Ln. 4
Pg. 91 Ln. 21 - Pg. 93 Ln. 16
Pg. 100 Ln. 11 - Pg. 101 Ln. 16
Pg. 101 Ln. 20 - Pg. 104 Ln. 10
Pg. 104 Ln. 11 - Ln. 17
Pg. 104 Ln. 22 - Pg. 105 Ln. 19
Pg. 106 Ln. 19 - Pg. 107 Ln. 7
Pg. 108 Ln. 10 - Ln. 22
Pg. 112 Ln. 10 - Pg. 113 Ln. 7
Pg. 113 Ln. 8 - Pg. 114 Ln. 21
Pg. 114 Ln. 22 - Pg. 118 Ln. 3
Pg. 118 Ln. 13 - Pg. 120 Ln. 13
Pg. 120 Ln. 14 - Pg. 121 Ln. 15
Pg. 121 Ln. 16 - Pg. 122 Ln. 5
Pg. 122 Ln. 6 - Pg. 123 Ln. 14
Pg. 123 Ln. 15 - Pg. 125 Ln. 2
Pg. 125 Ln. 3 - Ln. 14
Pg. 125 Ln. 15 - Pg. 127 Ln. 7
Pg. 127 Ln. 21 - Pg. 129 Ln. 11
Pg. 130 Ln. 9 - Ln. 20
Pg. 130 Ln. 21 - Pg. 132 Ln. 5
Pg. 133 Ln. 1 - Ln. 8

Pg. 133 Ln. 9 - Pg. 134 Ln. 16
Pg. 134 Ln. 17 - Pg. 135 Ln. 20
Pg. 136 Ln. 15 - Pg. 138 Ln. 22
Pg. 139 Ln. 1 - Pg. 140 Ln. 1
Pg. 142 Ln. 19 - Pg. 144 Ln. 9
Pg. 144 Ln. 10 - Pg. 145 Ln. 6
Pg. 145 Ln. 7 - Pg. 146 Ln. 10
Pg. 146 Ln. 11 - Pg. 147 Ln. 6
Pg. 147 Ln. 7 - Pg. 148 Ln. 2
Pg. 148 Ln. 21 - Pg. 150 Ln. 6
Pg. 151 Ln. 13 - Pg. 153 Ln. 2
Pg. 154 Ln. 2 - Ln. 9
Pg. 158 Ln. 5 - Pg. 159 Ln. 4
Pg. 161 Ln. 19 - Pg. 163 Ln. 18
Pg. 163 Ln. 19 - Pg. 166 Ln. 9
Pg. 168 Ln. 17 - Pg. 170 Ln. 7
Pg. 170 Ln. 8 - Pg. 171 Ln. 22
Pg. 172 Ln. 1 - Pg. 174 Ln. 1
Pg. 175 Ln. 8 - Pg. 177 Ln. 1
Pg. 177 Ln. 2 - Pg. 178 Ln. 11
Pg. 178 Ln. 12 - Pg. 180 Ln. 20
Pg. 183 Ln. 10 - Ln. 21
Pg. 187 Ln. 10 - Pg. 188 Ln. 1

| | |
|---|---|
| Pg. 188 Ln. 2 - Pg. 190 Ln. 11 | Pg. 205 Ln. 10 - Pg. 207 Ln. 4 |
| Pg. 191 Ln. 6 - Pg. 192 Ln. 19 | Pg. 209 Ln. 11 - Pg. 210 Ln. 3 |
| Pg. 194 Ln. 15 - Pg. 196 Ln. 7 | Pg. 213 Ln. 22 - Pg. 215 Ln. 13 |
| Pg. 198 Ln. 3 - Pg. 199 Ln. 3 | Pg. 215 Ln. 14 - Pg. 216 Ln. 17 |
| Pg. 202 Ln. 4 - Ln. 21 | Pg. 219 Ln. 14 - Pg. 221 Ln. 12 |

**c. Deposition of Joseph Osterman taken on October 1, 2007, in Washington, D.C., for the matter of *Marjorie Murtagh Cooke v. Mark Rosenker*, United States District Court for the District of Columbia, No. 1:06-CV-01928. (Attached hereto as Exhibit I).**

| | |
|---|---|
| Pg. 73 Ln. 5 - Pg. 86 Ln. 6 | Pg. 36 Ln. 13 - Pg. 41 Ln. 7 |

**7. John S. Spencer**

John S. Spencer ("Spencer") is the current Director of the Office of Marine Safety ("OMS") within the NTSB, making him Mrs. Murtagh Cooke's successor and comparator. The designated excerpts are important to Plaintiff's case regarding the establishment of the other modal directors as comparators to Plaintiff, deriving directly from his past and present employment at the NTSB.

**a. Deposition of John S. Spencer taken on August 15, 2007, in Washington, D.C., for the matter of *Marjorie Murtagh Cooke v. U.S.*, U.S. Court of Federal Claims, No. 06-748C. (Attached hereto as Exhibit J).**

| | |
|---|---|
| Pg. 72 Ln. 12 - Pg. 74 Ln. 12 | Pg. 212 Ln. 22 - Pg. 213 Ln. 17 |
| Pg. 200 Ln. 9 - Pg. 202 Ln. 9 | |

Respectfully submitted,

/s/

R. Scott Oswald
Dave Scher
Employment Law Group, P.C.
888 17th Street, N.W.
Suite 900
Washington, D.C. 20006-3307
(202) 261-2812
(202) 261-2835 (facsimile)
soswald@employmentlawgroup.net
*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the foregoing Notice of Deposition Testimony Designations, or, alternately, Motion for Leave to Admit Prior Testimony into Evidence was served via the Court's electronic filing service this 22nd day of July, 2008, upon:

Meredyth D. Cohen, Esq.
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
1100 L St., N.W., Room 12016
Washington, D.C. 20530
Phone: (202) 353-7978
Fax: (202) 514-8624
meredyth.cohen@usdoj.gov

/s/

Scott Oswald