# In the United States Court of Federal Claims

No. 06-748C

(Filed: August 4, 2008)

************************************ *
*
MARJORIE MURTAGH COOKE, *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
*
************************************ *

**ORDER**

Plaintiff, Marjorie Murtagh Cooke, through her counsel, has moved for the admission of prior deposition testimony into evidence pursuant to RCFC 32(a) and Federal Rule of Evidence 801(d). Defendant opposes Plaintiff's motion. Upon careful consideration of the parties' positions, Plaintiff's motion is DENIED without prejudice. Plaintiff may use the cited testimony at trial for impeachment purposes where appropriate, or may offer the testimony during trial upon establishing to the Court's satisfaction that: (1) the statement was made by the agent of the party against whom it is offered; (2) the statement was made during the existence of the declarant's relationship with the party; and (3) the statement concerns matters within the scope of the declarant's agency or employment.

IT IS SO ORDERED.

s/Thomas C. Wheeler
THOMAS C. WHEELER
Judge