IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| MARJORIE MURTAGH COOKE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 06-748C |
| | ) | (Judge Wheeler) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**ADDITIONAL JOINT STIPULATIONS OF FACT**

For the sole purpose of simplifying the issues to be resolved at trial of this matter and for no other reason, the parties stipulate as follows.

1. Marjorie Murtagh Cooke, the former NTSB Director of the Office of Marine Safety, is alleging that her comparators are the other current and former NTSB modal office directors: John Clark, Joseph Osterman, Robert Chipkevich, and John Spencer. Ms. Murtagh Cooke is not alleging that Thomas Haueter, former Deputy Director of the Office of Aviation Safety, or Chief Advisor for International Aviation Safety Affairs, Robert MacIntosh, are comparators.

2. There was a differential in pay between Ms. Murtagh Cooke and her alleged comparators. The amount of the differential and basis for same is in dispute.

Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s/ HAROLD D. LESTER, JR.
HAROLD D. LESTER, JR.
Assistant Director

/s/ R. SCOTT OSWALD
R. SCOTT OSWALD
Employment Law Group
888 17th Street, NW, Suite 900
Washington, DC 20006
Tel: (202) 331-2883

Attorney for Plaintiff

/s/ MEREDYTH D. COHEN
MEREDYTH D. COHEN
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tel: (202) 353-7978
Fax: (202) 514-8624

Of Counsel:

KATHLEEN SILBAUGH
Office of General Counsel
National Transportation Safety Board

August 6, 2008

Attorneys for Defendant

CERTIFICATE OF SERVICE

I certify under that on this 6th day of August, 2008 a copy of the foregoing "ADDITIONAL JOINT STIPULATIONS OF FACT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ MEREDYTH D. COHEN