IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| **MARJORIE MURTAGH COOKE,**<br>**Plaintiff,**<br>**v.**<br>**THE UNITED STATES OF AMERICA,**<br>**Defendant.** | **Case No. 06-748C**<br>**Judge Thomas C. Wheeler** |

**PLAINTIFF'S MOTIONS IN LIMINE TO INTRODUCE EVIDENCE AT TRIAL AND OPPOSITION TO DEFENDANT'S OBJECTIONS TO PLAINTIFF'S EXHIBITS**

COMES NOW Plaintiff Marjorie Murtagh Cooke, by and through counsel, and respectfully moves the Court to grant the following motions in limine:

1. Plaintiff's Motion In Limine to Introduce Evidence of Intent and Animus toward Plaintiff.
2. Plaintiff's Motion In Limine to Introduce Evidence and Testimony Regarding Damages Related to Lost Benefits.

Plaintiff also files simultaneously herewith her Opposition to Defendant's Objections to Plaintiff's Exhibits.

Plaintiff offers the contemporaneously filed memorandums of points and authorities in support of her motions. Plaintiff addresses Part I of Defendant's Objections to Plaintiff's Exhibits in her first motion in limine listed above. Plaintiff addresses Part II.B of Defendant's Objections to Plaintiff's Exhibits in her second motion in limine listed above. Both parties agreed on August 4, 2008, that their respective expert reports are inadmissible unless there is an

available hearsay exception, such as use for impeachment. As such, Plaintiff does not deem necessary to addresses Part II.A of Defendant's Objections to Plaintiff's Exhibits.

Respectfully submitted,

/s/

R. Scott Oswald
Dave Scher
Employment Law Group, P.C.
888 17th Street, N.W.
Suite 900
Washington, D.C. 20006-3307
(202) 261-2812
(202) 261-2835 (facsimile)
soswald@employmentlawgroup.net
*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the foregoing Plaintiff's Motions In Limine to Introduce Evidence at Trial and Opposition to Defendant's Objections to Plaintiff's Exhibits was served via the Court's electronic filing service this 6th day of August, 2008, upon:

Meredyth D. Cohen, Esq.
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
1100 L St., N.W., Room 12016
Washington, D.C. 20530
Phone: (202) 353-7978
Fax: (202) 514-8624
meredyth.cohen@usdoj.gov

/s/

Scott Oswald