IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| MARJORIE MURTAGH COOKE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 06-748C |
| | ) | (Judge Wheeler) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S RESPONSE TO PLAINTIFF'S
MOTION IN LIMINE TO INTRODUCE ARGUMENT AND
TESTIMONY REGARDING DAMAGES RELATED TO LOST BENEFITS

On August 6, 2008, plaintiff, Marjorie Murtagh Cooke, filed a motion in limine to introduce argument and testimony regarding damages related to lost benefits. In her motion, Ms. Cooke asserts that lost pension income is relevant to the calculation of her damages. While we maintain our hearsay objection to plaintiff's exhibit 0007 concerning lost pension income, at this time we do not object generally to the introduction of evidence relating to lost pension income. We, however, reserve the right to object to specific testimony, exhibits, or other evidence relating to lost pension if and when they are introduced at trial.

Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s/ HAROLD D. LESTER, JR.
HAROLD D. LESTER, JR.
Assistant Director

/s/ MEREDYTH D. COHEN
MEREDYTH D. COHEN
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tel: (202) 353-7978
Fax: (202) 514-8624

Of Counsel:
KATHLEEN SILBAUGH
Office of General Counsel
National Transportation Safety Board

August 12, 2008

Attorneys for Defendant

CERTIFICATE OF SERVICE

I certify under that on this 12th day of August, 2008 a copy of the foregoing "DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION IN LIMINE TO INTRODUCE ARGUMENT AND TESTIMONY REGARDING DAMAGES RELATED TO LOST BENEFITS" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ MEREDYTH D. COHEN