# EXHIBIT A

# National Transportation Safety Board

## POSITION DESCRIPTION

Organizational Title: Director, Office of Marine Safety
Organization: Office of Marine Safety
Classification: Supervisory Accident Investigator, GS-1801-15

### INTRODUCTION

This position is located in the Office of Marine Safety, National Transportation Safety Board (NTSB). The Office manages major marine transportation investigations for which go-teams are sent to the accident site. The Office investigates selected accidents and incidents; develops proposed probable cause(s) of accidents; formulates recommendations to minimize recurrence of similar accidents; prepares detailed reports for use by other international and domestic government agencies, Congress, the transportation community and the traveling public; and improves public safety by advocating changes to international and domestic marine transportation regulations, requirements, policies, practices and systems in government and industry.

The incumbent serves as the Director, Office of Marine Safety (OMS), responsible for providing staff supervision and resource management, as well as overall management and direction of international and domestic marine accident investigations and reporting processes, recommendation development and marine safety program advocacy and oversight.

### MAJOR DUTIES

Plans, manages, directs and evaluates the work of the Office of Marine Safety and exercises important policy-making and policy-determining decisions impacting marine safety at the Board, at international maritime organizations, other Federal agencies and the international and domestic industry. Provides for the overall direction and technical accuracy of the investigation and reporting processes for major marine accidents.

Develops the overall requirements and schedules to accomplish the marine safety program. Reviews, approves and promulgates schedules and milestones for assigned activities. Reviews, evaluates and approves, disapproves or modifies requests for changes to milestones and schedules. Develops overall program review documentation and provides status reports on a regular basis.

Determines level of response and resource allocation for NTSB's marine safety program. Upon notification of a marine accident that warrants NTSB response, notifies NTSB's Chairman and Managing Director, the U.S. Coast Guard, international or domestic Federal agencies (e.g., State Department), foreign embassies and/or flag state representatives, as appropriate. Serves as hearing officer for public hearings. Coordinates the allocation of staff resources with other Office Directors involved in the investigation. Resolves differences between modal and support staff views regarding accident investigation scope, required resources and analysis. Ensures, through complete and comprehensive review of the draft report, that essential issues are adequately addressed, all findings and recommendations are supported by analysis and that the draft sent forward is of the best quality. Ensures the proper presentation of the draft report before the Board at Board meetings.

000900



Reviews work product of other modal and support offices. Ensures quality is commensurate with NTSB standards to promote success of NTSB marine safety program, including investigations, reports, safety recommendations and the marine safety advocacy.

Establishes and maintains liaison with international and domestic industry, safety groups, labor organizations, associations, societies, Congress, Federal regulators, etc. Provides authoritative advice and expertise to these groups in the development of industry standards and regulations, technology and new applications of existing technology. May be called upon to provide Congressional testimony.

Represents NTSB and serves as a member of the United States delegation at all International Maritime Organization (IMO) meetings regarding marine accident investigation issues.

Develops and justifies estimates for staff resource requirements, including personnel, funding, equipment and office space. Presents, justifies and defends budget to all levels of management.

Implements concepts to get results through people. Makes selections, assigns work, trains and rewards employees, and corrects poor performance in a manner which maximizes the use of staff skills in achieving organizational goals. Monitors work status through formal and informal means and procedures. Ensures that appropriate results are achieved and that OMS's policies and priorities are effectively understood and communicated. Responsible for the creation and maintenance of an atmosphere that promotes positive human relations and open communication between employees and their supervisors. Ensures that employees are given a real and continuing opportunity to influence their work environment and are able to participate in discussions related to methods of work accomplishment.

Ensures reasonable equity within OMS of performance standards and rating techniques developed by subordinates. Ensures equity in the subordinates' assessment of the adequacy of contractor capabilities and contractor completed work. Evaluates subordinate supervisors and senior non-supervisory managers and serves as the reviewing official on evaluations of non-supervisory employees rated by subordinate supervisors.

