IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| MARJORIE MURTAGH COOKE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 06-748C |
| | ) | (Judge Wheeler) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

UNOPPOSED MOTION FOR LEAVE TO FILE
JOINT SUMMARY EXHIBIT REGARDING DAMAGES

Defendant, the United States, hereby respectfully moves for leave to add to the joint exhibit list the attached summary charts regarding damages. The parties have generated a series of charts that will eliminate the need for any testimony or exhibits regarding quantum. The parties have agreed to move for the admission of these charts into evidence with the understanding that the parties can argue to the Court which chart the Court should rely upon if the Court decides that an award of damages is appropriate in this case. The parties agrees that the calculations represented in the chart are correct given the underlying assumptions made. The parties reserve their right to argue that the Court for legal reasons should not accept those figures.

Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s/ HAROLD D. LESTER, JR.
HAROLD D. LESTER, JR.
Assistant Director

/s/ MEREDYTH D. COHEN
MEREDYTH D. COHEN
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tel: (202) 353-7978
Fax: (202) 514-8624

Attorneys for Defendant

Of Counsel:
KATHLEEN SILBAUGH
Office of General Counsel
National Transportation Safety Board

August 14, 2008

| Table 1: Salary and Bonus Assumptions | | | | | | |
|---|---|---|---|---|---|---|
| Year | Cooke's Salary[1] | Cooke's Bonuses | Cooke's Salary + Bonuses | Av. Salary of SES Director[2] | Av. Bonuses of SES Directors[3] | Av. Salary + Bonuses of SES Directors |
| 2003 | $120,800 | | $120,800 | $140,305 | $12,519 | $152,824 |
| 2004 | $122,734 | $8,800 | $131,534 | $141,614 | $14,185 | $155,799 |
| 2005 | $137,321 | | $137,321 | $148,700 | $0 | $148,700 |

1. Figure from tax returns and personnel file.

2. Based upon W2s of John Clark, Joseph Osterman, and Robert Chipkevich, Ms. Cooke's alleged comparators.

3. Figures from personnel records.

| Table 2a: Ms. Cooke's Lost Salary beginning in 2004, Not Including Bonuses | | | | | |
|---|---|---|---|---|---|
| Year | % of Year[1] | SES Directors' Prorated Av. Salary | Cooke's Prorated Salary + Bonuses | Diff. between Cooke and SES Directors | Cumulative Diff. |
| 2004 | 67.6712 | $95,832 | $89,011 | $12,776 | $12,776 |
| 2005 | 43.0137 | $63,961 | $59,067 | $4,894 | **$17,670** |

1. 67.7% reflects the fraction of year from April 28, 2003 through December 31, 2003; 43.0% reflects the fraction of year from January 1, 2005 through June 5, 2005

| Table 2b: Ms. Cooke's Lost Salary Beginning in 2004, Including Bonuses @ 2.3%[2] | | | | | |
|---|---|---|---|---|---|
| Year | % of Year[1] | SES Directors' Prorated Av. Salary + Bonuses [2] | Cooke's Prorated Salary + Bonuses | Diff. between Cooke and SES Directors | Cumulative Diff. |
| 2004 | 67.6712 | $98,036 | $89,011 | $9,025 | $9,025 |
| 2005 | 43.0137 | $65,432 | $59,067 | $6,365 | **$15,391** |

1. 67.7% reflects the fraction of year from April 28, 2003 through December 31, 2003; 43.0% reflects the fraction of year from January 1, 2005 through June 5, 2005.

2. 2.3% reflects Ms. Cooke's average bonus as a percent of salary for the year 2003-2005; applied to comparators.

| Table 2c: Ms. Cooke's Lost Salary Beginning in 2004, Including Actual Bonuses | | | | | |
|---|---|---|---|---|---|
| Year | % of Year(1) | SES Directors's Prorated Av. Salary + Bonuses (2) | Cooke's Prorated Salary + Bonuses | Diff. between Cooke and SES Directors | Cumulative Diff. |
| 2004 | 67.6712 | $105,431 | $89,011 | $16,420 | $16,420 |
| 2005 | 43.0137 | $63,961 | $59,067 | $4.894 | **$21,315** |

1. 67.7% reflects the fraction of year from April 28, 2003 through December 31, 2003; 43.0% reflects the fraction of year from January 1, 2005 through June 5, 2005.

2. 9.7% reflects the average of bonus awarded to SES Directors.

| Table 3a: Ms. Cooke's Lost Salary Beginning in 2003, Not Including Bonuses | | | | | |
|---|---|---|---|---|---|
| Year | % of Year(1) | SES Directors' Prorated Av. Salary | Cooke's Prorated Salary | Diff. between Cooke and SES Directors | Cumulative Diff. |
| 2003 | 67.6712 | $94,946 | $81,747 | $13,199 | $13,199 |
| 2004 | 100.0 | $141,614 | $122,734 | $18,880 | $32,079 |
| 2005 | 43.0137 | $63,961 | $59,067 | $4,894 | **$36,974** |

1. 67.7% reflects the fraction of year from April 28, 2003 through December 31, 2003; 43.0% reflects the fraction of year from January 1, 2005 through June 5, 2005.

| Table 3b: Ms. Cooke's Lost Salary Beginning in 2003, Including Bonuses @ 2.3%(2) | | | | | |
|---|---|---|---|---|---|
| Year | % of Year | SES Directors' Prorated Av. Salary + Bonuses | Cooke's Prorated Salary + Bonuses | Diff. between Cooke and SES Directors | Cumulative Diff. |
| 2003 | 67.6712 | $97,130 | $81,747 | $15,383 | $15,383 |
| 2004 | 100.00 | $144,871 | $131,534 | $13,337 | $28,720 |
| 2005 | 43.0137 | $65,432 | $59,067 | $6,365 | **$35,085** |

1. 67.7% reflects the fraction of year from April 28, 2003 through December 31, 2003; 43.0% reflects the fraction of year from January 1, 2005 through June 5, 2005.

