# In the United States Court of Federal Claims

No. 06-748C

(Filed: August 15, 2008)

*********************************** *
*
MARJORIE MURTAGH COOKE, *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
*
*********************************** *

**ORDER**

On August 14, 2008, Defendant filed an unopposed motion for leave to file a Joint Summary Exhibit Regarding Damages. Defendant represented that the proposed Joint Summary Exhibit would "eliminate the need for any testimony or exhibits regarding quantum." For good cause shown, Defendant's unopposed motion is GRANTED. Trial is set for Monday, August 18, 2008, at 9:30 AM at the National Courts Building, 717 Madison Place, N.W., Washington, D.C. The parties may raise any issues relating to their Joint Summary Exhibit or any other outstanding pretrial issues at that time.

IT IS SO ORDERED.

s/Thomas C. Wheeler
THOMAS C. WHEELER
Judge