**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **MARJORIE MURTAGH COOKE,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **Case No. 06-748C** |
| | ) | **Judge Thomas C. Wheeler** |
| **THE UNITED STATES OF AMERICA,** | ) | |
| **Defendant.** | ) | |

**<u>*CONSENT* MOTION FOR AN EXTENSION OF TIME TO FILE POST-TRIAL BRIEFS</u>**

Plaintiff Marjorie Murtagh Cooke, by and through counsel, respectfully moves for an extension of time for both parties to submit their post-trial briefs in the above matter. On August 18 and 19, 2008, this Court held a trial in the above matter. At the conclusion of trial, it was estimated that the transcript of the proceedings would be available within thirty (30) days, after which each party would have thirty (30) days to file their opening post-trial briefs and then fifteen (15) days to respond to the opposing party's opening brief. With the transcripts prepared and available sooner than anticipated, this Court, on September 5, 2008, issued its Order Regarding Post-Trial Briefs and Oral Argument, setting the deadline for opening briefs on or before October 6, 2008, and for response briefs on or before October 21, 2008. Due to the conflicting work schedule of counsel and pre-established travel arrangements of Plaintiff, counsel for Plaintiff respectfully requests an extension of time of fourteen (14) days for both parties to submit and serve their respective opening briefs, extending the deadline to October 20, 2008. Consequently, counsel for Plaintiff requests the deadline for response briefs to be similarly extended by fourteen (14) days, setting the new deadline on or before November 4,

2008. Counsel for Defendant, upon the request of counsel for Plaintiff, consented to the present motion via electronic mail on September 12, 2008.

Respectfully submitted,

____/s/________________________________

R. Scott Oswald
Dave Scher
Employment Law Group, P.C.
888 17th Street, N.W.
Suite 900
Washington, D.C. 20006-3307
(202) 261-2812
(202) 261-2835 (facsimile)
soswald@employmentlawgroup.net
*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the foregoing *Consent* Motion for Extension of Time to File Post-Trial Briefs was served via the Court's electronic filing service this 12th day of September, 2008, upon:

Meredyth D. Cohen, Esq.
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
1100 L St., N.W., Room 12016
Washington, D.C. 20530
Phone: (202) 353-7978
Fax: (202) 514-8624
meredyth.cohen@usdoj.gov

______/s/_______________________
R. Scott Oswald