**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **MARJORIE MURTAGH COOKE,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **Case No. 06-748C** |
| | ) | **Judge Thomas C. Wheeler** |
| **THE UNITED STATES OF AMERICA,** | ) | |
| **Defendant.** | ) | |

**[PROPOSED] ORDER GRANTING**
***CONSENT* MOTION FOR AN EXTENSION OF TIME TO FILE POST-TRIAL BRIEFS**

Upon consideration of Plaintiff's *Consent* Motion for Extension of Time to File Post-Trial Briefs, it is by the Court this ___ day of September, 2008, **ORDERED**:

1. That Plaintiff's *Consent* Motion for Extension of Time to File Post-Trial Briefs is hereby **GRANTED**; and
2. That each party's opening post-trial brief is due on or before **October 20, 2008**; and
3. That any response brief is due on or before **November 4, 2008**.

________________________________
THOMAS C. WHEELER
Judge

Copies to:

R. Scott Oswald
Dave Scher
Employment Law Group, P.C.
888 17th Street, N.W.
Suite 900
Washington, D.C. 20006-3307
(202) 261-2812
(202) 261-2835 (facsimile)
soswald@employmentlawgroup.net
dscher@employmentlawgroup.net
*Counsel for Plaintiff*

Meredyth D. Cohen, Esq.
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
1100 L St., N.W., Room 12016
Washington, D.C. 20530
Phone: (202) 353-7978
Fax: (202) 514-8624
meredyth.cohen@usdoj.gov
*Counsel for Defendant*