# In the United States Court of Federal Claims

No. 06-748C

(Filed: September 15, 2008)

| | |
|---|---|
| ************************************ | * |
| | * |
| MARJORIE MURTAGH COOKE, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| Defendant. | * |
| | * |
| ************************************ | * |

## AMENDED ORDER REGARDING POST-TRIAL BRIEFS AND ORAL ARGUMENT

On September 12, 2008, counsel for Plaintiff filed an unopposed motion to amend the Court's September 5, 2008 Post-Trial Order to extend the date for filing of Post-Trial Briefs and Response Briefs, by fourteen days. For good cause shown, Plaintiff's motion is granted. Accordingly, the post-trial briefing schedule is modified as follows:

1. Opening briefs from both parties shall be due on or before October 21, 2008.

2. Response briefs from both parties may be filed on or before November 4, 2008.

3. Oral argument will be scheduled shortly after response briefs are filed, on a date mutually agreeable to counsel for the parties.

IT IS SO ORDERED.

s/Thomas C. Wheeler
THOMAS C. WHEELER
Judge