Evaluates program accomplishments and their overall effectiveness. Identifies program problem areas and solicits from Division Chiefs and senior technical staff their recommendations concerning alternative courses or corrective actions, as needed.

Works closely with HR in improving the recruitment, placement and retention of a high-quality OMS workforce. Ensures that crucial training courses needed to keep pace with today's technological improvements in marine transportation safety are provided to the staff for their technical and operational currency, as well as their development in non-technological areas. Provides effective management training to maintain a highly motivated and cohesive workforce.

Relates Equal Employment Opportunity concepts to overall responsibilities. Supports Affirmative Action Plan items while performing assigned responsibilities.

The critical nature of the work of this position requires the incumbent to be available 24 hours per day, seven days a week.

**PROGRAM SCOPE AND EFFECT** Factor Level 1-5 (900 pts.)

The Director, Office of Marine Safety, heads a major operating program which investigates marine transportation accidents and incidents; develops proposed probable cause(s) of accidents; formulates recommendations to minimize recurrence of similar accidents; prepares detailed reports for use by other

international and domestic government agencies, Congress, the transportation community and the traveling public; and improves public safety by advocating changes to international and domestic marine transportation policies, practices and systems in government and industry. The program directly involves the Agency's national mission, has nationwide and international impact on public safety issues within the marine manufacturing and transportation industry, and receives frequent Congressional and media attention.

**ORGANIZATIONAL SETTING** Factor Level 2-3 (350 pts)

The incumbent reports directly to the Managing Director, National Transportation Safety Board.

**SUPERVISORY AND MANAGERIAL AUTHORITY EXERCISED** Factor Level 3-4 (900 pts)

The incumbent operates under the general supervision and policy direction of the Managing Director. The Director, Office of Marine Safety, oversees the overall planning, direction and timely execution of the marine safety program, which is carried out by approximately 22 employees in the Office of the Director, the Major Investigations Division and the Report Development Division. The incumbent has the full range of supervisory and management authority for subordinate supervisors and employees in development, assignment and clearance of long range goals and objectives for the program. Exercises discretionary authority for the allocation and expenditure of funds in the MS investigations and safety program. Exercises final authority for the full range of personnel actions recommended by subordinate supervisors.

Manages the development of policy changes and organizational changes in the OMS investigations and safety program in response to changing priorities and unanticipated needs.

**PERSONAL CONTACTS** Factor Level 4-4 (225 pts)

The incumbent represents the Safety Board and serves as a spokesperson for the Board with regard to marine safety activities in dealing with other domestic and international Federal, state and other government agencies, military services, Congress, marine industry groups, labor organizations, foreign governments and public, civic and private safety groups, as appropriate. Provides authoritative advice and expertise to these groups in the development of industry standards and regulations, technology and new applications of existing technology. Often, the incumbent is placed in the position of defending agency actions or of persuading other interests to cooperate with approaches that have broad and controversial impact. Incumbent may be called upon to provide Congressional testimony.

**DIFFICULTY OF TYPICAL WORK DIRECTED** Factor Level 5-8 (1030 pts)

The highest level of basic nonsupervisory work directed which constitutes 25 percent or more of the workload is GS-15.

**OTHER CONDITIONS** Factor Level 6-6 (1325 pts)

Supervision exercised by the incumbent involves exceptional integration and coordination through subordinate supervisors who each direct substantial investigative workloads at the GS-14 or higher level. The incumbent's supervision and resource decisions have a direct and substantial impact on the organizations and programs managed. Decisions by the incumbent involve significant internal and external policy issues, major resource decisions to maximize the effectiveness of accident investigation and prevention, and the need for changes in program goals, organizational structure or delegated authorities to optimize OMS operations. Ensures that all administrative and technical programs are carried out with full conformance with the standards, policies and procedures of the Board.

**EVALUATION**

Total Points: 4730
Point Range: 4055-up
Grade Level: GS-15

**FINAL CLASSIFICATION: Supervisory Accident Investigator, GS-1801-15**