2. 2.3% reflects Ms. Cooke's average bonus as a percent of salary for the years 2003-2005, applied to comparators.

| Table 3c: Ms. Cooke's Lost Salary Beginning in 2003, Including Actual Bonuses | | | | | |
|---|---|---|---|---|---|
| Year | % of Year(1) | SES Directors' Prorated Salary + Bonuses (2) | Cooke's Prorated Salary + Bonuses | Diff. between Cooke and SES Directors | Cumulative Diff. |
| 2003 | 67.6712 | $103,418 | $81,747 | $21,671 | $21,671 |
| 2004 | 100.0 | $155,799 | $131,534 | $24,894 | $45,936 |
| 2005 | 43.0137 | $63,961 | $59,067 | $4,894 | **$50,830** |

1. 67.7% reflects the fraction of year from April 28, 2003 through December 31, 2003; 43.0% reflects the fraction of year from January 1, 2005 through June 5, 2005.

2. 9.7% reflects the average of bonus awarded to SES Directors.

| Table 4a: Ms. Cooke's Lost Salary beginning in 2004, Including Interest Calculated through June 2007 | | | | | |
|---|---|---|---|---|---|
| Year | % of Year | SES Directors' Prorated Av. Salary + Bonuses | Cooke's Prorated Salary + Bonuses | Diff. between Cooke and SES Directors | Cumulative Diff. |
| 2004 | 100.00 | $118,307 | $97,550 | $20,757 | $20,757 |
| 2005 | 43.0137 | $77,170 | $64,054 | $13,116 | **$28,717** |

| Table 4b: Ms. Cooke's Lost Salary Beginning in 2003, Including Interest through June 2007 | | | | | |
|---|---|---|---|---|---|
| Year | % of Year[1] | Prorated Av. Salary of SES Directors[2] | Cooke Prorated Salary [3] | Diff. between Cooke and SES Directors | Cumulative Diff. |
| 2003 | 67.6712 | $122,329 | $93,280 | $29,049 | $29,049 |
| 2004 | 100.00 | $177,460 | $146,325 | $31,135 | $60,184 |
| 2005 | 43.0137 | $77,170 | $64,054 | $13,116 | **$63,357** |

1. 67.7% reflects the fraction of year from April 28, 2003 through December 31, 2003; 2. 9.7% reflects the average of bonus awarded to SES Directors

3. A COLA of 3.71% was applied to the average for 2004 to estimate the average for 2005.

| Table 5a:Ms. Cooke's Lost Pension Benefit Assuming Promotion To SES In April 2004, Including Interest Through 2007 With A Retirement Date of June 2006 | | | | | |
|---|---|---|---|---|---|
| Retirement Credits[1] | High-3 Average[2] | Annual Pension (in 2005 $) | Pension Income with Promotion[3] | Actual Pension Income With Projected CPI Increases[4] | Difference Adjusted to Present Value Using A Discount Factor of 3.5 %[5] |
| 42.2 points | $145,885 | $61,515 | $1,345,212 | $1,185,566 | $159,646 |

[1] Retirement credits are accumulated at the rate of 1.5 point per year for each of the first five years of service; 1.75 points for each of the next five years of service; and 2 points for each successive year until retirement. As of June 2006, Cooke would have had 23.0 years of service.

[2] This figure is based upon the assumption that Cooke was promoted in June 2004; that she would have earned the same average salaries as the four SES comparators in 2004; and that those average salaries would have been increased by the COLA adjustments for the years 2005 and 2006.

[3] Based upon the assumption that Cooke retired as a SES rather than as a GS 15 step 10.

[4] Based upon a COLA of 3.3 % for 2007; Consumer Price Index (CPI) of 2.4 % for 2008; 2.7 % for 2009; and 2.9 for 2009 and all successive years until last pension payment on Cook's death based upon actuarial tables.

[5] Using the June 2007 after tax rate.

| Table 5b:Ms. Cooke's Lost Pension Benefit Assuming Promotion to SES In April 2003, Including Interest Through 2007 With A Retirement Date of June 2006 | | | | | |
|---|---|---|---|---|---|
| Retirement Credits | High-3 Average | Annual Pension (in 2005 $) | Total Pension Income | Actual Pension Income With Projected CPI Increases | Difference |
| 42.2 points | $147,000 | $61,998 | $1,355,617 | $1,185,566 | $170,051 |

CERTIFICATE OF SERVICE

I certify under that on this 14th day of August, 2008 a copy of the foregoing "UNOPPOSED MOTION FOR LEAVE TO FILE JOINT SUMMARY EXHIBIT REGARDING DAMAGES" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ MEREDYTH D. COHEN